# EXHIBIT A

US005502077A

# United States Patent [19]

## Breivik et al.

[11]   **Patent Number:**   **5,502,077**

[45]   **Date of Patent:**   **Mar. 26, 1996**

[54]   **FATTY ACID COMPOSITION**

[75]   Inventors: **Harald Breivik**, Skjelsvik; **Bernt Borretzen**, Porsgrunn; **Knut H. Dahl**, Ulefoss; **Hans E. Krokan**, Sjetnemarka; **Kaare H. Bonaa**, Tromso, all of Norway

[73]   Assignee: **Norsk Hydro A.S.**, Oslo, Norway

[21]   Appl. No.: **902,500**

[22]   Filed: **Jun. 23, 1992**

### Related U.S. Application Data

[63]   Continuation of Ser. No. 389,902, Aug. 4, 1989, abandoned.

[30]   **Foreign Application Priority Data**

Aug. 11, 1988  [GB]   United Kingdom ................... 8819110

[51]   Int. Cl.$^6$ ........................... **A61K 31/23**; A61K 31/19
[52]   U.S. Cl. ........................... **514/560**; 514/549; 514/578
[58]   Field of Search ..................................... 514/549, 578,
514/560; 554/8, 18

[56]   **References Cited**

U.S. PATENT DOCUMENTS

| 3,158,541 | 11/1964 | Sutherland | 514/549 |
| 4,415,554 | 11/1983 | Horribin et al. | 514/549 |
| 4,526,902 | 7/1985 | Rubin | 424/312 |
| 4,564,475 | 7/1986 | Masalchiro | 514/549 |
| 4,615,839 | 10/1986 | Seto et al. | 260/412 |
| 4,675,132 | 6/1987 | Stout et al. | 260/421 |
| 4,681,896 | 7/1987 | Horribin et al. | 514/549 |
| 4,758,592 | 7/1988 | Horribin et al. | 514/549 |
| 5,130,061 | 7/1992 | Cornieri et al. | 554/167 |

FOREIGN PATENT DOCUMENTS

| 0175468 | 3/1986 | European Pat. Off. . | |
| 0283140A3 | 9/1988 | European Pat. Off. | 514/549 |
| 0292846 | 11/1988 | European Pat. Off. . | |
| 63-088159 | 4/1988 | Japan . | |
| 2033745 | 5/1980 | United Kingdom . | |
| 1604554 | 12/1981 | United Kingdom . | |
| 2090529 | 7/1982 | United Kingdom . | |
| 2148713 | 6/1985 | United Kingdom . | |
| 2197199 | 5/1988 | United Kingdom . | |
| WO87/02247 | 4/1987 | WIPO . | |
| WO88008444 | 11/1988 | WIPO . | |
| WO89/11521 | 11/1989 | WIPO | 260/412 |

### OTHER PUBLICATIONS

Luly, Nutrition Lances, 1990, pp. 123 to 125.
Bonaa, et al New England J. of Medicine 322: 795–801, 1990.
Blonk, Am J. Clin Nutl. 1990:52 120–7.
Reis, et al Am. J. Cardiology 1990: 66 1171–1175.
Kinsella et al. Seafoods and Fish Oils in Human Health and Disease (New York, Marcel Dekka Inc. 1987) pp. 7+08.
Merck Index, 11th Ed. (Rahway, NJ. Merck and Co., 1989) p. 5784.
Treatment of Hypolipidemia, National Board of Health and Welfare Drug Information Center, Sweden, 1989 pp. 131 and 147 to 158.
Bernardi et al., Acta Toxicol. Ther., vol. 8 (3) pp. 339–352, published Mar. 1987.

*Primary Examiner*—Mukund J.g232 2 Shah
*Assistant Examiner*—P. K. Sripada
*Attorney, Agent, or Firm*—Fitzpatrick, Cella, Harper & Scinto

[57]   **ABSTRACT**

Fatty acid composition comprising at least 80% by weight of omega-3-fatty acids, salts or derivatives thereof, wherein (all-Z)-5,8,11,14,17-eicosapentaenoic acid (EPA) and (all-Z)-4,7,10,13,16,19-docosahexaenoic acid comprises at least 75% by weight of the total fatty acids. The compositions can be used for the treatment or prophylaxis of multiple risk factors for cardiovascular diseases.

**12 Claims, No Drawings**

5,502,077

**1**

## FATTY ACID COMPOSITION

This application is a continuation of application Ser. No. 07/389,902 filed Aug. 4, 1989, now abandoned.

Present invention relates to a fatty acid composition comprising at least 80% by weight of omega-3 polyunsaturated fatty acids, wherein at least 75% by weight of the total fatty acids comprise omega-3 (all-Z)-5,8,11,14,17-eicosapentaenoic acid (EPA) C 20:5 and (all-Z)-4,7,10,13,16,19-docosahexaenoic acid (DHA) C 22:6.

### FIELD OF INVENTION

Cardiovascular diseases leading to morbidity and premature mortality is related to several risk factors such as hypertension, hypertriglyceridemia, hypercholesterolemia, high blood platelet aggregation and according to recent findings, a high activity of the blood coagulation factor VII phospholipid complex. Over the last three decades antihypertensive drugs have contributed to the decline in cardiovascular disease-related morbidity and mortality. There is however heightened concern about side effects and toxicity associated with the current antihypertensive therapy, especially in the mild hypertensive patient. There are results indicating that although the presently used antihypertensive agents are efficient in reducing blood pressure the pulse rate is coincidentally enlarged. Thus there is a need for a drug with fewer adverse effects for the treatment of hypertension. It would be particularly advantageous if such a drug could be used for the simultaneous treatment of all the above mentioned multiple risk factors associated with cardiovascular diseases, which is generally not the case with the currently available antihypertensive drugs.

### DESCRIPTION OF PRIOR ART

During the last decade numerous publications have appeared which report that various dietary fish oil preparations containing omega-3 polyunsaturated fatty acids have an effect on serum cholesterol and blood platelet aggregation. The mechanisms suggested for these effects often center around the prostanoid system. Thus there is some information on how dietary fish oils alter the excretion of some prostaglandin metabolites but available data conflict on several points.

A reduction of blood pressure has been reported after intake of fish, crude fish oil (starting at 7% EPA and 5% DHA) or slightly concentrated fish oil preparations (typically containing 18% EPA and 12% DHA) although the components responsible for these effects were never identified. Furthermore all the studies presented so far had one or more serious flaws as pointed out in reviews of the available studies [H. R. Knapp et al., Proceedings of AOCS Short Course on polyunsaturated Fatty Acids and Eicosanoids, Ed. W. E. M. Lands, pp.41–55, American Oil Chemists Society] and [K. Bønaa, Tidskr. Nor Lægeforen nr. 28,1987, 2425–8].

Eicosapentaenoic acid C 20:5 omega 3 (EPA) has been considered to be the most important of the marine omega-3 polyunsaturated fatty acids partly because of its potent antiaggregatory action i.a. reported in U.S. Pat. No. 4,097, 602, Silver et al, which was filed in August 1974. Later Dyerberg et al also described the same effect in [Lancet, p.152, Jan.21, 1978] and [Lancet II,p 117–119, Jul. 15, 1978]. The main reason for the assumed importance of EPA is probably that it belongs to the eicosanoids, which are key substances for the prostaglandin metabolism.

**2**

However, according to several recent reports, EPA alone does not have a significant effect on hypertension. In ["Effects of highly purified eicosapentaenoic acid to angiotensin II and norepinephrine in the rabbit", Prostaglandins August 1986 Vol. 32, No 2, pp 179–187] no reduction of blood pressure in rabbits was obtained using highly purified EPA of 90% concentration. [Terano et al, Atherosclerosis, 46, 321–331, (1983)] reported that a preparation containing 75% EPA and 6.2% DHA had no significant effect on blood pressure in healthy volunteers after an intake of 3.6 g EPA ethyl ester. Similarly, [Yoshida et al, Artery, 14, 295–303, 1987], reported no effect on basal blood pressure after intake of 900 mg EPA ethyl ester for 14 days or more. Furthermore 90% EPA methyl ester had no effect on spontaneously hypertensive rats. [K. Yin et al, 1988, Clinical and Experimental Pharmacology and Physiology 15, 275–280].

In contrast to this, British patent application 2197199 describes a composition for combatting pregnancy-induced hypertension where the compositions used in the example had an EPA content of 28–35%. The patients had no earlier history of hypertension. Hypertension being developed under pregnancy is considered to have different biological causes than normal hypertension, which seems to be underlined by the fact that it usually disappears after the termination of the pregnancy.

To our knowledge there is nothing to suggest that DHA alone has any effect on the blood pressure.

According to U.S. Pat. No. 3,082,228 based on an application filed Dec. 18, 1959 a product containing at least 60% polyunsaturated fatty acids having 20 C atoms or more lowers the blood cholesterol content significantly. Although other early studies indicate that fish oils lower total cholesterol and LDL-cholesterol and raises HDL-cholesterol, later results have generally drawn the opposite conclusion, as pointed out by W. S. Harris in [(n-3)news, 3 (4), 1–7]. Thus, when summarizing 45 articles on the subject, he found that LDL-cholesterol was increased by 2–30%, depending on the type of hyperlipidaemia.

From PCT/WO 87/02247 is known a lipid emulsion for parenteral use comprising an emulsifier, water and a marine oil comprising at least one omega-3 fatty acid wherein the concentration of the free fatty acid in the emulsion is below about 5 meq/l, and wherein the marine oil will contain at least 30% by weight of a combination of esters of EPA and DHA. This lipid emulsion is used for the intravenous treatment of thrombotic disease states.

### SUMMARY OF THE INVENTION

It has now been found that fatty acid compositions containing a high concentration, of at least 80% by weight, of omega-3 fatty acids, salts or derivatives thereof, where EPA and DHA are present in relative amounts of 1:2 to 2:1, and constitute at least 75% of the total fatty acids, has a surprisingly advantageous effect on all the above mentioned risk factors for cardiovascular diseases, but especially a good effect on mild hypertension, hypertriglyceridemia and on the coagulation factor VII phospholipid complex activity. It lowers serum LDL-cholesterol, increases serum HDL-cholesterol, lowers serum triglycerides, lowers systolic and diastolic blood pressure and the pulse rate are lowers the activity of the blood coagulation factor VII-phospholipid complex. Although the detailed biological mechanisms for the effects of the compositions according to present application are not explicitly known, there are indications of a surprising synergism between the action of EPA and of DHA.

5,502,077

| 3 | 4 |

One advantage of the compositions according to the present application is their being very well tolerated, not giving rise to any severe side effects.

An especially preferred composition according to the present application comprises at least 90% by weight of long chain, polyunsaturated omega-3 fatty acids of which EPA and DHA constitute at least 85% by weight of the total fatty acids and are present in a ratio of EPA:DHA from 1:1 to 2:1, especially about 3:2.

In order to isolate EPA and DHA in a mixture of high concentration according to the present application, a special method was developed for purifying and isolating the long chain fatty acids from natural fish oils. Compositions according to present application may be produced according to the method of our European Patent Application No.86906964.1. The analysis in % by weight was based on the ethyl esters even if other derivatives or salts or the acids themselves are a part of the present invention.

## DETAILED DESCRIPTION OF THE INVENTION

The composition according to this invention is preferably produced via the following method. Initially the marine oil raw material is esterified and concentrated via urea fractionation or the like, where the conditions are sufficiently mild to avoid disintegration of the products. The second stage is a molecular distillation.

The fractionation in principle initially removes the major part of the esters having chain length below C 20. Thereafter a main fraction is removed consisting essentially of esters of the C 20— and C 22 acids. As the urea fractionation removes the saturated and less unsaturated esters, this fraction will contain high concentrations of EPA and DHA, according to the present method at least 75% by weight. The total amount of the long chain omega-3 acids will be at least 80% by weight. Other preferred compositions according to present application contain at least 95% by weight, with the EPA plus DHA content being at least 90% by weight. Another preferred composition according to present application contains at least 85% by weight of the total omega-3 fatty acids and an EPA and DHA amount of at least 80% by weight.

Other omega-3 acids of the C 20, C 21 and C 22 series will be obtained approximately in their original concentrations, e.g. from 3–5% by weight, typically at least 4.5% by weight. Thus the special and odd-numbered omega-3 all-Z 6, 9, 12, 15, 19-heneicosapentaenoic acid C 21:5 is normally present in concentrations of at least 1.5% by weight and omega-3 all-Z 7,10,13,16,19-docosapentaenoic acid normally in concentrations of about 3.0% by weight.

After removing the urea precipitate, the solvent used, normally ethanol, is partially or fully removed by evaporation and the esters thus isolated may be further purified by washing with water or a slightly alkaline water solution if the pure esters without contamination of the acids should be isolated.

The free acids may be produced by well known hydrolyzation procedures.

The upgrading of the EPA fraction to obtain a weight ratio of EPA:DHA of from 1:1 to 2:1, especially 3:2 or the upgrading of the DHA fraction to obtain a EPA:DHA weight ratio of from 1:1 to 1:2 may be achieved in the molecular distillation stage. The method also provides the possibility of using supercritical fluid extraction and/or chromatography in the second stage with $CO_2$ eventually containing a more polar modifier, such as ethanol, in order to concentrate the EPA and/or DHA fraction.

The urea fractionation and the subsequent molecular distillation are performed under gentle conditions to avoid oxidation and/or isomerisation of the highly unstable omega-3 acids. As seen from Table 1 and 2 below, which gives the analysis of products obtained in accordance with the method of this invention, there was not more than 1% of unknown components in the purified product. There are, however, a certain amount of minor products such as C-16 and C-18 acids as will appear from the detailed analyzis shown in Table 2.

For the main part these products will be the combined sum of the fraction of fatty acid esters, which are naturally occurring in fish oils, but the concentration of each separate ester in the finished product is less than 0.2%, apart from the omega-3 octadecatetraenoic acid C 18:4 n-3, which is present in approximately the same amount as in the starting material.

Thus it will be understood that the total concentration of byproducts occurring from the process is very low.

The process is flexible enough to affect the relative proportions between the long chain C 20, C 21 and C 22 fatty acids which occur naturally in available fish oil raw materials. It provides not only for the upgrading of the individual acids, but the ratio between them will remain within a pattern of variation which is optimal in nature. But simultaneously there is room for compensating the sometimes extreme variations which may occur naturally, cfr. below. Thus it will be possible to make a product with a constant and predetermined composition.

Fish oils may also contain by-products and contaminants such as pesticides, chlorinated hydrocarbons, heavy metals, cholesterol and vitamins. During the production of the concentrate, the concentrations of these components are significantly reduced compared to untreated fish oils.

In nature the relative contents of EPA and DHA, and also of the other long chain omega-3 acids, is dependent on the marine species and there are also seasonal variations within the same species. In the USA fish oil is today mainly produced from menhaden. This oil will typically contain 14–19% EPA and 5–8% DHA. Our analysis of one cod liver oil batch showed a content of 6.9 EPA and 8.4 DHA. For capelin the EPA values varied from 8.6 to 11.4 from January 1973 to August 1973, while the DHA values from 6.7% to 11% during the same period. For Norwegian coastal herring the content in October 1973 was 6.4% EPA and 9.8% DHA, while catches in November 1983 showed a reduction to 1.7% and 1.1%, respectively.

These variations mean that dietary intake of fish oils or fish alone, will not secure a constant supply of omega-3 acids. Even if all the long chain C 20, C 21 and C 22 omega-3 acids will not or only may become moderately upgraded during the process, they will be preserved at least in their original proportions.

In Table 1 the left hand column illustrates the typical variations between the contents of individual long chain acids in the compositions of this invention, while the right hand column shows the exact analysis of the test sample used in the study on the biological effects, the results of which are shown in the Tables 4–8 below.

5,502,077

**5**

TABLE 1

| | Typical product variation | Test Sample |
|---|---|---|
| C 20:4 omega-6 | | 1,4 |
| C 20:5 omega-3 | 40–60 wt % | 54 wt % |
| C 21:5 omega-3 | 1–4 wt % | 1,5 wt % |
| C 22:5 omega-3 | 1–3 wt % | 2 wt % |
| C 22:6 omega-3 | 25–45 wt % | 32,6 wt % |
| lower acids | 3–8,5 wt % | 7,5 wt % |
| unknown | 1 wt % | 1 wt % |
| sum Omega-3 FA | | 90,1 wt % |
| sum EPA + DHA | | 86,6 wt % |
| EPA : DHA | | 3,3:2 |

Table 2 shows a detailed analysis of a batch of starting material and of another composition of this invention obtained therefrom.

TABLE 2

| | Fatty acid composition (%) | |
|---|---|---|
| Fatty acid | Starting material Fish oil, | Product ethyl ester test sample |
| C14:0 | 7.6 | 0.0 |
| Pristanate | 0.4 | 0.0 |
| C16:0 | 19.1 | 0.0 |
| C16:1 n7 | 7.2 | 0.0 |
| 7-Mel6:0 | 0.3 | 0.0 |
| C16:2 n6 | 0.5 | 0.0 |
| C16:2 n4 | 1.2 | 0.0 |
| Phytanate | 0.3 | 0.0 |
| C16:3 n4 | 0.5 | 0.0 |
| C16:4 n1 | 1.0 | 0.2 |
| C18:0 | 2.3 | 0.0 |
| C18:1 n9 | 9.1 | 0.0 |
| C18:1 n7 | 3.0 | 0.0 |
| C18:1 n5 | 0.4 | 0.1 |
| C18:2 n6 | 1.1 | 0.0 |
| C18:2 n4 | 0.2 | 0.0 |
| C18:3 n6 | 0.2 | 0.2 |
| C18:3 n3 | 0.7 | 0.2 |
| C18:4 n3 | 2.5 | 2.8 |
| C18:4 n1 | 0.1 | 0.2 |
| C20:1 n9 + 7 | 5.9 | 0.0 |
| C20:1 | 0.1 | 0.0 |
| C20:2 n6 | 0.2 | 0.1 |
| C20:3 n6 | 0.1 | 0.0 |
| C20:4 n6 | 0.7 | 1.4 |
| C20:4 n3 | 1.2 | 0.9 |
| C20:5 n3 | 16.5 | 53.4 |
| C22:1 n11 + 9 | 4.6 | 0.0 |
| C22:2 n6 | 0.7 | 0.0 |
| C21:5 n3 | 0.9 | 1.6 |
| C22:4 n6 | 0.1 | 0.0 |
| C22:5 n6 | 0.1 | 0.4 |
| C22:5 n3 | 2.0 | 3.1 |
| C22:6 n3 | 7.9 | 34.3 |
| Sum unknown | 1.0 | 1.0 |
| Sum omega-3 FA | 31.7 | 95.4 |
| incl. C 18 | 3.2 | 3.0 |
| Sum EPA + DHA | 24.4 | 87.7 |
| EPA:DHA | 2.1:1 | 3.1:2 |

Table 3 shows the main fatty acid contents of several compositions according to present application.

TABLE 3

| Fatty acid | Composition (%) | | | | | |
|---|---|---|---|---|---|---|
| C18:2 n6 | 0.3 | 0.3 | 0.1 | 0.0 | 0.2 | 0.1 |
| C18:3 n3 | 0.3 | 0.3 | 0.0 | 0.1 | 0.3 | 0.0 |
| C18:4 n3 | 2.3 | 2.3 | 3.6 | 2.2 | 1.8 | 0.7 |
| C18:4 n1 | 0.2 | 0.2 | 0.4 | 0.3 | 0.0 | 0.0 |

**6**

TABLE 3-continued

| Fatty acid | Composition (%) | | | | | |
|---|---|---|---|---|---|---|
| C20:4 n6 | 1.7 | 1.7 | 1.5 | 3.9 | 1.6 | 1.6 |
| C20:4 n3 | 2.4 | 0.9 | 1.3 | 1.2 | 1.9 | 0.3 |
| C20:5 n3 | 54.7 | 52.7 | 42.2 | 48.5 | 41.0 | 31.7 |
| C21:5 n3 | 2.1 | 2.1 | 1.7 | 2.0 | 1.7 | 1.2 |
| C22:5 n6 | 0.4 | 0.4 | 0.6 | 0.8 | 0.7 | 1.1 |
| C22:5 n3 | 5.4 | 5.8 | 2.8 | 4.3 | 5.8 | 3.3 |
| C22:6 n3 | 28.7 | 31.0 | 38.0 | 34.9 | 42.4 | 58.5 |
| Sum n3FA incl. C 18 | 95.9 | 95.1 | 89.6 | 93.2 | 94.9 | 95.7 |
| Sum EPA + DHA | 83.4 | 83.7 | 80.2 | 83.4 | 83.4 | 90.2 |
| EPA:DRA | 1.9:1 | 1.7:1 | 1.1:1 | 1.4:1 | 1:1 | 1:1.8 |

n3FA denotes omega-3 fatty acids

BIOLOGICAL EFFECTS

In order to evaluate the effect of a composition according to present application on blood pressure, pulse rate, triglyceride levels, serum cholesterol and HDL-cholesterol, blood platelet aggregation and the coagulation factor VII phospholipid complex activity, the whole population aged 34–60 years, of a small Norwegian town was invited to a health check and of those, 22000 persons were screened for the following criteria:

untreated moderate hypertension of a diastolic blood pressure (DBP) ranging from 89 to 111 mm Hg and a systolic blood pressure (SBP) from 110 to 180 mmHg.

no previous cardiac illness and not using cardiac drugs

no severe diseases

not extremely overweight

no alcoholism

serum cholesterol of at least 6.0 mmol/liter

The group of volunteers selected by these criteria amounted to 172 persons. The volunteers were screened during a run-in period of 6 month to ensure stabilization of blood pressure before the test substance was administered.

All blood pressure measurements were done with an automatic instrument (Dinamap) and at each occasion three measurements (with 2 minutes intervals) were done sitting and standing under controlled conditions. The average of the two last sitting and standing measurements were used.

The study was a controlled double blind one. The 172 volunteers were randomized to two groups of similar size. One group was treated with placebo capsules of corn oil, each with 1 g corn oil added 0.3% Vitamin E. The other group received capsules containing 1 g of the test substance whose composition is given in Table 1. Both sets of capsules were made of coloured soft gelatin to assure the blind effect. The volunteers were asked to take 3 capsules twice daily of either the test or control substance for 11 to 12 weeks. 171 volunteers completed the study and on average about 90% of the capsules were taken.

As will appear from tables 4 and 5 below, corn oil had no statistically significant effect on the blood pressure. The effect on the test substance on blood pressure was assessed first on the whole group taking the test substance and next on those individuals with higher blood pressures. The average blood pressures for the patients with higher blood

5,502,077

pressures at the start and finish of the treatment with the active test substance of this invention are given in Table 4

strongest on those patients with the highest blood pressure. No significant effect was obtained in the corn oil group.

### TABLE 6

EFFECT OF TEST SUBSTANCE AND CORN OIL
ON <u>SYSTOLIC</u> AND <u>DIASTOLIC</u> BLOOD PRESSURE
ACCORDING TO DIETARY INTAKE OF FISH (DISHES PER WEEK)

| Dishes per week | Number of patients | | Average BP before treatment (mm HG) | Average BP after treatment (mm Hg) | Average Reduction in BP (mm Hg) | Significance |
|---|---|---|---|---|---|---|
| | | | Test substance | | | |
| 0–2 | 44 | SBP | 145.3 | 139.3 | −6.9 | p = 0.005 |
| | | DBP | 99.8 | 94.0 | −5.7 | p = 0.0001 |
| 3-5 | 34 | SBP | 143.6 | 141.2 | −2.4 | p = 0.2 |
| | | DBP | 97.7 | 96.3 | −1.4 | p = 0.2 |
| | | | Corn oil | | | |
| 0–2 | 34 | SBP | 145.2 | 146.8 | +1.6 | p = 0.4 |
| | | DBP | 98.3 | 100.2 | +1.9 | p = 0.1 |
| 3–5 | 44 | SBP | 142.3 | 143.4 | +1.1 | p = 0.5 |
| | | DBP | 97.4 | 97.9 | +0.5 | p = 0.7 |

(diastolic blood pressure) and Table 5 (systolic blood pressure).

### TABLE 4

EFFECT OF TEST SUBSTANCE AND CORN OIL
ON DIASTOLIC BLOOD PRESSURE

| DBP Range | Number of patients | Average DBP before treatment (mm HG) | Average DBP after treatment (mm Hg) | Average Reduction in DBP (mm Hg) | Significance |
|---|---|---|---|---|---|
| | | Test substance | | | |
| 85–109 | 62 | 95.8 | 93.4 | 2.4 | p < 0.05 |
| 98–109 | 22 | 102 | 96.2 | 5.8 | p < 0.01 |
| | | Corn oil | | | |
| 85–109 | 57 | 95.7 | 96.0 | 0 | n.s. |
| 98–109 | 26 | 101.8 | 100.7 | 1.1 | n.s. |

n.s. means not significant

### TABLE 5

EFFECT OF TEST SUBSTANCE AND CORN OIL
ON SYSTOLIC BLOOD PRESSURE

| SBP of patients (mm Hg) | Number of patients | Average SBP before treatment (mm HG) | Average SBP after treatment (mg Hg) | Average Reduction in SBP (mm Hg) | Significance |
|---|---|---|---|---|---|
| | | Test substance | | | |
| >135 | 71 | 148.1 | 144.5 | 3.6 | p < 0.05 |
| >150 | 24 | 158.4 | 150.3 | 8.1 | p < 0.001 |
| >155 | 15 | 162.2 | 152.4 | 9.8 | p < 0.001 |
| | | Corn oil | | | |
| >135 | 62 | 148.5 | 149.6 | 0 | n.s. |
| >150 | 23 | 159.1 | 158.0 | 1.1 | n.s. |
| >155 | 17 | 161.8 | 159.6 | 2.2 | n.s. |

As is evident from the above tables, the test substance had a highly significant hypotensive effect both on systolic and diastolic blood pressure. It is also clear that the effect is

As appears from Table 6 a good hypotensive effect is achieved with the composition according to present application, surprisingly so even in the group with a high dietary intake of fish of 3–5 dishes per week. In comparison, no beneficiary effect is achieved with corn oil.

The results shown above indicate that a composition according to present application gives a surprisingly much better effect than a dietary intake of fish or slightly concentrated marine oil would lead one to expect. This is probably due to a synergistic effect of EPA and DHA.

Compared with the test results achieved in the previously conducted studies with a dietary intake of marine fish oils, the results achieved with a composition according to the present application show a surprising improvement in effect on diastolic and systolic bloodpressure of a slightly hypertensive patient and a more hypertensive patient of, respectively, approximately 30% and 45%.

### TABLE 7

EFFECT OF TEST SUBSTANCE AND CORN OIL
ON PULSE RATE (per minute)

| Group | Before | After | Change | Significance |
|---|---|---|---|---|
| | | Test subst | | |
| sitting | 75.4 | 73.2 | −2.2 | p < 0.02 |
| standing | 82.9 | 80.2 | −2.7 | p < 0.005 |
| | | Corn Oil | | |
| sitting | 74.3 | 75.1 | +0.8 | p = 0.3 |
| standing | 80.9 | 82.2 | +1.3 | p = 0.2 |

The pulse rate study included 78 persons in the group recieving the test substance and 77 persons in the other group.

As will appear from the Table above there was obtained a significant lowering in pulse rate with the test substance according to present application and a slight not significant raise of pulse rate with corn oil.

5,502,077

9

### TABLE 8

EFFECT OF TEST SUBSTANCE AND CORN OIL
ON SERUM CHOLESTEROL (mmol/liter)

| | BEFORE | | AFTER | |
|---|---|---|---|---|
| GROUP | Tot. chol. | HDL Chol. | Tot. Chol. | HDL Chol. |
| All Patients: | | | | |
| Test substance (n = 78) | 6.58 | 1.35 | 6.57 | 1.41** |
| Corn oil (n = 78) | 6.68 | 1.33 | 6.64 | 1.41** |
| Tot. Chol.>7 | | | | |
| Test substance (n = 26) | 7.74 | 1.53 | 7.31** | 1.58* |
| corn oil (n = 20) | 7.66 | 1.26 | 7.45* | 1.32* |

*p < 0.1
**p < 0.01

As appears from Table 8 the test composition according to present application lowers total serum cholesterol significantly in patients with a total cholesterol of above 7.0 mmol/liter and raises HDL cholestrol significantly in the whole population. Similar, but weaker effects are obtained in the corn oil group.

The compositions according to present application further lower LDL-cholesterol by 5–10% in patients with total cholesterol >7 mmol/l but has no significant effect in patients with a total cholesterol of <6.5 mmol/l.

### TABLE 9

EFFECT OF TEST SUBSTANCE AND
CORN OIL ON SERUM TRIGLYCERIDE

| Group | n | Before | After | Reduction | p-value |
|---|---|---|---|---|---|
| | | Triglyceride (mmol/l) | | | |
| TEST SUBSTANCE | 87 | 1.51 | 1.20 | 0.31 | 0.001 |
| CORN OIL | 85 | 1.57 | 1.47 | 0.03 | NS |
| Patients with triglycerides > 2.00 mmol/l | | | | | |
| TEST SUBSTANCE | 14 | 3.28 | 2.03 | 1.25 | 0.0001 |
| CORN OIL | 17 | 3.22 | 2.66 | 0.56 | 0.01 |

As appears from Table 9, the test substance has the effect of lowering the level of serum triglycerides, especially in patients with high levels (>2.0 mmol/l) before treatment. No significant effect is obtained with corn oil in the whole group of volunteers, whereas a very small effect is obtained in persons with high levels of triglycerides.

### TABLE 10

EFFECT OF TEST SUBSTANCE AND CORN OIL
ON BLOOD PLATELET AGGREGATION

| | | Collagen 0,2 ug/ml | | Collagen 0,1 ug/ml | |
|---|---|---|---|---|---|
| Group | n | Before X̄ SEM | After X̄ SEM | Before X̄ SEM | After X̄ SEM |
| TEST SUBST | 21 | 63.4 ± 4.40 | 38.8 ± 5.19 | 38.0 ± 5.91 | 13.7 ± 3,77 |
| CORN OIL | 21 | 73.5 ± 4.40 | 57.4 ± 6.37 | 43.4 ± 45.5 | 15.2 ± 3.32 |

As will appear from Table 10, the compositions according to present application have a blood platelet antiaggregating effect.

10

The coagulation factor VII-phospholipid complex is found in the plasma from men belonging to a high risk group for cardiovascular diseases, as described in [P. Leren et al, The Oslo Study, Cardiovascular disease in middle aged and young Oslo men. *Acta Med. Scand,* suppl.588,1–38, (1987)] and [Dalaker et al, A novel form of factor VII in plasma from men at risk for cardiovascular disease, *Br.J. Haematol.,* 61, 315–322, (1985)], and is considered to be another risk factor for cardiovascular disease.

### TABLE 11

EFFECT OF TEST SUBSTANCE AND CORN OIL
ON COAGULATION FACTOR VII PHOSPHOLIPID
COMPLEX ACTIVITY (PER CENT)

| Group | n | Before | After | Difference |
|---|---|---|---|---|
| TEST SUBST | 69 | 9.7 | 6.6 | 3.1** |
| CORN OIL | 72 | 8.5 | 8.8 | 0.3 N.S. |

** p < 0.02

As appears from the table the activity is reduced significantly with the composition according to present application, whereas no significant effect is reached with corn oil.

According to the the results shown in the tables 3–11 above, a composition according to present application has a significant effect on all the above mentioned risk factors for cardiovascular diseases. In comparison some positive results are obtained with corn oil but no significant effect is obtained for blood pressure, the level of serum triglycerides or for the activity of the coagulation factor VII. Further the effects measured in the corn oil group for these risk factors seem to be going in the opposite direction, being detrimental.

Thus fatty acid compositions according to the present invention are potentially valuable for the treatment and prophylaxis of multiple risk factors known for cardiovascular diseases, such as hypertension, hypertriglyceridemia and high coagulation factor VII phospholipid complex activity.

The doses of the composition of this invention needed for therapeutic or prophylactic effect will vary with the type of administration. In our large scale tests we administered 6 grams per person per day of the test composition. Generally for the average adult person the doses may vary from 1.0 to 10 grams depending upon body size and the seriousness of the condition to be treated.

The compositions according to present application may further be used as an additional drug to the customary hypertensive drug in treatment of hypertension. The doses will presumably lie in the lower part of the above mentioned dosage range.

5,502,077

**11**

Other possible medical indications for which the compositions according to the present application may be administered are chronic polyarthritis, psoriatic artheritis, periarteritis nodosa, lupus erythematosus disseminatus (LED), sclerodermia, Crohn's disease, ulcerative colitis, psoriasis, atopic dermatitis and migraine as has been indicated in standard in vivo tests.

Perferably the active compounds should be orally administered in the form of pills, soft capsules or the like. However, the administration could also be through any other route where the active ingredients may be efficiently absorbed and utilized, e.g. intravenously, subcutaneously, rectally, vaginally or possibly topically.

The pharmaceutical composition may eventually comprise, in addition to the EPA and DHA active ingredients as defined, one or more pharmaceutically acceptable carriers as well known in the art. The compositions can also include fillers, stabilizers, extenders, binders, humidifiers, surfactants, lubricants and the like, as known in the art of formulating pharmaceutical composition.

In addition antioxidants, for example hydroxytoluene, butyrate, quinone, tocopherol, ascorbic acid etc., preservatives, colouring agents, perfumes, flavourings and other pharmaceutical agents may be used.

### EXAMPLE OF PHARMACEUTICAL PREPARATION

| Soft gelatine capsules containing 1 g/per capsule Composition: | |
| --- | --- |
| EPA ethyl ester | 525 mg/capsule |
| DHA ethyl ester | 315 mg/capsule |
| d-alpha Tocopherol | 4 mg/capsule |
| Gelatine | 246 mg/capsule |
| Glycerol | 118 mg/capsule |
| Red iron oxide | 2.27 mg/capsule |
| Yellow iron oxide | 2.27 mg/capsule |

The active ingredients and the excipients are weighed and homogenized on a high speed stirrer. The mixture is then colloid milled and deareated in a stainless steel vessel ready for encapsulation. The mixture is filled in soft gelatine capsules of size 20 oblong (average weight 1.4 g) using a standard capsulation machine.

**12**

We claim:

1. A method for the treatment or prophylaxis of hypertriglyceridemia in a human patient, which comprises orally administering to the patient a pharmaceutical composition in which the active ingredients consist essentially of a mixture of fatty acids of which at least 80% by weight is comprised of a combination of (all-Z omega-3)-5,8,11,14,17-eicosapentaenoic acid (EPA) and (all-Z omega-3)-4,7,10,13,16,19-docosahexaenoic acid (DHA) in a weight ratio of EPA:DHA of from 1:2 to 2:1, said composition being administered in amounts providing a daily dosage of 1 to 10 grams of said mixture of fatty acids.

2. The method of claim 1, wherein at least 85% by weight of the mixture of fatty acids is comprised of long chain omega-3 fatty acids.

3. The method of claim 2, wherein the EPA constitutes 40 to 60% by weight of the mixture of fatty acids and the DHA constitutes 25 to 45% by weight of the mixture of fatty acids.

4. The method of claim 3, wherein the EPA and DHA are present in the composition in an EPA:DHA weight ratio of from 1:1 to 2:1.

5. The method of claim 4, wherein at least 4.5% by weight of the mixture of fatty acids is comprised of fatty acids other than EPA and DHA that have 20, 21, or 22 carbon atoms.

6. The method of claim 4, wherein at least 3% by weight of the mixture of fatty acids is comprised of omega-3 fatty acids other than EPA and DHA that have 20, 21, or 22 carbon atoms.

7. The method of claim 4, wherein at least 1% by weight of the mixture of fatty acids is comprised of (all-Z omega-3)-6,9,12,15,18-heneicosapentaenoic acid.

8. The method of any of claims 5, 6, or 7, wherein the fatty acids are present in the composition in esterified form.

9. The method of any of claims 5, 6, or 7, wherein the fatty acids are present in the composition in ethyl ester form.

10. The method of any of claims 5, 6, or 7, wherein the fatty acids are present in the composition in salt form.

11. The method of any of claims 5, 6, or 7, wherein the fatty acids are present in the composition in the free acid form.

12. The method of claim 7, wherein at least 85% by weight of the fatty acid content of the composition is comprised of the combination of EPA and DHA, and the fatty acids are present in the composition in ethyl ester form.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO. : 5,502,077                    Page _1_ of _2_

DATED       : March 26, 1996

INVENTOR(S) : Breivik et al.

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby corrected as shown below:

On the title page, under item [56]

FOREIGN PATENT DOCUMENTS:

"WO88008444  11/1988 WIPO" should read --WO88/08444
    11/1988 WIPO--.
Please insert: --2218984  11/1989  Great Britain--.

OTHER PUBLICATIONS:

After "Kinsella et al." insert --,-- (a comma), and
    change "pp. 7+08" to --pp 7-8--.
Please insert: --Harrison's Principles of
    Internal Medicine, 11th ed. (Braunwald et al.,
    eds), McGraw-Hill, New York, p. 1204--.

Primary Examiner:

Mukund J.g232 2 Shah" should read --Mukund J. Shah--.

COLUMN 4,

Line 12, "analyzis" should read --analysis--.

COLUMN 5,

In Table 1, line 3, "1,4" should read --1.4--;
              line 7, "32,6" should read --32.6--; and
              line 8, "3-8,5" should read --3-8.5-;
              and "7,5" should read --7.5--.

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.  :  5,502,077                    Page  _2_  of  _2_

DATED       :  March 26, 1996

INVENTOR(S) :  Breivik et al.

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby corrected as shown below:

COLUMN 6:

    In Table 3, last line, "EPA:DRA" should read --EPA:DHA--.

COLUMN 7,

    At Table 5, line 8, "(mm HG)" should read --(mm Hg)--, and "(mg Hg)" should read --(mm Hg)--.

COLUMN 9,

    At Table 10, line 6, "X SEM" should read --$\overline{X}$ SEM--.

COLUMN 11,

    Line 34, "4 mg/capsule" should read --4 IU/capsule--.

Signed and Sealed this

Twentieth Day of August, 1996

*Attest:*

BRUCE LEHMAN

*Attesting Officer*                    *Commissioner of Patents and Trademarks*

# EXHIBIT B



US005656667A

# United States Patent [19]

## Breivik et al.

[11] **Patent Number:** 5,656,667

[45] **Date of Patent:** Aug. 12, 1997

[54] **FATTY ACID COMPOSITION**

[75] Inventors: **Harald Breivik**, Skjelsvik; **Bernt Børretzen**, Porsgrunn; **Knut Helkås Dahl**, Ulefoss; **Hans Einar Krokan**, Sjetnemarka; **Kaare Harald Bønaa**, Tromsø, all of Norway

[73] Assignee: **Norsk Hydro as**, Oslo, Norway

[21] Appl. No.: **471,200**

[22] Filed: **Jun. 6, 1995**

**Related U.S. Application Data**

[63] Continuation of Ser. No. 902,500, Jun. 23, 1992, Pat. No. 5,502,077, which is a continuation of Ser. No. 389,902, Aug. 4, 1989, abandoned.

[30] **Foreign Application Priority Data**

Aug. 11, 1988 [GB] United Kingdom .................. 8819110

[51] Int. Cl.$^6$ ..................................................... A61K 31/20
[52] U.S. Cl. ............................................. 514/560; 514/824
[58] Field of Search ........................................ 514/560, 824

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | |
|---|---|---|
| 3,158,541 | 11/1964 | Sutherland ................................ 167/65 |
| 4,415,554 | 11/1983 | Horrobin ................................ 424/145 |
| 4,526,902 | 7/1985 | Rubin ................................... 514/560 |
| 4,564,475 | 1/1986 | Masaichiro .......................... 260/398.5 |
| 4,615,839 | 10/1986 | Seto et al. ............................ 260/412 |
| 4,675,132 | 6/1987 | Stout et al. ........................... 260/412 |
| 4,681,896 | 7/1987 | Horrobin .............................. 514/552 |
| 4,758,592 | 7/1988 | Horrobin et al. ..................... 514/549 |
| 5,130,061 | 7/1992 | Cornieri et al. ....................... 554/167 |

**FOREIGN PATENT DOCUMENTS**

| | | |
|---|---|---|
| 0175468 | 3/1986 | European Pat. Off. . |
| 0283140 | 9/1988 | European Pat. Off. . |
| 0292846 | 11/1988 | European Pat. Off. . |
| 63-88159 | 4/1988 | Japan . |
| 2033745 | 5/1980 | United Kingdom . |
| 1604554 | 12/1981 | United Kingdom . |
| 2090529 | 7/1982 | United Kingdom . |
| 2148713 | 6/1985 | United Kingdom . |
| 2197199 | 5/1988 | United Kingdom . |
| 2218984 | 11/1989 | United Kingdom . |
| WO87-02247 | 4/1987 | WIPO . |
| WO88-08444 | 11/1988 | WIPO . |
| WO89-11521 | 11/1989 | WIPO . |

**OTHER PUBLICATIONS**

Bernardi et al., *Acta, Toxicol. Ther.*, vol. 8(3), pp. 339–352, (Mar. 1987).

Kinsella et al., *Seafoods and Fish Oils in Human Health and Disease* (Marcel Dekker Inc., New York) 1987: pp. 7–8.

Hellström. "Some Foreign Recommendations on the Treatment of Hyper–lipidaemias", and Treatment of Hyperlipidemia—Opinions and Recommendations from the Group, in *Treatment of Hyperlipidemia*, National Board of Health and Welfare Drug Information Center, Sweden, pp. 131–137 and 147–158 (1989).

*Merck Index*, 11th Edition, (Merck & Co., Rahway, N.J.), 1989 No. 5784.

Reis et al., "Effects of Two Types of Fish Oil Supplements on Serum Lipids and Plasma Phopholipid Fatty Acids in Coronary Artery Disease", *Am. J. Cardiology*, 1990:66, pp. 1171–1175.

Blonk et al., "Dose–response effects of fish–oil supplementation in healthy volunteers", Am. J. Clin. Nutr., 1990:52, pp. 120–127.

Bønaa et al., "Effect of Eicosapentaenoic and Docosahexaenoic Acids on Blood Presure in Hypertension", N. Eng. J. Med., 1990:322, pp. 759–801.

Luley et al., "Bioavailability of Omega–3 Fatty Acids: Ethylester Preparations are as Suitable as Triglyceride Preparations", *Akt. Ernähr.—Med.* 15 pp. 123–125 (1990).

Braunwald et al. (eds.), "Harrison's Principles of Medicine", 11th Ed. (McGraw–hill, New York) p. 1204. (1985).

*Primary Examiner*—Kimberly Jordan
*Attorney, Agent, or Firm*—Fitzpatrick, Cella, Harper & Scinto

[57] **ABSTRACT**

Fatty acid composition comprising at least 80% by weight of omega-3-fatty acids, salts or derivatives thereof, wherein (all-Z)-5,8,11,14,17-eicosapentaenoic acid (EPA) and (all-Z)-4,7,10,13,16,19-docosahexaenoic acid comprises at least 75% by weight of the total fatty acids. The compositions can be used for the treatment or prophylaxis of multiple risk factors for cardiovascular diseases.

**63 Claims, No Drawings**

5,656,667

# 1

## FATTY ACID COMPOSITION

This application is a continuation of application Ser. No. 07/902,500 filed Jun. 23, 1992, now U.S. Pat. No. 5,502,077, which in turn is a continuation of application Ser. No. 07/389,902 filed Aug. 4, 1989, now abandoned.

Present invention relates to a fatty acid composition comprising at least 80% by weight of omega-3 polyunsaturated fatty acids, wherein at least 75% by weight of the total fatty acids comprise omega-3 (all-Z)-5,8,11,14,17-eicosapentaenoic acid (EPA) C 20:5 and (all-Z)-4,7,10,13, 16,19-docosahexaenoic acid (DHA) C 22:6.

## FIELD OF INVENTION

Cardiovascular diseases leading to morbidity and premature mortality is related to several risk factors such as hypertension, hypertriglyceridemia, hypercholesterolemia, high blood platelet aggregation and according to recent findings, a high activity of the blood coagulation factor VII phospholipid complex. Over the last three decades antihypertensive drugs have contributed to the decline in cardiovascular disease-related morbidity and mortality. There is however heightened concern about side effects and toxicity associated with the current antihypertensive therapy, especially in the mild hypertensive patient. There are results indicating that although the presently used antihypertensive agents are efficient in reducing blood pressure the pulse rate is coincidentally enlarged. Thus there is a need for a drug with fewer adverse effects for the treatment of hypertension. It would be particularly advantageous if such a drug could be used for the simultaneous treatment of all the above mentioned multiple risk factors associated with cardiovascular diseases, which is generally not the case with the currently available antihypertensive drugs.

## DESCRIPTION OF PRIOR ART

During the last decade numerous publications have appeared which report that various dietary fish oil preparations containing omega-3 polyunsaturated fatty acids have an effect on serum cholesterol and blood platelet aggregation. The mechanisms suggested for these effects often center around the prostanoid system. Thus there is some information on how dietary fish oils alter the excretion of some prostaglandin metabolites but available data conflict on several points.

A reduction of blood pressure has been reported after intake of fish, crude fish oil (starting at 7% EPA and 5% DHA) or slightly concentrated fish oil preparations (typically containing 18% EPA and 12% DHA) although the components responsible for these effects were never identified. Furthermore all the studies presented so far had one or more serious flaws as pointed out in reviews of the available studies [H. R. Knapp et al., Proceedings of AOCS Short Course on polyunsaturated Fatty Acids and Eicosanoids, Ed. W. E. M. Lands, pp.41–55, American Oil Chemists Society] and [K. Bønaa, Tidskr. Nor Lægeforen nr. 28,1987, 2425–8].

Eicosapentaenoic acid C 20:5 omega 3 (EPA) has been considered to be the most important of the marine omega-3 polyunsaturated fatty acids partly because of its potent antiaggregatory action i.a. reported in U.S. Pat. No. 4,097, 602, Silver et al, which was filed in August 1974. Later Dyerberg et al also described the same effect in [Lancet, p.152, Jan. 21, 1978] and [Lancet II, p 117–119, Jul. 15, 1978]. The main reason for the assumed importance of EPA is probably that it belongs to the eicosanoids, which are key substances for the prostaglandin metabolism.

# 2

However, according to several recent reports, EPA alone does not have a significant effect on hypertension. In ["Effects of highly purified eicosapentaenoic acid to angiotensin II and norepinephrine in the rabbit", Prostaglandins August 1986, Vol. 32, No 2, pp 179–187] no reduction of blood pressure in rabbits was obtained using highly purified EPA of 90% concentration. [Terano et al, Atherosclerosis, 46, 321–331, (1983)] reported that a preparation containing 75% EPA and 6.2% DHA had no significant effect on blood pressure in healthy volunteers after an intake of 3.6 g EPA ethyl ester. Similarly, [Yoshida et al, Artery, 14, 295–303, 1987], reported no effect on basal blood pressure after intake of 900 mg EPA ethyl ester for 14 days or more. Furthermore 90% EPA methyl ester had no effect on spontaneously hypertensive rats. [K. Yin et al, 1988, Clinical and Experimental Pharmacology and Physiology 15, 275–280].

In contrast to this, British patent application 2197199 describes a composition for combatting pregnancy-induced hypertension where the compositions used in the example had an EPA content of 28–35%. The patients had no earlier history of hypertension. Hypertension being developed under pregnancy is considered to have different biological causes than normal hypertension, which seems to be underlined by the fact that it usually disappears after the termination of the pregnancy.

To our knowledge there is nothing to suggest that DHA alone has any effect on the blood pressure.

According to U.S. Pat. No. 3,082,228 based on an application filed Dec. 18, 1959 a product containing at least 60% polyunsaturated fatty acids having 20 C atoms or more lowers the blood cholesterol content significantly. Although other early studies indicate that fish oils lower total cholesterol and LDL-cholesterol and raises HDL-cholesterol, later results have generally drawn the opposite conclusion, as pointed out by W. S. Harris in [(n-3)news, 3 (4), 1–7]. Thus, when summarizing 45 articles on the subject, he found that LDL-cholesterol was increased by 2–30% depending on the type of hyperlipidaemia.

From PCT/WO 87/02247 is known a lipid emulsion for parenteral use comprising an emulsifier, water and a marine oil comprising at least one omega-3 fatty acid wherein the concentration of the free fatty acid in the emulsion is below about 5 meq/l, and wherein the marine oil will contain at least 30% by weight of a combination of esters of EPA and DHA. This lipid emulsion is used for the intravenous treatment of thrombotic disease states.

## SUMMARY OF THE INVENTION

It has now been found that fatty acid compositions containing a high concentration, of at least 80% by weight, of omega-3 fatty acids, salts or derivatives thereof, where EPA and DHA are present in relative amounts of 1:2 to 2:1, and constitute at least 75% of the total fatty acids, has a surprisingly advantageous effect on all the above mentioned risk factors for cardiovascular diseases, but especially a good effect on mild hypertension, hypertriglyceridemia and on the coagulation factor VII phospholipid complex activity. It lowers serum LDL-cholesterol, increases serum HDL-cholesterol, lowers serum triglycerides, lowers systolic and diastolic blood pressure and the pulse rate and lowers the activity of the blood coagulation factor VII-phospholipid complex. Although the detailed biological mechanisms for the effects of the compositions according to present application are not explicitly known, there are indications of a surprising synergism between the action of EPA and of DHA.

5,656,667

3

One advantage of the compositions according to the present application is their being very well tolerated, not giving rise to any severe side effects.

An especially preferred composition according to the present application comprises at least 90% by weight of long chain, polyunsaturated omega-3 fatty acids of which EPA and DHA constitute at least 85% by weight of the total fatty acids and are present in a ratio of EPA:DHA from 1:1 to 2:1 especially about 3:2.

In order to isolate EPA and DHA in a mixture of high concentration according to the present invention, a special method was developed for purifying and isolating the long chain fatty acids from natural fish oils. Compositions according to present application may be produced according to the method of our European Patent Application No.86906964.1. The analysis in % by weight was based on the ethyl esters even if other derivatives or salts or the acids themselves are a part of the present invention.

## DETAILED DESCRIPTION OF THE INVENTION

The composition according to this invention is preferably produced via the following method. Initially the marine oil raw material is esterified and concentrated via urea fractionation or the like, where the conditions are sufficiently mild to avoid disintegration of the products. The second stage is a molecular distillation.

The fractionation in principle initially removes the major part of the esters having chain length below C 20. Thereafter a main fraction is removed consisting essentially of esters of the C 20- and C 22 acids. As the urea fractionation removes the saturated and less unsaturated esters, this fraction will contain high concentrations of EPA and DHA, according to the present method at least 75% by weight. The total amount of the long chain omega-3 acids will be at least 80% by weight. Other preferred compositions according to present application contain at least 95% by weight, with the EPA plus DHA content being at least 90% by weight. Another preferred composition according to present application contains at least 85% by weight of the total omega-3 fatty acids and an EPA and DHA amount of at least 80% by weight.

Other omega-3 acids of the C 20, C 21 and C 22 series will be obtained approximately in their original concentrations, e.g. from 3–5% by weight, typically at least 4.5% by weight. Thus the special and odd-numbered omega-3 all-Z 6,9,12,15,19-heneicosapentaenoic acid C 21:5 is normally present in concentrations of at least 1.5% by weight and omega-3 all-Z 7,10,13,16,19-docosapentaenoic acid normally in concentrations of about 3.0% by weight.

After removing the urea precipitate, the solvent used, normally ethanol, is partially or fully removed by evaporation and the esters thus isolated may be further purified by washing with water or a slightly alkaline water solution if the pure esters without contamination of the acids should be isolated.

The free acids may be produced by well known hydrolyzation procedures.

The upgrading of the EPA fraction to obtain a weight ratio of EPA:DHA of from 1:1 to 2:1, especially 3:2 or the upgrading of the DHA fraction to obtain a EPA:DHA weight ratio of from 1:1 to 1:2 may be achieved in the molecular distillation stage. The method also provides the possibility of using supercritical fluid extraction and/or chromatography in the second stage with $CO_2$ eventually containing a more polar modifier, such as ethanol, in order to concentrate the EPA and/or DHA fraction.

4

The urea fractionation and the subsequent molecular distillation are performed under gentle conditions to avoid oxidation and/or isomerisation of the highly unstable omega-3 acids. As seen from Table 1 and 2 below, which gives the analysis of products obtained in accordance with the method of this invention, there was not more than 1% of unknown components in the purified product. There are, however, a certain amount of minor products such as C-16 and C-18 acids as will appear from the detailed analysis shown in Table 2.

For the main part these products will be the combined sum of the fraction of fatty acid esters, which are naturally occurring in fish oils, but the concentration of each separate ester in the finished product is less than 0.2%, apart from the omega-3 octadecatetraenoic acid C 18:4 n-3, which is present in approximately the same amount as in the starting material.

Thus it will be understood that the total concentration of by-products occurring from the process is very low.

The process is flexible enough to affect the relative proportions between the long chain C 20, C 21 and C 22 fatty acids which occur naturally in available fish oil raw materials. It provides not only for the upgrading of the individual acids, but the ratio between them will remain within a pattern of variation which is optimal in nature. But simultaneously there is room for compensating the sometimes extreme variations which may occur naturally, cfr. below. Thus it will be possible to make a product with a constant and predetermined composition.

Fish oils may also contain by-products and contaminants such as pesticides, chlorinated hydrocarbons, heavy metals, cholesterol and vitamins. During the production of the concentrate, the concentrations of these components are significantly reduced compared to untreated fish oils.

In nature the relative contents of EPA and DHA, and also of the other long chain omega-3 acids, is dependent on the marine species and there are also seasonal variations within the same species. In the USA fish oil is today mainly produced from menhaden. This oil will typically contain 14–19% EPA and 5–8% DHA. Our analysis of one cod liver oil batch showed a content of 6.9 EPA and 8.4 DHA. For capelin the EPA values varied from 8.6 to 11.4 from January 1973 to August 1973, while the DHA values from 6.7% to 11% during the same period. For Norwegian coastal herring the content in October 1973 was 6.4% EPA and 9.8% DHA, while catches in November 1983 showed a reduction to 1.7% and 1.1%, respectively.

These variations mean that dietary intake of fish oils or fish alone, will not secure a constant supply of omega-3 acids. Even if all the long chain C 20, C 21 and C 22 omega-3 acids will not or only may become moderately upgraded during the process, they will be preserved at least in their original proportions.

In Table 1 the left hand column illustrates the typical variations between the contents of individual long chain acids in the compositions of this invention, while the right hand column shows the exact analysis of the test sample used in the study on the biological effects, the results of which are shown in the Tables 4–8 below.

5,656,667

5

## TABLE 1

|  | Typical product variation | Test Sample |
|---|---|---|
| C 20:4 omega-6 | 1–2 | 1.4 |
| C 20:5 omega-3 | 40–60 wt % | 54 wt % |
| C 21:5 omega-3 | 1–4 wt % | 1.5 wt % |
| C 22:5 omega-3 | 1–3 wt % | 2 wt % |
| C 22:6 omega-3 | 25–45 wt % | 32.6 wt % |
| lower acids | 3–8.5 wt % | 7.5 wt % |
| unknown | 1 wt % | 1 wt % |
| sum Omega-3 FA |  | 90.1 wt % |
| sum EPA + DHA |  | 86.6 wt % |
| EPA:DHA |  | 3.3:2 |

## TABLE 2

Table 2 shows a detailed analysis of a batch of starting material and of another composition of this invention obtained therefrom.

|  | Fatty acid composition (%) | |
|---|---|---|
| Fatty acid | Starting material Fish oil, | Product ethyl ester test sample |
| C14:0 | 7.6 | 0.0 |
| Pristanate | 0.4 | 0.0 |
| C16:0 | 19.1 | 0.0 |
| C16:1 n7 | 7.2 | 0.0 |
| 7-Mel6:0 | 0.3 | 0.0 |
| C16:2 n6 | 0.5 | 0.0 |
| C16:2 n4 | 1.2 | 0.0 |
| Phytanate | 0.3 | 0.0 |
| C16:3 n4 | 0.5 | 0.0 |
| C16:4 n1 | 1.0 | 0.2 |
| C18:0 | 2.3 | 0.0 |
| C18:1 n9 | 9.1 | 0.0 |
| C18:1 n7 | 3.0 | 0.0 |
| C18:1 n5 | 0.4 | 0.1 |
| C18:2 n6 | 1.1 | 0.0 |
| C18:2 n4 | 0.2 | 0.0 |
| C18:3 n6 | 0.2 | 0.2 |
| C18:3 n3 | 0.7 | 0.2 |
| C18:4 n3 | 2.5 | 2.8 |
| C18:4 n1 | 0.1 | 0.2 |
| C20:1 n9 + 7 | 5.9 | 0.0 |
| C20:1 | 0.1 | 0.0 |
| C20:2 n6 | 0.2 | 0.1 |
| C20:3 n6 | 0.1 | 0.0 |
| C20:4 n6 | 0.7 | 1.4 |
| C20:4 n3 | 1.2 | 0.9 |
| C20:5 n3 | 16.5 | 53.4 |
| C22:1 n11 + 9 | 4.6 | 0.0 |
| C22:2 n6 | 0.7 | 0.0 |
| C21:5 n3 | 0.9 | 1.6 |
| C22:4 n6 | 0.1 | 0.0 |
| C22:5 n6 | 0.1 | 0.4 |
| C22:5 n3 | 2.0 | 3.1 |
| C22:6 n3 | 7.9 | 34.3 |
| Sum unknown | 1.0 | 1.0 |
| Sum omega-3 FA incl. C 18 | 31.7 | 95.4 |
| Sum EPA + DHA | 24.4 | 87.7 |
| EPA:DHA | 2.1:1 | 3.1:2 |

## TABLE 3

Table 3 shows the main fatty acid contents of several compositions according to present application.

| Fatty acid | Composition (%) | | | | | |
|---|---|---|---|---|---|---|
| C18:2 n6 | 0.3 | 0.3 | 0.1 | 0.0 | 0.2 | 0.1 |
| C18:3 n3 | 0.3 | 0.3 | 0.0 | 0.1 | 0.3 | 0.0 |

6

## TABLE 3-continued

Table 3 shows the main fatty acid contents of several compositions according to present application.

| Fatty acid | Composition (%) | | | | | |
|---|---|---|---|---|---|---|
| C18:4 n3 | 2.3 | 2.3 | 3.6 | 2.2 | 1.8 | 0.7 |
| C18:4 n1 | 0.2 | 0.2 | 0.4 | 0.3 | 0.0 | 0.0 |
| C20:4 n6 | 1.7 | 1.7 | 1.5 | 3.9 | 1.6 | 1.6 |
| C20:4 n3 | 2.4 | 0.9 | 1.3 | 1.2 | 1.9 | 0.3 |
| C20:5 n3 | 54.7 | 52.7 | 42.2 | 48.5 | 41.0 | 31.7 |
| C21:5 n3 | 2.1 | 2.1 | 1.7 | 2.0 | 1.7 | 1.2 |
| C22:5 n6 | 0.4 | 0.4 | 0.6 | 0.8 | 0.7 | 1.1 |
| C22:5 n3 | 5.4 | 5.8 | 2.8 | 4.3 | 5.8 | 3.3 |
| C22:6 n3 | 28.7 | 31.0 | 38.0 | 34.9 | 42.4 | 58.5 |
| Sum n3FA incl. C 18 | 95.9 | 95.1 | 89.6 | 93.2 | 94.9 | 95.7 |
| Sum EPA + DHA | 83.4 | 83.7 | 80.2 | 83.4 | 83.4 | 90.2 |
| EPA:DHA | 1.9:1 | 1.7:1 | 1.1:1 | 1.4:1 | 1:1 | 1:1.8 |

n3FA denotes omega-3 fatty acids

## BIOLOGICAL EFFECTS

In order to evaluate the effect of a composition according to present application on blood pressure, pulse rate, triglyceride levels, serum cholesterol and HDL-cholesterol, blood platelet aggregation and the coagulation factor VII phospholipid complex activity, the whole population aged 34–60 years, of a small Norwegian town were invited to a health check and of those, 22000 persons were screened for the following criteria:

untreated moderate hypertension of a diastolic blood pressure (DBP) ranging from 89 to 111 mm Hg and a systolic blood pressure (SBP) from 110 to 180 mm Hg.

no previous cardiac illness and not using cardiac drugs

no severe diseases

not extremely overweight

no alcoholism

serum cholesterol of at least 6.0 mmol/liter

The group of volunteers selected by these criteria amounted to 172 persons. The volunteers were screened during a run-in period of 6 month to ensure stabilization of blood pressure before the test substance was administered.

All blood pressure measurements were done with an automatic instrument (Dinamap) and at each occasion three measurements (with 2 minutes intervals) were done sitting and standing under controlled conditions. The average of the two last sitting and standing measurements were used.

The study was a controlled double blind one. The 172 volunteers were randomized to two groups of similar size. One group was treated with placebo capsules of corn oil, each with 1 g corn oil added 0.3% Vitamin E. The other group received capsules containing 1 g of the test substance whose composition is given in Table 1. Both sets of capsules were made of coloured soft gelatin to assure the blind effect. The volunteers were asked to take 3 capsules twice daily of either the test or control substance for 11 to 12 weeks. 171 volunteers completed the study and on average about 90% of the capsules were taken.

As will appear from tables 4 and 5 below, corn oil had no statistically significant effect on the blood pressure. The effect on the test substance on blood pressure was assessed first on the whole group taking the test substance and next on those individuals with higher blood pressures. The average blood pressures for the patients with higher blood pressures at the start and finish of the treatment with the active test substance of this invention are given in Table 4 (diastolic blood pressure) and Table 5 (systolic blood pressure).

5,656,667

**7**

TABLE 4

EFFECT OF TEST SUBSTANCE AND CORN OIL ON DIASTOLIC BLOOD PRESSURE

| DBP Range | Number of patients | Average DBP before treatment (mm HG) | Average DBP after treatment (mm Hg) | Average Reduction in DBP (mm Hg) | Significance |
|---|---|---|---|---|---|
| Test substance | | | | | |
| 85–109 | 62 | 95.8 | 93.4 | 2.4 | p < 0.05 |
| 98–109 | 22 | 102 | 96.2 | 5.8 | p < 0.01 |
| Corn oil | | | | | |
| 85–109 | 57 | 95.7 | 96.0 | 0 | n.s. |
| 98–109 | 26 | 101.8 | 100.7 | 1.1 | n.s. |

n.s. means not significant

TABLE 5

EFFECT OF TEST SUBSTANCE AND CORN OIL ON SYSTOLIC BLOOD PRESSURE

| SBP of patients (mm Hg) | Number of patients | Average SBP before treatment (mm HG) | Average SBP after treatment (mm Hg) | Average Reduction in SBP (mm Hg) | Significance |
|---|---|---|---|---|---|
| Test substance | | | | | |
| >135 | 71 | 148.1 | 144.5 | 3.6 | p < 0.05 |
| >150 | 24 | 158.4 | 150.3 | 8.1 | p < 0.001 |
| >155 | 15 | 162.2 | 152.4 | 9.8 | p < 0.001 |
| Corn oil | | | | | |
| >135 | 62 | 148.5 | 149.6 | 0 | n.s. |
| >150 | 23 | 159.1 | 158.0 | 1.1 | n.s. |
| >155 | 17 | 161.8 | 159.6 | 2.2 | n.s. |

As is evident from the above tables, the test substance had a highly significant hypotensive effect both on systolic and diastolic blood pressure. It is also clear that the effect is strongest on those patients with the highest blood pressure. No significant effect was obtained in the corn oil group.

TABLE 6

EFFECT OF TEST SUBSTANCE AND CORN OIL ON SYSTOLIC AND DIASTOLIC BLOOD PRESSURE ACCORDING TO DIETARY INTAKE OF FISH (DISHES PER WEEK)

| Dishes per week | Number of patients | | Average BP before treatment (mm HG) | Average BP after treatment (mm Hg) | Average Reduction in BP (mm Hg) | Significance |
|---|---|---|---|---|---|---|
| Test substance | | | | | | |
| 0–2 | 44 | SBP | 145.3 | 139.3 | −6.9 | p = 0.005 |
| | | DBP | 99.8 | 94.0 | −5.7 | p = 0.0001 |
| 3–5 | 34 | SBP | 143.6 | 141.2 | −2.4 | p = 0.2 |
| | | DBP | 97.7 | 96.3 | −1.4 | p = 0.2 |
| Corn oil | | | | | | |
| 0–2 | 34 | SBP | 145.2 | 146.8 | +1.6 | p = 0.4 |
| | | DBP | 98.3 | 100.2 | +1.9 | p = 0.1 |
| 3–5 | 44 | SBP | 142.3 | 143.4 | +1.1 | p = 0.5 |
| | | DBP | 97.4 | 97.9 | +0.5 | p = 0.7 |

As appears from Table 6 a good hypotensive effect is achieved with the composition according to present application, surprisingly so even in the group with a high

**8**

dietary intake of fish of 3–5 dishes per week. In comparison, no beneficiary effect is achieved with corn oil.

The results shown above indicate that a composition according to present application gives a surprisingly much better effect than a dietary intake of fish or slightly concentrated marine oil would lead one to expect. This is probably due to a synergistic effect of EPA and DHA.

Compared with the test results achieved in the previously conducted studies with a dietary intake of marine fish oils, the results achieved with a composition according to the present application show a surprising improvement in effect on diastolic and systolic bloodpressure of a slightly hypertensive patient and a more hypertensive patient of respectively approximately 30% and 45%.

TABLE 7

EFFECT OF TEST SUBSTANCE AND CORN OIL ON PULSE RATE (per minute)

| Group | Before | After | Change | Significance |
|---|---|---|---|---|
| Test subst | | | | |
| sitting | 75.4 | 73.2 | −2.2 | p < 0.02 |
| standing | 82.9 | 80.2 | −2.7 | p < 0.005 |
| Corn Oil | | | | |
| sitting | 74.3 | 75.1 | +0.8 | p = 0.3 |
| standing | 80.9 | 82.2 | +1.3 | p = 0.2 |

The pulse rate study included 78 persons in the group recieving the test substance and 77 persons in the other group.

As will appear from the Table above there was obtained a significant lowering in pulse rate with the test substance according to present application and a slight not significant raise of pulse rate with corn oil.

TABLE 8

EFFECT OF TEST SUBSTANCE AND CORN OIL ON SERUM CHOLESTEROL [mmol/liter]

| GROUP | BEFORE | | AFTER | |
|---|---|---|---|---|
| | Tot. chol. | HDL Chol. | Tot. Chol. | HDL Chol. |
| All Patients: | | | | |
| Test substance (n = 78) | 6.58 | 1.35 | 6.57 | 1.41** |
| Corn oil (n = 78) | 6.68 | 1.33 | 6.64 | 1.41** |
| Tot. Chol. > 7 | | | | |
| Test substance (n = 26) | 7.74 | 1.53 | 7.31** | 1.58* |
| Corn oil (n = 20) | 7.66 | 1.26 | 7.45* | 1.32* |

*p < 0.1
**p < 0.01

As appears from Table 8 the test composition according to present application lowers total serum cholesterol significantly in patients with a total cholesterol of above 7.0 mmol/liter and raises HDL cholestrol significantly in the whole population. Similar, but weaker effects are obtained in the corn oil group.

The compositions according to present application further lower LDL-cholesterol by 5–10% in patients with total cholesterol>7 mmol/l but has no significant effect in patients with a total cholesterol of <6.5 mmol/l.

5,656,667

9

10

### TABLE 9

EFFECT OF TEST SUBSTANCE AND CORN OIL ON SERUM TRIGLYCERIDE

| Group | n | Before | After | Reduction | p-value |
|---|---|---|---|---|---|
| | | Triglyceride (mmol/l) | | | |
| TEST SUBSTANCE | 87 | 1.51 | 1.20 | 0.31 | 0.001 |
| CORN OIL | 85 | 1.57 | 1.47 | 0.03 | NS |
| Patients with triglycerides > 2.00 mmol/l | | | | | |
| TEST SUBSTANCE | 14 | 3.28 | 2.03 | 1.25 | 0.0001 |
| CORN OIL | 17 | 3.22 | 2.66 | 0.56 | 0.01 |

As appears from Table 9, the test substance has the effect of lowering the level of serum triglycerides, especially in patients with high levels (>2.0 mmol/l) before treatment. No significant effect is obtained with corn oil in the whole group of volunteers, whereas a very small effect is obtained in persons with high levels of triglycerides.

### TABLE 10

EFFECT OF TEST SUBSTANCE AND CORN OIL ON BLOOD PLATELET AGGREGATION

| | | Collagen 0,2 ug/ml | | | | Collagen 0,1 ug/ml | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Before | | After | | Before | | After | |
| Group | n | $\bar{X}$ | SEM | $\bar{X}$ | SEM | $\bar{X}$ | SEM | $\bar{X}$ | SEM |
| TEST SUBST | 21 | 63.4 | ± 4.40 | 38.8 | ± 5.19 | 38.0 | ± 5.91 | 13.7 | + 3,77 |
| CORN OIL | 21 | 73.5 | ± 4.40 | 57.4 | ± 6.37 | 43.4 | ± 45.5 | 15.2 | ± 3.32 |

As will appear from Table 10, the compositions according to present application have a blood platelet antiaggregating effect.

The coagulation factor VII-phospholipid complex is found in the plasma from men belonging to a high risk group for cardiovascular diseases, as described in [P. Leren et al, The Oslo Study, Cardiovascular diseas in middle aged and young Oslo men. *Acta Med. Scand.* suppl.588,1–38, (1987)] and [Dalaker et al, A novel form of factor VII in plasma from men at risk for cardiovascular disease, *Br. J. Haematol.,* 61, 315–322, (1985)], and is considered to be another risk factor for cardiovascular disease.

### TABLE 11

EFFECT OF TEST SUBSTANCE AND CORN OIL ON COAGULATION FACTOR VII PHOSPHOLIPID COMPLEX ACTIVITY (PERCENT)

| Group | n | Before | After | Difference |
|---|---|---|---|---|
| TEST SUBST | 69 | 9.7 | 6.6 | 3.1** |
| CORN OIL | 72 | 8.5 | 8.8 | 0.3 N.S. |

**p < 0.02

As appears from the table the activity is reduced significantly with the composition according to the present application, whereas no significant effect is reached with corn oil.

According to the results shown in the tables 3–11 above, a composition according to present application has a significant effect on all the above mentioned risk factors for cardiovascular diseases. In comparison some positive results are obtained with corn oil but no significant effect is

obtained for blood pressure, the level of serum triglycerides or for the activity of the coagulation factor VII. Further the effects measured in the corn oil group for these risk factors seem to be going in the opposite direction, being detrimental.

Thus fatty acid compositions according to the present invention are potentially valuable for the treatment and prophylaxis of multiple risk factors known for cardiovascular diseases, such as hypertension, hypertriglyceridemia and high coagulation factor VII phospholipid complex activity.

The doses of the composition of this invention needed for therapeutic or prophylactic effect will vary with the type of administration. In our large scale tests we administered 6 grams per person per day of the test composition. Generally for the average adult person the doses may vary from 1.0 to 10 grams depending upon body size and the seriousness of the condition to be treated.

The compositions according to the present application may further be used as an additional drug to the customary hypertensive drug in treatment of hypertension. The doses will presumably lie in the lower part of the above mentioned dosage range.

Other possible medical indications for which the compositions according to the present application may be administered are chronic polyarthritis, psoriatic artheritis, periarteritis nodosa, lupus erythematosus disseminatus (LED), sclerodermia, Crohn's disease, ulcerative colitis, psoriasis, atopic dermatitis and migraine as has been indicated in standard in vivo tests.

Perferably the active compounds should be orally administered in the form of pills, soft capsules or the like. However, the administration could also be through any other route where the active ingredients may be efficiently absorbed and utilized, e.g. intravenously, subcutaneously, rectally, vaginally or possibly topically.

The pharmaceutical composition may eventually comprise, in addition to the EPA and DHA active ingredients as defined, one or more pharmaceutically acceptable carriers as well known in the art. The compositions can also include fillers, stabilizers, extenders, binders, humidifiers, surfactants, lubricants and the like, as known in the art of formulating pharmaceutical composition.

In addition antioxidants, for example hydroxytoluene, butyrate, quinone, tocopherol, ascorbic acid etc., preservatives, colouring agents, perfumes, flavourings and other pharmaceutical agents may be used.

### EXAMPLE OF PHARMACEUTICAL PREPARATION

Soft Gelatine Capsules Containing 1 g/per Capsule Composition:

| EPA ethyl eater | 525 | mg/capsule |
|---|---|---|
| DHA ethyl ester | 315 | mg/capsule |
| d-alpha Tocopherol | 4 | IU/capsule |
| Gelatine | 246 | mg/capsule |
| Glycerol | 118 | mg/capsule |
| Red iron oxide | 2.27 | mg/capsule |
| Yellow iron oxide | 2.27 | mg/capsule |

The active ingredients and the excipients are weighed and homogenized on a high speed stirrer. The mixture is then colloid milled and deareated in a stainless steel vessel ready for encapsulation. The mixture is filled in soft gelatine capsules of size 20 oblong (average weight 1.4 g) using a standard capsulation machine.

5,656,667

**11**

What is claimed is:

1. A method for elevating the HDL cholesterol level in the serum of a human patient, which comprises administering to the patient a pharmaceutical composition in which the active ingredients consist essentially of a mixture of fatty acids of which at least 80% by weight is comprised of a combination of (all-Z omega-3)-5,8,11,14,17-eicosapentaenoic acid (EPA) and (all-Z omega-3)-4,7,10,13,16,19-docosahexaenoic acid (DHA) in a weight ratio of EPA:DHA of from 1:2 to 2:1, said composition being administered in amounts providing a daily dosage of 1 to 10 grams of said mixture of fatty acids.

2. The method of claim 1, wherein at least 85% by weight of the mixture of fatty acids is comprised of long chain omega-3 fatty acids.

3. The method of claim 2, wherein the EPA constitutes 40 to 60% by weight of the mixture of fatty acids and the DHA constitutes 25 to 45% by weight of the mixture of fatty acids.

4. The method of claim 3, wherein the EPA and DHA are present in the composition in an EPA:DHA weight ratio of from 1:1 to 2:1.

5. The method of claim 4, wherein at least 3% by weight of the mixture of fatty acids is comprised of omega-3 fatty acids other than EPA and DHA that have 20, 21, or 22 carbon atoms.

6. The method of claim 4, wherein at least 1% by weight of the mixture of fatty acids is comprised of (all-Z omega-3)-6,9,12,15,18-heneicosapentaenoic acid.

7. The method of claim 6, wherein at least 85% by weight of the fatty acid content of the composition is comprised of the combination of EPA and DHA, and the fatty acids are present in the composition in ethyl ester form.

8. The method of claim 4, wherein the composition is administered orally.

9. The method of claim 4, wherein at least 4.5% by weight of the mixture of fatty acids is comprised of fatty acids other than EPA and DHA that have 20, 21, or 22 carbon atoms.

10. The method of any of claims 5, 6, or 9, wherein the fatty acids are present in the composition in esterified form.

11. The method of any of claims 5, 6, or 9, wherein the fatty acids are present in the composition in ethyl ester form.

12. The method of any of claims 5, 6, or 9, wherein the fatty acids are present in the composition in salt form.

13. The method of any of claims 5, 6, or 9, wherein the fatty acids are present in the composition in the free acid form.

14. A pharmaceutical mixed-fatty-acids composition in which

a) at least 80% by weight of the composition is comprised of a combination of (all-Z omega-3)-5,8,11,14,17-eicosapentaenoic acid (EPA) and (all-Z omega-3)-4,7,10,13,16,19-docosahexaenoic acid (DHA) in a weight ratio of EPA:DHA of from 1:2 to 2:1 and

b) (all-Z omega-3)-6,9,12,15,18-heneicosapentaenoic acid is present in an amount of at least one percent by weight.

15. The composition of claim 14, wherein at least 85% by weight of the composition is comprised of long chain omega-3 fatty acids.

16. The composition of claim 15, wherein the EPA constitutes 40 to 60% by weight of the composition and the DHA constitutes 25 to 45% by weight of the composition.

17. The composition of claim 16, wherein C 20:4 omega-6 fatty acid constitutes at least one percent by weight of the composition.

18. The composition of claim 17, wherein C 22:5 omega-3 fatty acid constitutes at least one percent by weight of the composition.

**12**

19. The composition of claim 16, wherein the (all-Z omega-3) -6,9,12,15,18-heneicosapentaenoic acid is present in an amount of from 1 to 4% by weight.

20. The composition of any of claims 17, 18, or 19, wherein the EPA and DHA are present in an EPA:DHA weight ratio of from 1:1 to 2:1.

21. The composition of claim 19, wherein C 22:5 omega-3 fatty acid constitutes 1 to 3% by weight of the composition.

22. The composition of claim 21, wherein the EPA and DHA are present in an EPA:DHA weight ratio of from 1:1 to 2:1.

23. The composition of any of claims 14, 15, or 16, wherein the EPA and DHA are present in an EPA:DHA weight ratio of 1:1 to 2:1.

24. A mixed-fatty-acids composition for the treatment or prophylaxis of multiple risk factors for cardiovascular diseases in which

a) at least 80% by weight of the composition is comprised of omega-3 fatty acids,

b) at least 80% by weight of the total fatty acid content of the composition is comprised of a combination of (all-Z omega-3)-5,8,11,14,17-eicosapentaenoic acid (EPA) and (all-Z omega-3)-4,7,10,13,16,19-docosahexaenoic acid (DHA) in a weight ratio of EPA:DHA of from 1:2 to 2:1, and

c) omega-3 fatty acids other than EPA and DHA are present in an amount of at least 1.5% by weight of the total fatty acids.

25. The composition according to claim 24, wherein other long chain fatty acids present are selected from the group consisting of (all-Z omega-3)-6,9,12,15,18-heneicosapentaenoic acid, (all-Z omega-3)-7,10,13,16,19-docosapentaenoic acid, and (all-Z omega-3)-6,9,12,15-octadecatetraenoic acid.

26. The composition of any of claims 14, 22, or 25, wherein the fatty acids are present in ethyl ester form.

27. The composition of any of claims 14, 22, or 25, wherein the fatty acids are present in the free acid form.

28. A pharmaceutical mixed-fatty-acids composition in which

a) at least 80% by weight of the composition is comprised of a combination of (all-Z omega-3)-5,8,11,14,17-eicosapentaenoic acid (EPA) and (all-Z omega-3)-4,7,10,13,16,19-docosahexaenoic acid (DHA) in a weight ratio of EPA:DHA of from 1:2 to 2:1 and

b) at least 3% by weight of the composition is comprised of omega-3 fatty acids other than EPA and DHA that have 20, 21, or 22 carbon atoms.

29. The composition of claim 28, wherein 3 to 5% by weight of the composition is comprised of omega-3 fatty acids other than EPA and DHA that have 20, 21, or 22 carbon atoms.

30. The composition of claim 28, wherein at least 85% by weight of the composition is comprised of long chain omega-3 fatty acids.

31. The composition of claim 30, wherein the EPA constitutes 40 to 60% by weight of the composition and the DHA constitutes 25 to 45% by weight of the composition.

32. The composition of claim 31, wherein C 20:4 omega-6 fatty acid constitutes at least one percent by weight of the composition.

33. The composition of claim 31, wherein C 22:5 omega-3 fatty acid constitutes at least one percent by weight of the composition.

34. The composition of claim 33, wherein C 22:5 omega-3 fatty acid constitutes 1 to 3% by weight of the composition.

5,656,667

13

35. The composition of claim 34, wherein the EPA and DHA are present in an EPA:DHA weight ratio of from 1:1 to 2:1.

36. The composition of claim 35, wherein the fatty acids are present in the free acid form.

37. The composition of claim 31, wherein the fatty acids are present in the free acid form.

38. The composition of claim 31, wherein (all-Z omega-3)-6,9,12,15,18-heneicosapentaenoic acid is present in an amount of at least one percent by weight.

39. The composition of any of claims 32, 33, or 38, wherein the EPA and DHA are present in an EPA:DHA weight ratio of from 1:1 to 2:1.

40. The composition of claim 38, wherein the (all-Z omega-3)-6,9,12,15,18-heneicosapentaenoic acid is present in an amount of from 1 to 4% by weight.

41. The composition of any of claims 28, 30, or 31, wherein the EPA and DHA are present in an EPA:DHA weight ratio of from 1:1 to 2:1.

42. The composition of any of claims 28, 31, or 35, wherein the composition is in oral dosage form.

43. The composition of any of claims 28, 31, or 35, wherein the fatty acids are present in esterified form.

44. The composition of any of claims 28, 31, or 35, wherein the fatty acids are present in ethyl ester form.

45. The composition of any of claims 28, 31, or 35, wherein the fatty acids are present in salt form.

46. The composition of claim 28, wherein the fatty acids are present in the free acid form.

47. A mixed-fatty-acids composition for the treatment or prophylaxis of multiple risk factors for cardiovascular diseases in which

a) at least 80% by weight of the composition is comprised of a combination of (all-Z omega-3)-5,8,11,14,17-eicosapentaenoic acid (EPA) and (all-Z omega-3)-4,7,10,13,16,19-docosahexaenoic acid (DHA) in a weight ratio of EPA:DHA of from 1:2 to 2:1 and

b) at least 3% by weight of the composition is comprised of omega-3 fatty acids other than EPA and DHA that have 20, 21, or 22 carbon atoms.

48. The composition of claim 47, wherein 3 to 5% by weight of the composition is comprised of omega-3 fatty acids other than EPA and DHA that have 20, 21, or 22 carbon atoms.

49. A pharmaceutical mixed-fatty-acids composition in which

a) at least 90% by weight of the composition is comprised of long chain, polyunsaturated, omega-3 fatty acids;

b) at least 80% by weight of the composition is comprised of a combination of (all-Z omega-3)-5,8,11,14,17-eicosapentaenoic acid (EPA) and (all-Z omega-3)-4,7,10,13,16,19-docosahexaenoic acid (DHA) in a weight ratio of EPA:DHA of from 1:1 to 2:1, with the EPA constituting 40 to 60% by weight of the composition and the DHA constituting 25 to 45% by weight of the composition;

14

c) at least 4.5% by weight of the composition is comprised of omega-3 fatty acids other than EPA and DHA that have 20, 21, or 22 carbon atoms;

d) from 1 to 4% by weight of the composition is comprised of (all-Z omega-3)-6,9,12,15,18-heneicosapentaenoic acid; and

e) the composition is in oral dosage form and includes an effective amount of a pharmaceutically acceptable antioxidant.

50. The composition of claim 49, wherein the fatty acids are present in ethyl ester form.

51. The composition of claim 50, wherein at least 85% by weight of the fatty acid content of the composition is comprised of the combination of EPA and DHA.

52. The composition of either of claims 50 or 51, wherein the antioxidant is tocopherol.

53. The composition of any of claims 14, 22, or 24, wherein the composition is in oral dosage form.

54. The composition of any of claims 14, 22, or 25, wherein the fatty acids are present in esterified form.

55. The composition of claim 54, wherein the fatty acids are present in salt form.

56. The composition according to claim 24 or claim 25, wherein the total concentration of long chain omega-3 fatty acids is at least 90% by weight, the combined weight of the EPA and DHA constitutes at least 85% by weight of the total fatty acids, the EPA and DHA are present in a weight ratio of EPA:DHA of from 1:1 to 2:1, and the other long chain omega-3 C 20, C 21 and C 22 acids constitute at least 4.5% by weight of the composition.

57. The composition according to claim 24, wherein the total concentration of long chain omega-3 fatty acids is at least 95% by weight, the combined weight of the EPA and DHA constitutes at least 90% by weight of the total fatty acids, and the other long chain C 20, C 21 and C 22 acids constitute at least 4.5% by weight of the composition.

58. The composition according to claim 57, wherein EPA and DHA are present in a weight ratio of EPA:DHA of from 1:1 to 2:1.

59. The composition according to claim 24 or claim 25, wherein the total concentration of long chain omega-3 fatty acids is at least 85% by weight and the other long chain C 20, C 21 and C 22 acids constitute at least 4.5% by weight of the composition.

60. The composition according to claim 24, wherein the fatty acids are present in the form of pharmaceutically acceptable salts.

61. The composition according to claim 24, wherein the fatty acids are present in the form of an ester.

62. The composition according to claim 61, wherein the fatty acids are present in the form of ethyl esters.

63. The composition according to claim 61, wherein the ester is an alkyl ester.

*   *   *   *   *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO. :  5,656,667                  Page  1  of  4

DATED      :  August 12, 1997

INVENTOR(S) :  Breivik et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On Title Page,
    [56] References Cited

        OTHER PUBLICATIONS

        Line 6, "and Treatment" should read --and "Treatment--;

        Line 7, "Group, in" should read --Group", in--; and

        Line 27, "11th Ed. (McGraw-hill, New York) p. 1204. (1985)." should read --11th Ed. (McGraw-Hill, New York) p. 1204 (1985).--.

COLUMN 1:

        Line 16, "is" should read --are--;

        Line 27, "pressure" should read --pressure,--;

        Line 28, "enlarged." should read --increased.--;

        Line 31, "above" should read --above- --; and

        Line 51, "Furthermore" should read --Furthermore,--.

COLUMN 2:

        Line 13, "Furthermore" should read --Furthermore,--;

        Line 33, "raises" should read --raise--;

        Line 37, "2-30%" should read --2-30%,--; and

        Line 55, "above mentioned" should read --above-mentioned--.

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO. :  5,656,667                    Page _2_ of _4_
DATED       :  August 12, 1997
INVENTOR(S) :  Breivik et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

COLUMN 4:

    Line 4, "Table 1 and 2" should read --Tables 1 and 2--;

    Line 61, "left hand" should read --left-hand--; and

    Line 63, "right" should read --right- --.

COLUMN 6:

    Line 24, "present" should read --the present--;

    Line 41, "6 month" should read --6-months--;

    Line 58, "tables 4" should read --Tables 4--; and

    Line 60, "on the" should read --of the--.

COLUMN 8:

    Line 23, "Test subst" should read --Test substance--;

    Line 37, "raise" should read --rise--;

    Line 58, "present" should read --the present--; and

    Line 65, "has" should read --have--.

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.  :   5,656,667                          Page  3  of  4

DATED        :   August 12, 1997

INVENTOR(S) :   Breivik et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

COLUMN 9

Line 26, change "0,2" to --0.2-- and change "0,1" to --0.1--;

Line 31, change "+3,77" to --$\pm$3.77--;

Line 32, change "+45.5" to --$\pm$4.55--;

Line 37, change "present" to --the present--;

Line 41, change "diseas" to --disease--;

Line 63, change "tables 3-11" to --Tables 3-11--; and

Line 65, change "above mentioned" to --above-mentioned--.

COLUMN 10

Line 12, change "prophylatic" to --prophylactic--;

Line 13, change "large scale" to --large-scale--; and

Line 21, change "above mentioned" to --above-mentioned--.

COLUMN 11:

Line 52, "2:1 and" should read --2:1, and--.

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.   :   5,656,667                    Page  4  of  4
DATED          :   August 12, 1997
INVENTOR(S) :   Breivik et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

COLUMN 12:

    Line 45, "2:1 and" should read --2:1, and--.

COLUMN 13:

    Line 37, "2:1 and" should read --2:1, and--.

COLUMN 14:

    Line 22, "claim 54," should read --claim 25,--.

Signed and Sealed this

Thirty-first Day of March, 1998

Attest:

BRUCE LEHMAN

*Attesting Officer*            *Commissioner of Patents and Trademarks*

# EXHIBIT C

US007678930B2

(12) **United States Patent**
Sondbø et al.

(10) **Patent No.:** **US 7,678,930 B2**
(45) **Date of Patent:** **Mar. 16, 2010**

(54) **PROCESS FOR DECREASING THE AMOUNT OF CHOLESTEROL IN A MARINE OIL USING A VOLATILE WORKING FLUID**

(75) Inventors: **Sverre Sondbø**, Sandefjord (NO); **Olav Thorstad**, Porsgrunn (NO)

(73) Assignee: **Pronova Biopharma Norge AS**, Baerum (NO)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 912 days.

(21) Appl. No.: **10/520,897**

(22) PCT Filed: **Jul. 11, 2003**

(86) PCT No.: **PCT/IB03/02776**

§ 371 (c)(1),
(2), (4) Date: **Jul. 25, 2005**

(87) PCT Pub. No.: **WO2004/007655**

PCT Pub. Date: **Jan. 22, 2004**

(65) **Prior Publication Data**

US 2006/0134303 A1      Jun. 22, 2006

(30) **Foreign Application Priority Data**

Jul. 11, 2002    (SE)   .................................. 0202188
Jul. 8, 2003     (WO)   ..................... PCT/IB/03/02827

(51) **Int. Cl.**
*C11B 1/00*         (2006.01)

(52) **U.S. Cl.** ...................................... **554/12**

(58) **Field of Classification Search** ................... 554/12
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

2,126,467  A      8/1938  Hickman et al.

2,146,894  A      2/1939  Hickman

(Continued)

FOREIGN PATENT DOCUMENTS

AT           328597        3/1976

(Continued)

OTHER PUBLICATIONS

Bimbo, A.P., "Guidelines for Characterizing Food-grade Fish Oil," Inform, vol. 9, No. 5, 473-483 (May 1998).

(Continued)

*Primary Examiner*—Deborah D Carr
(74) *Attorney, Agent, or Firm*—Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.

(57)          **ABSTRACT**

The invention relates to a process for decreasing the amount of cholesterol in a mixture comprising a marine oil, the marine oil containing the cholesterol, which process comprises the steps of adding a volatile working fluid to the mixture, where the volatile working fluid comprises at least one of a fatty acid ester, a fatty acid amide and a hydrocarbon, and subjecting the mixture with the added volatile working fluid to at least one stripping processing step, in which an amount of cholesterol present in the marine oil in free form is separated from the mixture together with the volatile working fluid. The present invention also relates to a volatile cholesterol decreasing working fluid and a health supplement and a pharmaceutical, based on a marine oil, prepared according to the process mentioned above.

**23 Claims, 1 Drawing Sheet**

Stripping process



**US 7,678,930 B2**

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,180,356 | A | 11/1939 | Hickman |
| 2,349,269 | A | 5/1944 | Hickman |
| 2,985,589 | A | 5/1961 | Broughton et al. |
| 3,082,228 | A | 3/1963 | Sutherland |
| 3,158,541 | A | 11/1964 | Sutherland |
| 3,696,107 | A | 10/1972 | Neuzil |
| 3,706,812 | A | 12/1972 | de Rosset et al. |
| 3,761,533 | A | 9/1973 | Otani et al. |
| 4,061,556 | A | 12/1977 | Reis et al. |
| 4,124,528 | A | 11/1978 | Modell |
| 4,147,624 | A | 4/1979 | Modell |
| 4,156,688 | A | 5/1979 | Zosel |
| 4,352,746 | A | 10/1982 | Bracco et al. |
| 4,377,525 | A | 3/1983 | D'Alelio et al. |
| 4,377,526 | A | 3/1983 | Fujita et al. |
| 4,415,554 | A | 11/1983 | Horrobin |
| 4,526,902 | A | 7/1985 | Rubin |
| 4,554,107 | A | 11/1985 | Takao |
| 4,564,475 | A | 1/1986 | Masaichiro |
| 4,615,839 | A | 10/1986 | Seto et al. |
| 4,623,488 | A | 11/1986 | Takao |
| 4,675,132 | A | 6/1987 | Stout et al. |
| 4,681,896 | A | 7/1987 | Horrobin |
| 4,692,280 | A | 9/1987 | Spinelli et al. |
| 4,758,592 | A | 7/1988 | Horrobin et al. |
| 4,764,392 | A | 8/1988 | Yasufuku et al. |
| 4,792,418 | A | 12/1988 | Rubin et al. |
| 4,804,555 | A | * 2/1989 | Marschner et al. .......... 426/601 |
| 4,956,286 | A | 9/1990 | Macrae |
| 4,956,287 | A | 9/1990 | Suzuki et al. |
| 4,996,072 | A | * 2/1991 | Marschner et al. .......... 426/417 |
| 5,013,443 | A | 5/1991 | Higashidate et al. |
| 5,091,117 | A | * 2/1992 | Athnasios et al. .......... 554/193 |
| 5,106,542 | A | 4/1992 | Traitler et al. |
| 5,130,061 | A | 7/1992 | Cornieri et al. |
| 5,130,449 | A | 7/1992 | Lagarde et al. |
| 5,211,812 | A | 5/1993 | Vielberth et al. |
| 5,243,046 | A | 9/1993 | Traitler et al. |
| 5,316,927 | A | 5/1994 | Zaks et al. |
| 5,340,602 | A | 8/1994 | Hoche |
| 5,374,751 | A | 12/1994 | Cheng et al. |
| 5,436,018 | A | * 7/1995 | Massie et al. ............... 426/417 |
| 5,480,787 | A | 1/1996 | Negishi et al. |
| 5,502,077 | A | 3/1996 | Breivik et al. |
| 5,558,893 | A | 9/1996 | Muraldihara |
| 5,656,667 | A | 8/1997 | Breivik et al. |
| 5,698,594 | A | 12/1997 | Breivik et al. |
| 5,719,302 | A | 2/1998 | Perrut et al. |
| 5,792,795 | A | 8/1998 | Buser et al. |
| 5,945,318 | A | 8/1999 | Breivik et al. ............... 435/134 |
| 5,948,818 | A | 9/1999 | Buser et al. |
| 6,204,401 | B1 | 3/2001 | Perrut et al. |
| 6,277,405 | B1 | 8/2001 | Stamm et al. |
| 6,518,049 | B1 | 2/2003 | Haraldsson et al. |
| 2002/0077361 | A1 | 6/2002 | Peet et al. |
| 2003/0077342 | A1 | 4/2003 | Maffetone |
| 2003/0212138 | A1 | 11/2003 | Obukowicz |
| 2004/0210070 | A1 | 10/2004 | Kruidenberg |
| 2005/0171200 | A1 | 8/2005 | Calder et al. |
| 2005/0256326 | A1 | 11/2005 | Breivik et al. |
| 2006/0148047 | A1 | 7/2006 | Haraldsson et al. |
| 2006/0166935 | A1 | 7/2006 | Bryhn |
| 2006/0211762 | A1 | 9/2006 | Rongen et al. |
| 2007/0036862 | A1 | 2/2007 | Rongen et al. |
| 2008/0234375 | A1 | 9/2008 | Breivik et al. |
| 2009/0118524 | A1 | 5/2009 | Albers et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AT | 347551 | 1/1979 |
| CA | 2260397 | 7/2000 |
| CL | 42559 | 10/1998 |
| CN | 1143384 A | 2/1997 |
| DE | 2 332 038 C3 | 1/1974 |
| DE | 3 839 017 A1 | 5/1990 |
| DE | 40 08 066 A1 | 8/1991 |
| DE | 100 24 420 A1 | 11/2001 |
| DE | 10 2006 012 866 A1 | 4/2007 |
| EP | 0 175 468 A2 | 3/1986 |
| EP | 0 189 610 A1 | 8/1986 |
| EP | 0 283 140 B1 | 9/1988 |
| EP | 0 292 846 B1 | 11/1988 |
| EP | 0 255 824 B1 | 1/1990 |
| EP | 0 442 184 A1 | 8/1991 |
| EP | 0632267 A1 | 1/1995 |
| EP | 1 419 780 A1 | 5/2004 |
| FR | 2 103 302 | 4/1972 |
| FR | 2 527 934 | 12/1983 |
| FR | 2 651 148 A1 | 3/1991 |
| FR | 2 651 149 A1 | 3/1991 |
| FR | 2 686 028 A1 | 7/1993 |
| FR | 2 690 630 A1 | 11/1993 |
| FR | 2 694 208 A1 | 2/1994 |
| GB | 476134 | 12/1937 |
| GB | 485614 | 5/1938 |
| GB | 490433 | 8/1938 |
| GB | 493948 | 10/1938 |
| GB | 2 033 745 A | 5/1980 |
| GB | 1 604 554 | 12/1981 |
| GB | 2 148 713 A | 6/1985 |
| GB | 2 197 199 A | 5/1988 |
| GB | 2 218 984 A | 11/1989 |
| GB | 2 221 843 A | 2/1990 |
| JP | 59-14793 | 1/1984 |
| JP | 60-33088 | 2/1985 |
| JP | 61-192797 | 8/1986 |
| JP | 1-252294 | 10/1989 |
| JP | 2-25447 | 1/1990 |
| JP | 6-116585 | 4/1994 |
| JP | 6-293895 | 10/1994 |
| JP | 9-510091 | 10/1997 |
| JP | 39-05538 | 7/2003 |
| WO | WO 86/03781 | 7/1986 |
| WO | WO 87/02247 A1 | 4/1987 |
| WO | WO 87/03899 A1 | 7/1987 |
| WO | WO 88/08444 A1 | 11/1988 |
| WO | WO 89/11521 A1 | 11/1989 |
| WO | WO 90/12509 | 11/1990 |
| WO | WO 90/13656 | 11/1990 |
| WO | WO 91/16443 | 10/1991 |
| WO | WO 95/24459 | 9/1995 |
| WO | WO 98/18952 A1 | 5/1998 |
| WO | WO 00/73254 A1 | 12/2000 |
| WO | WO 01/03810 A2 | 1/2001 |
| WO | WO 2007/107260 A1 | 9/2007 |

OTHER PUBLICATIONS

Cmolik, J. et al., "Physical Refining of Edible Oils," Eur. J. Lipid Sci. Technol., 102, 472-486 (2000).

Abbate, R. et al. "n-3 PUFA supplementation, monocyte PCA expression and interleukin-6 production," *Prostaglandins, Leukotrienes and Essential Fatty Acids* (1996), 54(6), 439-444.

Abe, Y. et al. "Soluble Cell Adhesion Molecules in Hypertriglyceridemia and Potential Significance on Monocyte Adhesion," *Arteriosclerosis, Thrombosis, and Vascular Biology* (1998), 18(5), 723-731.

Abhyankar, B. "Further reduction in mortality following myocardial infarction," *J. Hospital Medicine* (2002), 63(10), 610-614.

Ackman, R.G. "Oils and Fats Group International Lecture: The year of the fish oils," *Chemistry and Industry* (1988) 139-145.

Adachi, S. et al. "Acidolysis of Sardine Oil by Lipase to Concentrate Eicosapentaenoic and Docosahexaenoic Acids in Glycerides," *J. Ferment. Bioeng.* (1993), 75(4), 259-264.

US 7,678,930 B2

Page 3

Bimbo, A. P. "Processing of Fish Oils" in *Fish Oils in Nutrition, M.E. Stansby*, Ed. (1990) 181-225.

Blonk, "Dose-response effects of fish-oil supplementation in healthy volunteers," *Am. J. Clin. Nutr.* (1990), 52, 120-127.

Bønaa, K. H. et al. "Effect of Eicosapentaenoic and Docosahexaenoic Acids on Blood Pressure in Hypertension," *New England J. of Medicine* (1990), 322, 795-801.

Bousquet, O. et al. "Counter-current chromatographic separation of polyunsaturated fatty acids," *J. Chromatography A* (1995), 704, 211-216.

Braunwald et al. "Harrison's Principles of Medicine," 11th ed. (McGraw-Hill, New York, 1985) p. 1204.

Breivik, H. et al. "Preparation of Highly Purified Concentrates of Eicosapentaenoic Acid and Docosahexaenoic Acid," *J. Am. Oil. Chem. Soc.* (1997), 74(11), 1425-1429.

Breivik, H. "Production and Quality Control of n-3 Fatty Acids," *Clinical Pharmacology* (1992), 5, 25-39.

Bryhn, M. et al. "The bioavailability and pharmacodynamics of different concentrations of omega-3 acid ethyl esters," *Prostaglandins, leukotrienes and Essential Fatty Acids* (2006), 75, 19-24.

CAPLUS English Abstract for De Bernardi et al. *Acta Toxicol. Ther.* (1987), 8(3), 339-352; Accession No. 1988:604885.

Calabresi, L. et al. "Omacor in familial combined hyperlipidemia : Effects on lipids and low density lipoprotein subclasses," *Atherosclerosis* (2000), 148(2), 387-396.

Chan, D. C. et al "Regulatory Effects of HMG CoA Reductase Inhibitor and Fish Oils on Apolipoprotein B-100 Kinetics in Insulin-Resistant Obese Male Subjects With Dyslipidemia," *Diabetes* (2002), 51, 2377-2386.

Cvengros, J. "Physical Refining of Edible Oils," *J. Am. Oil Chem. Soc.* (1995), 72(10), 1193-1196.

Database WPI: Week 199022, Derwent Publications Ltd., DE 3839017, 1990.

Database WPI: Week 198001, Derwent Publications Ltd., DE 2332038, 1980.

Database WPI: Week 197402, Derwent Publications Ltd., DE 2332038, 1974.

Database WPI: Week 199346, Derwent Publications Ltd., FR 2694208, 1993.

Database WPI: Week 199329, Derwent Publications Ltd., FR 2686028, 1993.

Database WPI: Week 199110, Derwent Publications Ltd., FR 2651148, 1991.

Database WPI: Week 199110, Derwent Publications Ltd., FR 2651149, 1991.

Database WPI: Week 198403, Derwent Publications Ltd., FR 2527934, 1984.

Database WPI: Week 197228, Derwent Publications Ltd., FR 2103302, 1972.

Database WPI: Week 198514, Derwent Publications Ltd., JP 60033088, 1985.

Database WPI: Week 198641, Derwent Publications Ltd., JP 61192797, 1986.

Database WPI: Week 198410, Derwent Publications Ltd., JP 59014793, 1984.

Database WPI: Week 198946, Derwent Publications Ltd., JP 1252294, 1989.

Database WPI: Week 200417, Derwent Publications Ltd., JP 3905538, 2004.

Database WPI: Week 199542, Derwent Publications Ltd., JP 9510091, 1995.

Database WPI: Week 199502, Derwent Publications Ltd., JP 6-293895, 1995.

Database WPI: Week 199421, Derwent Publications Ltd., JP 6116585, 1994.

Database WPI: Week 199010, Derwent Publications Ltd., JP 2025447, 1990.

De Bernardi et al. "Study of Perinatal and Postnatal Effects in Rats After Oral Administration with a New Drug Containing Eicosapentaenoic Acid and Docosahexaenoic Acid at 85%," *Acta Toxicol. Ther.* (1987), 8(3), 339-352, Abstract.

Derwent abstract of ZA 198905758.

Diep, Q. N. et al "Docosahexaenoic Acid, a Peroxisome Proliferator-Activated Receptor-a Ligand, Induces Apoptosis in Vascular Smooth Muscle Cells by Stimulation of p38 Mitogen-Activated Protein Kinase," *Hypertension* (2000), 36, 851-855.

Donadio, J. V. "Use of fish oil to treat patients with immunoglobulin A nephropathy" *Am. J. Clin. Nutr.* (2000), 71(Suppl), 373S-375S.

Donadio, J. V. et al. "A Randomized Trial of High-Dose Compared with Low-Dose Omega-3 Fatty Acids in Severe IgA Nephropathy," *J. Am. Soc. Nephrol.* (2001), 12(4), 791-799.

Durrington, P. N. et al. "An omega-3 polyunsaturated fatty acid concentrate administered for one year decreased triglycerides in simvastatin treated patients with coronary heart disease and persisting hypertriglyceridaemia," *Heart* (2001), 85(5), 544-548.

English translation of AT 328597, 1976.

English translation of CL 42559, 1998.

EPAX marketing information (7 pages), 2000.

EPAX production information (6 pages), 2000.

Franzosi, M. G. et al "Cost-Effectiveness Analysis of n-3 Polyunsaturated Fatty Acids (PUFA) after Myocardial Infarction," *Pharmacoeconomics* (2001), 19(4), 411-420.

Gauglitz, E.J. et al. "Adsorptive Bleaching and Molecular Distillation of Menhaden Oil," *Journal of the American Oil Chemists Society* (1965), 42, 561-563.

Gissi-Prevenzione Investigators "Dietary supplementation with n-3 polyunsaturated fatty acids and vitamin E after myocardial infarction: results of the GISSI-Prevenzione trial," *Lancet* (1999), 354, 447-455.

Hamazaki, T. et al. "Effects of fish oil rich in eicosapentaenoic acid on serum lipid in hyperlipidemic hemodialysis patients," *Kidney International* (1984), 26(1), 81-84.

Haraldsson, G. G. et al. "Studies on the Positional Specificity of Lipase from *Mucor miehei* During Interesterifcation Reactions of Cod Liver Oil with n-3 Polyunsaturated Fatty Acid and Ethyl Ester Concentrations," *Acta Chemica Scandinavica* (1991), 45, 723-730.

Haraldsson, G. G. et al. "Separation of Eicosapentaenoic Acid and Docosahexaenoic Acid in Fish Oil by Kinetic Resolution Using Lipase," *J. Am. Oil. Chem. Soc.* (1998), 75(11), 1551-1556.

Haraldsson, G. G. et al. "The Preparation of Concentrates of Eicosapentaenoic Acid an Docosahexaenoic Acids by Lipase-Catalyzed Transesterification of Fish Oil with Ethanol," *J. Am. Oil. Chem. Soc.* (1997), 74(11), 1419-1424.

Harris , W. S. et al. "Safety and efficacy of Omacor in sever hypertriglyceridemia," *Journal of Cardiovascular Risk* (1997), 4(5-6), 385-391.

Hellström, "Some Foreign Recommendations on the Treatment of Hyper-lipidaemias," in *Treatment of Hyperlipidemia*, National Board of Health and Welfare Drug Information Center, Sweden (1989) 131-137.

Hellström "Treatment of Hyperlipidemia: Opinions and recommendations from the group," in *Treatment of Hyperlipidemia*, National Board of Health and Welfare Drug Information Committee, Sweden (1989) 147-158.

Hogg, R. J. et al. "Advances in Treatment: Immunoglobulin A Nephropathy," *Seminars in Nephrology* (1996), 16(6) 511-516.

Hoshino, T. et al. "Selective Hydrolysis of Fish Oil by Lipase to concentrate N-3 Polyunsaturated Fatty Acids," *Agric. Biol. Chem.* (1990), 54(6), 1459-1467.

Information from http://www.epax.com (6 pages), 2000.

Information from http://www.omacor.com (25 pages), 2000.

Information from http://www.omacorrx.com (45 pages), 2000.

Japanese Litigation, Demand for Trial dated Aug. 31, 2007.

Johansen, O. et al. "n-3 Fatty Acids Do Not Prevent Restenosis After Coronary Angioplasty: Results from the CART Study," *Journal of the American College of Cardiology* (1999), 33(6), 1619-1626.

Julshamn, K. et al. "Removal of DDT and its metabolites from fish oils by molecular distillation," *Fiskeridirektorates Skrifter Serie Teknologiske Undersokelser* (1978), 5(15), 3-11.

Kanematsu et al "Studies on the behaviour of trace components in oils and fats during processing for edible use. I. Removal of organochlorine pesticides and polychlorinated biphenyls (PCB) from oils and fats," *J. of Japan. Oil Chemists' Society* (1976), 25(1), 38-41, Abstract.

Kinsella et al. *Seafoods and Fish Oils in Human Health and Disease* (New York, Marcel Dekka Inc. 1987) pp. 7-9.

Kris-Etherton et al. "Fish Consumption, Fish Oil, Omega-3 Fatty Acids, and Cardiovascular Disease," *Circulation* (2002), 106, 2747-2757.

Kuk, M. S. "Supercritical carbon dioxide extraction of cottonseed with co-solvents," *J. Am. Oil Chem. Soc.* (1994), 71(12), 1353-1356.

Larsen et al. "Biosynthesis of Alginate," *Int. Seaweed Symp. 7th* (1971), 491-495.

Lie, E. et al. "Esterification of polyunsaturated fatty acids with lipases from different sources," *International J. of Food Science and Technology* (1992), 27, 73-76.

Lie, et al. "Fatty Acid Specificity of Candida cylindracea Lipase," *Feet, Seifen, Anstrichmittel* (1986), 88(9), 365-367.

Lim, G. P. et al. "A Diet Enriched with the Omega-3 Fatty Acid Docosahexaenoic Acid Reduces Amyloid Burden in an Aged Alzheimer Mouse Model," *J. Neuroscience* (2005), 25(12), 3032-3040.

Lovaza™ labeling information, Reliant Pharmaceuticals (revised Jun. 2007, 2 pages).

Lovaza™ marketing information (2 pages), 2000.

Luley, C. et al. "Bioavailability of Omega-3 Fatty Acids: Ethylester Preparation are Suitable as Triglyceride Preparations," *Nutrition Lances* (1990), 123-125.

Lungershausen, Y. K. et al. "Reduction of blood pressure and plasma triglycerides by omega-3 fatty acids in treated hypertensives," *Journal of Hypertension* (1994), 12(9), 1041-1045.

Marchioli, R. et al "Early Protection Against Sudden Death by n-3 Polyunsaturated Fatty Acids After Myocardial Infarction," *Circulation* (2002), 105, 1897-1903.

McNeill, G. P. "Lipase-Catalyzed Enrichment of Long-Chain Polyunsaturated Fatty Acids," *JAOCS* (1996), 73(11), 1403-1407.

Merck Index, 11th Ed. (Rahway, NJ. Merck and Co., 1989) p. 925.

Moore, S. R. et al. "Production of Triglycerides Enriched in Long-Chain n-3 Polyunsaturated Fatty Acids from Fish Oil," *JAOCS* (1996), 73(11), 1409-1414.

Nicoud et al. *Proceedings of the 9th International Symposium on Preparative and Industrial Chromatography*, Société Française de Chimie Apr. 1992, pp. 205-220.

Nilsson, W. B. "Supercritical fluid carbon dioxide fractionation of fish oil esters," *Adv. Seafood Chiochem., Pap. Am. Chem. Soc. Annu. Meet.* (1992), Meeting Date 1987, 151-168.

Nordoy, A. "Statins and omega-3 fatty acids in the treatment of dyslipidemia and coronary heart disease," *Minerva medica* (2002), 93(5), 357-363.

Omacor prescribing information from the FDA website: www.fda. gov/cder/foi/label/2004/21654lbl.pdf (9 pages), 2004.

Omacor prescribing information (1 pages), 2004.

Omega-3-Acid Ethyl Esters 90, *European Pharmacopoeia* 5.3 (2006) 3571-3573.

Omega-3-Acid Ethyl Esters 60, *European Pharmacopoeia* 5.4 (2005) 3992-3997.

Perry, R.H. et al., *Chemical Engineers Handbook*, 5th Edition, McGraw-Hill, New York, 1973, 13-55 and 13-56.

Pownall, H. J. et al. "Correlation of serum triglyceride and its reduction by ω-3 fatty acids with lipid transfer activity and the neutral lipid compositions of high-density and low-density lipoproteins," *Atherosclerosis* (1999), 143(2), 285-297.

Proceedings From the Oct. 1987 Fish Oil Seminar, "Rendering Profits," (Alaska Fisheries Development Foundation, Inc. 1987) pp. 1-103.

Product specifications for EPAX 1050TG, 2000.

Product specifications for EPAX 4020EE, 2000.

Product specifications for EPAX 4020TG, 2000.

Product specifications for EPAX 4510TG, 2000.

Product specifications for EPAX 5500EE, 2000.

Product specifications for EPAX 6000EE, 2000.

Product specifications for EPAX 6000TG, 2000.

Product specifications for EPAX 6015EE, 2000.

Product specifications for EPAX 6015TG, 2000.

Reis, G. J. et al. "Effects of Two Types of Fish Oil Supplements on Serum Lipids and Plasma Phospholipid Fatty Acids in Coronary Artery Disease," *Am. J. Cardiology* (1990), 66, 1171-1175.

Shibata, T. et al. "Effects of peroxisome proliferator-activated receptor-a and -g agonist, JTT-501, on diabetic complications in Zucker diabetic fatty rats," *British J. of Pharmocol.* (2000), 130, 495-504.

Shimada, Y. et al. "Purification of Docosahexaenoic Acid by Selective Esterification of Fatty Acids from Tuna Oil with Rhizopus delemar Lipase," *JAOCS* (1997), 74(2), 97-101.

Stalenhoef, A. F. H. et al. "The effect of concentrated n-3 fatty acids versus gemfibrozil on plasma lipoproteins, low density lipoprotein heterogeneity and oxidizability in patients with hypertriglyceridemia," *Atherosclerosis* (2000), 153(1), 129-138.

Takagi, "Fractionation of Polyenoic Acids from Marine Lipids with Lipase," *Am. Oil Chem. Soc.* (1989), 66, 488-489.

Tanaka, Y. et al. "Preparative separation of acylglycerol by centrifugal partition chromatography (CPC). II. Concentration of EPA (eicosapentaenoic acid) and DHA (docosahexaenoic acid) from lipase-hydrolyzed fish oil" *Yukagaku* (1992), 41(4), 312-316, Abstract.

Third Party Observation from corresponding European application No. 03764048.9-2108 dated Sep. 26, 2006.

Treybal, R.E., Mass-Transfer Operations, McGraw-Hill, New York, 1955, pp. 344-353.

Van Dam et al., "Efficacy of concentrated n-3 Fatty Acids in hypertriglyceridaemia—A Comparasion with Gemfibrozil:", Clin. Drug Invest., pp. 175-181, 2001.

Vericel, E. et al. "The influence of low intake of n-3 fatty acids on platelets in elderly people," *Atherosclerosis* (1999), 147(1), 187-192.

Xu, X. et al. "Purification and deodorization of structured lipids by short path distillation," *Eur. J. Lipid Sci. Technol.* (2002), 104, 745-755.

Young, W. "Processing of oils and fats," *Chemistry and Industry* (1978), 16, 692-703.

Zinger et al. CA 106:118610 (1986).

Zuyi, et al. "Stability of Microbial Lipase in Alcoholysis of Fish Oil During Repeated Enzyme Use," *Biotechnol. Lett.* (1993), 15(4), 393-398.

Zuyi, et al. "Lipase-catalyzed alcoholysis to concentrate the *n*-3 polyunsaturated fatty acid of cod liver oil," *Enzyme Microb. Technol.* (1993), 15, 601-606.

Database WPI Week 200206, Derwent Publications Ltd., DE 100 24 420 A1.

Ackman, R.G. et al., "The "basic" fatty acid composition of Atlantic fish oils: Potential similarities useful for enrichment of polyunsaturated fatty acids by urea complexation," *J. Am. Oil. Chem. Soc.* (1988) vol. 65, pp. 136-138.

Azhgikhin, I.S. et al., "Obtainment of an esters concentrate of the eicosapentaenoic and decosapentaenoic as a possible substitute of arachiden and Itenol," Pansovietic Institute, Moscow, dated Mar. 14, 1978.

Bang, H.O. et al., "Plasma lipid and lipoprotein pattern in Greenlandic West-coast Eskimos," *Lancet* (1971) vol. 1, pp. 1143-1145.

Bronsgeest-Schoute, H.C. et al., "The effect of various intakes of o3 fatty acids on the blood lipid composition in healthy human subjects," *Am. J. Clin. Nutr.* (1981) vol. 34, pp. 1752-1757.

Connor, W.E., "Effects of omega-3 fatty acids in hypertriglyceridemic states," *Seminars in Thrombosis and Hemostasis* (1988) vol. 14, pp. 271-284.

Eritsland, J. et al., "Effects of highly concentrated omega-3 polyunsaturated fatty acids and acetylsalicylic acid, alone and combined, on bleeding time and serum lipid profile," *J. Oslo City Hosp.* (1989), vol. 39, pp. 97-101.

Eritsland, J. et al., "The effect of Omacor™ in patients with hypertriglyceridaemia having undergone coronary artery bypass grafting," Final Report, Pronova Biocare, 1994.

"Fish oil, rich in omega-3-acids," European Pharmacopoeia 5.0 (2004) pp. 1595-1598.

Harris, W.S. et al., "The comparative reductions of the plasma lipids and lipoproteins by dietary polyunsaturated fats: Salmon oil versus vegetable oils," *Metabolism* (1983), vol. 32, pp. 179-184.

Hirai, A. et al., "Effect of oral administration of highly purified eicosapentaenoic acid and docosahexaenoic acid on platelet function and serum lipids in hyperlipidemic patients," *Adv. Prostag. Thromb. L.* (1989) vol. 19, pp. 627-631.

Holub et al., "Alterations in molecular species of cholesterol esters formed via plasma lecithin—cholesterol acyltransferase in human subjects consuming fish oil," *Atherosclerosis* (1987) vol. 66, pp. 11-18.

Joseph, J., Ed. "Biomedical Test Materials Program: Production Methods and Safety Manual," NOAA Technical Memorandum NMFS-SEFC-234, pp. 1-3, Oct. 1989.

Kantha, S.S., "Dietary effects of fish oils on human health: A review of recent studies," *Yale J. Biol. Med.* (1987) vol. 60, pp. 37-44.

Kobatake, Y. et al., "Dietary effect of ω-3 type polyunsaturated fatty acids on serum and liver lipid levels in rats," *J. Nutr. Sci. Vitaminol.* (1983) vol. 29, pp. 11-21.

Kobatake, Y. et al., "Differential effects of dietary eicosapentaenoic and docosahexaenoic fatty acids on lowering of triglyceride and cholesterol levels in the serum of rats on hypercholesterolemic diet," *J. Nutr. Sci. Vitaminol.* (1984) vol. 30, pp. 357-372.

Larsen, L.N. et al., "Heneicosapentaenoate (21:5n-3): Its incorporation into lipids and its effects on arachidonic acid and eicosanoid synthesis," *Lipids* (1997) vol. 32, pp. 707-714.

Leaf, A. et al., "Cariovascular effects of n-3 fatty acids," *New Eng. J. Med.* (1988) vol. 318, pp. 549-557.

Maxepa® product information (3 pages).

Medline Plus, "Triglycerides," U.S. National Library of Medicine and National Institutes of Health, 2008.

Mehta, J.T. et al., "Dietary supplementation with omega-3 polyunsaturated fatty acids in patients with stable coronary heart disease," *Am. J. Med.* (1988) vol. 84, pp. 45-52.

Morisaki, N. et al., "In vivo effects of cis-5,8,11,14,17-20:5 (n-3) and cis-4,7,10,13,16,19-22:6(n-3) on serum lipoproteins, platelet aggregation, and lipid metabolism in the aorta of rats," *Tohoku J. Exp. Med.* (1983) vol. 141, pp. 397-405.

Mueller, B.A. et al., "Biological mechanisms and cardiovascular effects of omega-3 fatty acids," *Clin. Pharmacy* (1988) vol. 7, pp. 795-807.

Nestel, P.J. et al., "Suppression by diets rich in fish oil of very low density lipoprotein production in man," *J. Clin. Invest.* (1984) vol. 74, pp. 82-89.

Phillipson, B.E. et al., "Reduction of plasma lipids and lipoproteins in hyperlipidemic patients by dietary w-3 fatty acids," *Am. J. Clin. Nutr.* (1981) vol. 34, p. 629.

Ratnayake, W.M.N. et al., "Preparation of omega-3 PUFA concentrates from fish oils via urea complexation," *Fat Sci. Technol.* (1988), vol. 90, pp. 381-386.

Rote Liste, Eicosapen information, 1987.

Sanders, T.A.B., "The importance of eicosapentaenoic and docosahexaenoic acids," Ch. 7, pp. 101-116, in *The Role of Fats in Human Nutrition*, F.B. Padley et al., Eds., Ellis Horwood Ltd., Chichester, England, 1985.

Sanders, T.A.B. et al., "A comparison of the influence on plasma lipids and platelet function of supplements of ω3 and ω6 polyunsaturated fatty acids," *Br. J. Nutr.* (1983) vol. 50, pp. 521-529.

Sanders, T.A.B. et al., "The influence of different types of ω3 polyunsaturated fatty acids on blood lipids and platelet function in healthy volunteers," *Clinical Science* (1983) vol. 64, pp. 91-99.

Saynor, R. et al., "The long-term effect of dietary supplementation with fish lipid concentrate on serum lipids, bleeding time, platelets and angina," *Atherosclerosis* (1984) vol. 50, pp. 3-10.

Simons, L.A. et al., "On the effects of dietary n-3 fatty acids (Maxepa) on plasma lipids and lipoproteins in patients with hyperlipidaemia," *Atherosclerosis* (1985) vol. 54, pp. 75-88.

Simopoulos, A.P., "Omega-3 fatty acids from fish and fish oils: Nutritional and health effects," *Epitheorese Klinikes Farmakologias Kai Farmakokinetikes, Int. Ed.* (1987) vol. 1, pp. 23-31.

Smith, P. et al., "Influence of highly concentrated n-3 fatty acids on serum lipids and hemostatic variables in survivors of myocardial infarction receiving either oral anticoagulants or matching placebo," *Thromb. Res.* (1989) vol. 53, pp. 467-474.

Swanson, D.R., "Fish oil, Raynaud's Syndrome, and undiscovered public knowledge," *Perspect. Biol. Med.* (1986) vol. 30, pp. 7-18.

Turchetto, E. et al., "Protective role of vitamin E on essential fatty acids," *Acta Vitaminol. Enzymol.* (1982) vol. 4, pp. 267-277, Abstract.

Von Lossonczy, T.O. et al., "The effect of a fish diet on serum lipids in healthy human subjects," *Am. J. Clin. Nutr.* (1978) vol. 31, pp. 1340-1346.

Detwiler, S.B., Jr., "Supplement to Bibliography on Molecular or Short Path Distillation" Oil and Soap (1940) pp. 241-243.

UMEP Chemicals Data Fact Sheet, UNEP Chemicals, Regional Reports of the Regionally Based Assessment of Persistent Toxic Substances Program (2002) (1 page).

Yaws Handbook of Antoine Coefficients for Vapour Pressure, 2nd Electronic Edition, 2009 (extract, 6 pages).

* cited by examiner

## Stripping process



Figure 1

US 7,678,930 B2

**1**

## PROCESS FOR DECREASING THE AMOUNT OF CHOLESTEROL IN A MARINE OIL USING A VOLATILE WORKING FLUID

### FIELD OF THE INVENTION

This invention relates to a process for decreasing the amount of cholesterol in a mixture comprising a marine oil, containing the cholesterol. The present invention also relates to a volatile cholesterol decreasing working fluid, a health supplement and a pharmaceutical, prepared according to the process mentioned above.

### BACKGROUND OF THE INVENTION

It is known that cholesterol is an important steroid found in the lipids (fats) in the bloodstream and in all body's cells in mammals. Cholesterol is used to form cell membranes, some hormones and other needed tissues. A mammal will get cholesterol in two ways; the body produces some of it, and the rest comes from products that the mammal consumes, such as meats, poultry, fish, eggs, butter, cheese and whole milk. Food from plants like fruits, vegetables and cereals do not include cholesterol.

Cholesterol and other fats can't dissolve in the blood. They have to be transported to and from the cells by special carriers called lipoproteins, named on basis of their density. Low-density lipoprotein, or LDL, transport cholesterol from the liver to peripheral tissues and LDL transported cholesterol is known as the "bad" cholesterol, because too much LDL cholesterol can clog the arteries to the heart and increase the risk of heart attack. High-density lipoprotein, or HDL, transport cholesterol back to the liver where surplus cholesterol is disposed of by the liver as bile acids. HDL transported cholesterol is known as the "good" cholesterol and high levels of HDL may reduce cholesterol deposits in arteries. For an organism to remain healthy, there has to be an intricate balance between the biosynthesis of cholesterol and its utilization, so that arterial deposition is kept at a minimum.

In e.g. marine oils, cholesterol is stored as "free" respectively as "bound" cholesterol. In the bound form, cholesterol is esterified on the OH-group by a fatty acid.



Structural formula of cholesterol

The commercially important polyunsaturated fatty acids in marine oils, such as fish oil, are preferably EPA (eicosapentaenoic acid, C20:5), DHA (docosahexaenoic acid, C22:6). The full nomenclature of these acids according to the IUPAC system is: EPA cis-5,8,11,14,17-eicosapentaenoic acid, DHA cis-4,7,10,13,16,19-docosahexaenoic acid. For many purposes it is necessary that the marine oils should be refined in order to increase the content of EPA and/or DHA to suitable

**2**

levels, or to reduce the concentrations of, or even eliminate, certain other substances which occur naturally in the raw oil, e.g. cholesterol.

The fatty acids EPA and DHA are also proving increasingly valuable in the pharmaceutical and food supplement industries in particular. It is also very important for fish oils and other temperature sensitive oils (i.e. oils that contains long chain polyunsaturated fatty acids) to keep the load of the temperature as low as possible. Concerning the amount of cholesterol in the oils, it is specially a problem in fish oils and milk fat.

Further, as the link between high serum cholesterol levels and heart disease has become increasingly apparent, cholesterol-free and cholesterol-reduced food products have become more attractive to consumers, and food products that have no or reduced cholesterol are gaining popularity as well as an increasing share of the market. Consequently, removal or reduction of cholesterol in high cholesterol foods has the potential to substantially increase marketability and value.

The removal or reduction of cholesterol in marine oils is not a trivial matter. Several different techniques to accomplish this task have been developed, each with varying levels of success. The content of cholesterol in marine oils will become a much more important parameter for the process industry in the future.

Some methods of treating a fish oil is known from the prior art. Such methods include conventional vacuum steam distillation of fish oils at high temperatures which creates undesirable side reactions, decreases the content of EPA and DHA in the oil and the resulting product has a poor flavour stability and poor resistance to oxidation.

### SUMMARY OF THE INVENTION

One object of the invention is to offer an effective process for decreasing the amount of cholesterol in a mixture comprising a marine oil, containing the cholesterol, preferably by decreasing and separating the amount of cholesterol present in free form.

According to a first aspect of the invention, this and other objects are achieved with a process for decreasing the amount of cholesterol in a mixture comprising a marine oil, the marine oil containing the cholesterol, which process comprises the steps of adding a volatile working fluid to the mixture, where the volatile working fluid comprises at least one of a fatty acid ester, a fatty acid amide and a hydrocarbon, and subjecting the mixture with the added volatile working fluid to at least one stripping processing step, in which an amount of cholesterol in the marine oil is separated from the mixture together with the volatile working fluid. Most preferably, the amount of cholesterol present in the marine oil that is separated from the mixture together with the volatile working fluid is constituted by cholesterol in free form. Herein, "an amount" is interpreted to include decreasing of an amount up to almost 100% of cholesterol present in free form, i.e. a substantial removal of cholesterol in free form from a marine fat or oil composition, at low mixture flow rates. The content of bound cholesterol is less affected by the stripping process according to the invention, since cholesterol in bound form has a higher boiling point compared to the working fluid according to the invention.

The use of a volatile working fluid, where the volatile working fluid comprises at least one of a fatty acid ester, a fatty acid amide and a hydrocarbon, or any combination thereof, in a stripping process (or processing step) for decreasing the amount of cholesterol present in a marine oil in free form has a number of advantages.

US 7,678,930 B2

3

An advantage of using a volatile working fluid in a stripping process is that the cholesterol present in free form can more easily be stripped off together with the volatile working fluid. Preferably, this is possible as long as the volatile working fluid is essentially equally or less volatile than the cholesterol that shall be removed from the oil mixture. The stripped cholesterol present in free form and the volatile working fluid will be found in the distillate. When the volatile working fluid have the mentioned property, in combination with beneficial stripping process conditions, it is possible to separate, or strip off, almost all cholesterol present in a marine oil in free form more effectively. The effect of adding a volatile working fluid to a marine oil mixture before stripping is larger and also more commercial useful, compared to a general process for decreasing cholesterol in an oil mixture, at higher flow rates. Herein, "high flow rates" is interpreted to include mixture flow rate in the interval of 80-150 kg/h·m². Under the process conditions mentioned above, the use of a volatile working fluid open up for a much better utilization of the capacity of the process equipment and a more rapid stripping process.

Further, according to the present stripping process it is also possible to decrease an effective amount of cholesterol present in a marine oil in free form at lower temperatures, preferably at a temperature in the interval of 150-220° C., compared to the techniques known from the prior art. It is especially important to keep the temperature as low as possible during processing of marine oils, such as fish oils, and other temperature accommodating oils (i.e. oils comprising long chains of polyunsaturated fatty acids). This is not so critical for oils not included above. In addition, the volatile working fluid according to the invention allows cholesterol present in free form to be stripped off by e.g. molecular distillation even from oils of lower quality, i.e. oil for feed purposes.

In a preferred embodiment of the present invention the volatile working fluid is an organic solvent or solvent mixture with a volatility comparable to the cholesterol in free form. The volatile working fluid of the present invention is at least one of a fatty acid ester, a fatty acid amide, and a hydrocarbon, also including any combinations thereof.

In another preferred embodiment the volatile working fluid comprises at least one fatty acid ester composed of C10-C22 fatty acids and C1-C4 alcohols, or a combination of two or more fatty acid ester each composed of C10-C22 fatty acids and C1-C4 alcohols. Preferably, the volatile working fluid is at least one of amides composed of C10-C22 fatty acids and C1-C4 amines, C10-C22 free fatty acids, and hydrocarbons with a total number of carbon atoms from 10 to 40. Most preferably, the volatile working fluid is a mixture of fatty acids from marine oils, e.g. fish body oil or fish liver oil, and/or ethyl or methyl esters of such marine fatty acids.

In another embodiment of the invention a volatile working fluid may be produced by subjecting fats or oils from an available source, for instance fats or oils obtained from at least one of animal, microbial or vegetable origin, to an inter-esterification process, in which process the triglycerides in the fats or oils are converted into esters of aliphatic alcohols. Additionally, a bio-diesel and/or a mineral oil can be used as a volatile working fluid. In the case when the volatile working fluid is a biodiesel, it can be produced by a process, which is in common use for production of engine fuels (biodiesel), and therefore also known by a man skilled in the art, which process comprises mixing the fat or oil with a suitable amount of aliphatic alcohol, adding a suitable catalyst and heating the mixture for a period of time. Similar esters of aliphatic alcohols may also be produced by a high-temperature catalytic

4

direct esterification process reacting a free fatty acid mixture with the appropriate aliphatic alcohol. The fatty acid ester mixture produced in this manner may be used as a volatile working fluid as it is, but normally the conversion to esters of aliphatic alcohols is not complete, the conversion process preferably leaving some un-reacted non-volatile glycerides in the mixture. Further, some fats or oils may also contain certain amounts of non-volatile, non-glyceride components (e.g. polymers). Such non-volatile components will be transferred to, and mixed with the final product, which product is low in cholesterol, when the fatty acid ester mixture is used as working fluid. A working fluid produced in this manner should therefore be subjected to a distillation, preferably a molecular and/or short path distillation, in at least one step, which distillation process generates a distillate more suitable to be used as a new volatile working fluid.

In addition, the volatile working fluid according to the invention allows cholesterol to be stripped off by e.g. molecular distillation even from oils of lower quality.

In another preferred embodiment of the process, at least one of a fatty acid ester and a fatty acid amide constituting said volatile working fluid is obtained from at least one of a vegetable, microbial and animal fat or oil, being edible or for use in cosmetics. Preferably, the animal fat or oil is a marine oil, e.g. a fish oil or an oil from other marine organism e.g. sea mammals. It is also possible that the fatty acid esters mentioned above can e.g. be a byproduct from distillation of an ethyl ester mixture prepared by ethylation of preferably a fish oil. In the process industry trade with intermediates is increasing and opens up for an extra financial income.

In fish oils cholesterol is typically present in concentrations of 5-10 mg/g, but higher concentrations have been observed. In this case 2-4 mg/g is typically bound cholesterol and 3-6 mg/g is free cholesterol. Free cholesterol can be effectively removed by adding a volatile working fluid prior to at least one of the stripping processes according to the invention.

In another embodiment of the process according to the invention, the marine oil containing saturated and unsaturated fatty acids in the form of triglycerides, and the marine oil is obtained from fish and/or sea mammals. Marine oils that contains no or reduced amounts of cholesterol present in free form are gaining popularity as well as an increasing share of the market.

It is important to note that the invention is not limited to procedures were the working fluid is prepared from the same origin as the oil that is being purified.

In a preferred embodiment of the invention, the ratio of (volatile working fluid):(marine oil) is about 1:100 to 15:100. In a more preferred embodiment the ratio of (volatile working fluid):(marine oil) is about 3:100 to 8:100.

In a preferred embodiment of the invention, said stripping process step is carried out at temperatures in the interval of 120-270° C.

In a most preferred embodiment, the stripping processing step is carried out at temperatures in the interval of 150-220° C. By adding a volatile working fluid to the marine oil mixture at this temperatures the invention surprisingly shows that even termolabile polyunsaturated oils can be treated with good effect, without causing degradation of the quality of the oil.

In another preferred embodiment, the stripping processing step is carried out at a pressure below 1 mbar.

In further preferred embodiment, the stripping processing step is at least one of a thin-film evaporation process, a molecular distillation or a short-path distillation, or any combination thereof. If at least one stripping process step is a thin-film evaporation the process is also carried out at mixture

US 7,678,930 B2

5

flow rates in the intervall of 30-150 kg/h·m², most preferably in the range of 80-150 kg/h·m². The effect of adding a volatile working fluid to a marine oil mixture before stripping is larger and also more commercial useful, compared to a general process for decreasing cholesterol present in a marine fat or oil in free form at higher flow rates.

By using a stripping process, e.g. a distillation method, for decreasing the amount of cholesterol present in a marine oil in free form, the marine oil mixture comprising a volatile working fluid, it is possible to carry out the stripping processes at lower temperatures, which spare the oil and is at the same time favourable to the end oil product.

Another embodiment of the present invention is a stripping process wherein a working fluid is added to a mixture comprising a marine oil, containing cholesterol, prior to a thin-film evaporation process, and the volatile working fluid comprises at least one of a fatty acid ethyl ester and a fatty acid methyl ester (or any combinations thereof), and subjecting the mixture with the added working fluid to a thin-film evaporation step, in wich an amount of cholesterol present in free form in the marine oil is separated from the mixture together with the volatile working fluid.

In a preferred embodiment according to the invention the stripping process is carried out by a molecular distillation in the following intervals; mixture flow rates in the interval of 30-150 kg/h·m², temperatures in the interval of 120-270° C. and a pressure below 1 .mbar.

In a most preferred embodiment of the invention the molecular distillation is carried out at temperatures in the interval of 150-220° C. and at a pressure below 0.05 mbar, or by a thin-film process, which process is carried out at 80-150 kg/h·m² or at flow rates in the range of 800-1600 kg/h at a heated thin film area of 11 m²; 73-146 kg/h·m². Please note, that the present invention can also be carried out in one or more subsequent stripping processing steps.

In another preferred embodiment of the present invention, a volatile cholesterol decreasing working fluid, for use in decreasing an amount of cholesterol present in a marine oil in free form, the volatile working fluid is comprising at least one of a fatty acid ester, a fatty acid amide and a hydrocarbon, with essentially equally or less volatility compared to the cholesterol that is to be separated from the marine oil, or any combination thereof.

Preferably, the volatile cholesterol decreasing working fluid is generated as a fractionation product. Additionally, the volatile cholesterol decreasing working fluid is a by-product, such as a distillation fraction, from a regular process for production of ethyl and/or methyl ester concentrates. This by-product according to the invention can be used in a new process preferably for fat or oil being edible or for use in cosmetics. More preferably, the volatile cholesterol decreasing working fluid, for use in decreasing an amount of cholesterol present in a marine fat or oil, can be a by-product (a distillate fraction) from a regular process for production of ethyl ester concentrates, wherein a mixture comprising an edible or a non-edible fat or oil, preferably a fish oil, is subjected to an ethylating process and preferably a two-step molecular distillation. In the two-step molecular distillation process a mixture consisting of many fatty acids on ethyl ester form is separated from each other in; a volatile (light fraction), a heavy (residuum fraction) and a product fraction. The volatile fraction from the first distillation is distilled once more and the volatile fraction from the second distillation process is then at least composed of the volatile working fluid, preferably a fatty acid ethyl ester fraction. This fraction consists of at least one of C14 and C16 fatty acids and at least one of the C18 fatty acids from the fat or oil, and is therefore also

6

compatible with the edible or non-edible oil. The fraction can be redistilled one or more times if that is deemed to be suitable. This prepared working fluid can then be used as a working fluid in a new process for decreasing the amount of cholesterol present in a marine oil in free form, wherein the edible or non-edible fats or oils and the marine oil are of the same or different types.

In another preferred embodiment of the invention the volatile working fluid comprises at least one of an ester and/or an amide composed of shorter fatty acids and longer alcohols or amines, or any combination thereof.

In a preferred embodiment of the invention, the volatile cholesterol decreasing working fluid, for use in decreasing an amount of cholesterol present in a marine oil, is preferably a fatty acid ester (e.g. fatty acid ethyl ester or fatty acid methyl ester) or a fatty acid amide obtained from at least one of vegetable, microbial and animal fat or oil, or any combination thereof. Preferably, said animal fat or oil is a marine oil, for instance a fish oil and/or an oil from sea mammals.

In another embodiment of the invention, a volatile cholesterol decreasing working fluid according to the present invention, is used in a process for decreasing the amount of cholesterol in a mixture comprising a marine oil, the marine oil containing the cholesterol, in which process the volatile working fluid is added to the mixture and then the mixture is subjected to at least one stripping processing step, preferably a thin-film evaporation process, a molecular distillation or a short-path distillation or any combination thereof, and in which process an amount of cholesterol present in the marine oil in free form is separated from the oil mixture

In a more preferred embodiment, the volatile cholesterol decreasing working fluid is a by-product, such as a distillate fraction, from a regular process for production of ethyl and/or methyl ester concentrates.

In another preferred embodiment a health supplement, or a pharmaceutical containing oil (end) products with a decreased amount of cholesterol, preferably strongly limited amounts of cholesterol present in free form, prepared according to at least one of the previously mentioned processes is disclosed. For the pharmaceutical and food supplement industries, marine oils often is processed in order to increase the content of EPA and/or DHA to suitable levels and the removal or reduction of cholesterol have the potential to substantially increase marketability and value. Therefore, the present invention also discloses a health supplement and a pharmaceutical respectively, containing at least a marine oil, such as fish oil, which marine oil is prepared according to the previously mentioned process, in order to decrease the total amount of cholesterol present in the marine oil. It shall be noted that the invented process may also be used for marine oils which has not been processed in order to increase the content of EPA and/or DHA to suitable levels.

In another embodiment of the invention the pharmaceutical and/or health supplement is preferably intended for treating cardiovascular diseases (CVD) and inflammatory diseases, but they also have positive effects on other CVD risk factors such as the plasma lipid profile, hypertension and vascular inflammation. In more preferred embodiment of the invention the pharmaceutical and/or health supplement comprises at least one of EPA/DHA triglycerides/ethyl esters and is intended for a range of potential therapeutic applications including; treatment of hypertriglyceridaemia, secondary prevention of myocardial infarction, prevention of atherosclerosis, treatment of hypertension, mental disorders and/or kidney disease and to improve children's learning ability.

US 7,678,930 B2

7 | 8

Preferably, the pharmaceutical and/or health supplement prepared according to at least one of the previously mentioned processes is based on fish oil.

Further, the present invention also disclose a marine oil product, prepared according to at least one of the previously mentioned processes. Preferably, the marine oil product is based on fish oil or a fish oil composition.

In another preferred embodiment the stripping process is followed by a trans-esterification process. Preferably, the stripping processing step is followed by the steps of; subjecting the stripped marine oil mixture to at least one trans-esterification reaction with a $C_1$-$C_6$ alcohol under substantially anhydrous conditions, and in the presence of a suitable catalyst (a chemical catalyst or an enzyme) to convert the fatty acids present as triglycerides in the marine oil mixture into esters of the corresponding alcohol, and thereafter subjecting the product obtained in the step above to at least one or more distillations, preferably one or more molecular distillations.

After the trans-esterification reaction some glycerides and most of the bound cholesterol will remain unreacted. Both the unreacted glycerides and the bound (esterified) cholesterol will have higher boiling points than the valuable esters of polyunsaturated fatty acids, and will therefore be concentrated in the residue (waste) fraction. Thereby a substantial reduction in bound cholesterol can be obtained in the distillate (product) fraction.

By combining the steps of first stripping the cholesterol in free form from the marine oil triglycerides using a volatile working fluid, followed by catalysed esterification of the marine oil with a $C_1$-$C_6$ alcohol under substantially anhydrous conditions, and thereafter distillation under conditions suitable to enrich the bound cholesterol in the residium (waste) fraction, a fatty acid ester product with a significant reduction in both free and bound cholesterol can be produced. More preferably, said $C_1$-$C_6$ alcohol is ethanol.

In another preferred embodiment of the invention the volatile working fluid comprises at least one of an ester, amides and/or esters composed of longer fatty acids and shorter alcohols or amines, or any combination thereof.

BRIEF DESCRIPTION OF THE DRAWINGS

The advantages and details of the present invention will become apparent from the following description when taken in conjugation with the accompanying drawings, in which;

FIG. 1 is a schematic flow chart of one embodiment illustrating a method for decreasing the amount of cholesterol in a marine oil, by adding a volatile working fluid prior to a molecular distillation.

DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

A number of preferred embodiments of the process for decreasing the amount of cholesterol in a mixture comprising a volatile working fluid and a marine oil, containing the cholesterol, will be disclosed below.

A first embodiment of a process for decreasing the amount of cholesterol in a marine oil by adding a volatile working fluid prior to a molecular distillation is presented in FIG. 1. The starting marine oil in the first embodiment of the invention is a fish oil whether freshly refined, reverted or mixtures thereof characterized by an initial or native cholesterol level. The exact amount of cholesterol varies depending upon such factors as fish species, seasonality, geographical catch location and the like.

As used herein the term molecular distillation is a distillation process performed at high vacuum and preferably low temperature (above 120° C.). Herein, the condensation and evaporation surfaces are within a short distance from each other, so as to cause the least damage to the oil composition.

The molecular distillation plant (1) illustrated in FIG. 1, comprises a mixer (2), a pre-heater (3), a degasser (4), a distillation unit (5) and a vacuum pump (6). In accordance with this embodiment, a volatile working fluid comprising an ethyl ester fraction (6% relative to the oil) is added to a fish oil mixture and blended in a mixer (2). The fish oil mixture is then optionally passed through a means for controlling the oil feed rate, such as an ordinary throttling valve. The fish oil mixture is then preheated with a heating means (3) such as a plate heat exchanger to provide a preheated fish oil mixture. The mixture is then passed through a degassing step (4) and admitted into the short path evaporator (5), a tube (7) including the condensation (8) and evaporation (9) surface. The fish oil mixture to be concentrated is picked up as it enters the tube (7a) by rotating blades (not shown). The blades extend nearly to the bottom of the tube and mounted so that there is a clearance of about 1.3 mm between their tips and the inner surface of the tube. In addition, the blades are driven by an external motor. The fish oil mixture is thrown against the tube wall and is immediately spread into a thin film and is forced quickly down (A) the evaporation surface. The film flows down by gravity, and as it falls the light and heavy fractions are separated because of differences in boiling point.

Heated walls and high vacuum strips off the volatile working fluid together with the cholesterol, i.e. the more volatile components (distillate) is derived to the closely positioned internal condenser (8), the less volatile components (residue) continues down the cylinder. The resulting fraction, the stripped fish oil mixture containing at least the fatty acids EPA and DHA is separated and exit through an individual discharge outlet (10).

In a second embodiment a falling film evaporator is used. In falling film evaporators liquid and vapours flow downwards in parallel flow. The liquid to be concentrated, herein the fish oil mixture, is preheated to boiling temperature. The oil mixture enters the heating tubes via a distribution device in the head of the evaporator, flows downward at boiling temperature, and is partially evaporated. This gravity-induced downward movement is increasingly augmented by the co-current vapour flow. Falling film evaporators can be operated with low temperature differences between the heating media and the boiling liquid, and they also have short product contact times, typically just a few seconds per pass.

In a third embodiment of the invention the process is carried out by a short path distillation, which includes the use of a short path evaporator that integrates the features and advantages of thin film or wiped film evaporators but adds internal condensing for applications. Short path evaporators are widely used in fine and specialty chemicals for thermal separation of intermediates, concentration of high value products, and molecular distillation under fine vacuum conditions. Their key features make them uniquely suitable for gentle evaporation and concentration of heat sensitive products at low pressures and temperatures.

In a fourth embodiment of the invention the stripping process is followed by the steps of subjecting the stripped marine oil mixture to at least one trans-esterification reaction with a $C_1$-$C_6$ alcohol under substantially anhydrous conditions and thereafter subjecting the product obtained in the step above to at least one or more distillations, preferably one or more molecular distillations. The key step in all trans-esterification reactions is the reaction between an ester mixture, composed

US 7,678,930 B2

9

of fatty acids bound to an alcohol A, and an alcohol B where the reaction products are an ester mixture, composed of the same fatty acids bound to alcolhol B, and alcohol A as shown in this general formula:

$$R-CO-\boxed{OR_1 + H}O-R_2 \overset{kat}{\rightleftharpoons} R-CO-OR_2 + R_1-OH$$

The reaction is preferably catalysed and the reaction is an equilibrium and the yield of the expected fatty acid ester is to a large extent controlled by the concentration of the alcohols. Herein, for instance the stripping process is followed by a catalysed trans-esterification of marine oil triglycerides. The separation of the ethyl ester fraction from the fraction containing the unreacted glycerides and bound cholesterol is suitably carried out by at least one of a molecular distillation technique, whereby the less volatile residual mixture can be readily removed from the relatively volatile ethyl esters.

It should be understood that many modifications of the above embodiments of the invention are possible within the scope of the invention such as the latter is defined in the appended claims. It will be apparent for one skilled in the art that various changes and modifications, i.e. other combinations of temperatures, pressures, and flow rates during the stripping process can be made therein without departing from the spirit and scope thereof.

EXAMPLES

The invention will now be illustrated by means of the following non-limiting example. This example is set forth merely for illustrative purposes and many other variations of the process may be used. The example below summarize some results from different purification of fish oils by molecular distillation.

Example 1

A Stripping Process for Decreasing the Amount of Cholesterol Present in a Fish Oil Mixture in Free Form with Respectively without Using a Volatile Working Fluid

This example shows an industrial scale process for decreasing the amount of cholesterol in a refined fish oil mixture in free form, with and without adding a volatile working fluid to the fish oil mixture, and subjecting the mixture to a molecular distillation process.

Herein, an Anchovy oil from Peru, with a fatty acid composition of 18% EPA and 12% DHA was used. The oil contains about 9 mg cholesterol/g fish oil, of which 6 mg/g was constituted by cholesterol present in free form and about 3 mg/g in bound form. In tests 1 and 3 a volatile working fluid constituted by a fatty acid ethyl ester mixture, 6% ethyl ester relative to the fish oil, i.e. the ratio of (volatile working fluid): (fish oil) about 6:100, was added to the fish oil mixture before subjecting the mixture to a molecular distillation process. All tests below were carried out at mixture flow rates of 900 or 400 kg/h in a molecular distillation unit with an evaporation surface of 11 m². Test 1 and 2 were carried out at a temperature of 210° C. and at a mixture flow rate of 900 kg/h. Test 3 and 4 were carried out at a lower temperature, 205° C., and at a lower flow rate, 400 kg/h. The amount of cholesterol present in the fish oil mixture in free form was analysed by a method based on standard high performance liquid chromatographic analyses.

10

TABLE 1

| Amounts of cholesterol present in a fish oil in free form after molecular distillation | | | | |
|---|---|---|---|---|
| Test | Temp. (° C.) | Flow rate (kg/h) | % added ethyl ester | Free cholesterol (mg/g) |
| 1 | 210 | 900 | 6 | 1.4 |
| 2 | 210 | 900 | 0 | 2.4 |
| 3 | 205 | 400 | 6 | 0.2 |
| 4 | 205 | 400 | 0 | 0.4 |

The results in the table above illustrates that it is possible to decrease (to separate) an amount of free cholesterol in a marine oil more effective by adding a volatile working fluid to a marine oil composition and thereafter subjecting the fish oil composition to a stripping processing step according to the invention. It is important to note that the effect by adding a volatile working fluid to a marine oil composition, before subjecting at least one stripping processing step, is better, and more interesting, when the stripping process is carried out at higher mixture flow rates, preferably flow rate in the interval of 80-150 kg/h·m². Under these conditions, the use of a volatile working fluid opens up for a much better utilization of the capacity of the process equipment and a more rapid stripping process.

Another advantage by using a volatile working fluid according to the invention is that the stripping effect is satisfactory at low temperatures [temperatures in the interval of 120-220° C.] for marine oils. Namely, for marine oils, such as fish oils, and other temperature accommodating oils (oils comprising long chains of polyunsaturated fatty acids) it is important to keep the temperature load during the processes as low as possible. But, this is less important for other oils not mentioned above.

Further, the effect of adding a volatile working fluid, compared with no adding of the same, is less noticeable in the case when the stripping process is carried out at low mixture flow rates [i.e. flow rates<30 kg/h·m²]. But on the other hand, it is not known commercially interesting to carry out a stripping process using low feed rates and relatively high temperatures because the stripping process will take too long to finish. Additionally, today it is a problem for the marine oil industry to find effective and rapid techniques that are able to decrease the amount of cholesterol in marine oils at higher flow rates.

The tests above also show that the amount of free cholesterol is reduced from about 6 mg/g to about 1.4 mg/g by adding a volatile working fluid to a fish oil mixture prior to a molecular distillation process, which process being carried out at a temperature of 210° C. and at a mixture flow rate of 900 kg/h pr. Here, the amount of cholesterol in free form is decreased with about 75-80%.

When the stripping process is carried out at 900 kg/h the amount of free cholesterol is reduced further compared to the stripping process where no ethyl ester (working fluid) has been added, at the same flow rate. Note that the content of bound cholesterol is less affected by the stripping process according to the invention. Additionally, the use of very high temperatures, i.e. temperatures above 270° C., isn't of interest. Such temperatures will cause damage to the oil. Too high temperatures also can be harmful for the production equipment.

Further, the amount (%) of addition of ethyl ester is also of importance. Addition of at least 4% ethyl ester or an ethyl ester fraction has also generated good results. Preferably, the ratio of (volatile working fluid):(marine oil) is about 1:100 to

US 7,678,930 B2

11                                                                                                      12

15:100 and more preferably, the ratio of (volatile working fluid):(marine oil) is about 3:100 to 8:100.

While the invention has been described in detail and with reference to specific embodiments thereof, it will be apparent for one skilled in the art that various change and modifications can be made therein without departing from the spirit and scope thereof.

## DEFINITIONS

As used herein the term marine oil also includes marine fat and a fermented or refined product containing at least n–3 polyunsaturated fatty acids, predominately EPA and DHA from a raw marine oil. Further, the marine oil is preferably oil from at least one of fish, shellfish (crustaceans) and sea mammals, or any combination thereof. Non limiting examples of fish oils are Menhaden oil, Cod Liver oil, Herring oil, Capelin oil, Sardine oil, Anchovy oil and Salmon oil. The fish oils mentioned above may be recovered from fish organs, e.g. cod liver oil, as well as from the meat of the fish, from the whole fish or from fish waste. Additionally, the term "oil and fat" means fatty acids in at least one of the triglyceride and phospholipid forms. Generally, if the start material in the stripping process is a marine oil, the oil may be any of raw or partially treated oil from fish or other marine sources and which contains fatty acids, including polyunsaturated fatty acids, in the form of triglycerides. Typically, each triglyceride molecule in such a marine oil will contain, more or less randomly, different fatty acid ester moieties, be the saturated, monounsaturated or polyunsaturated, or long chain or medium chain. Further, examples of vegetable oils or fats are corn oil, palm oil, rapeseed oil, soybean oil, sunflower oil and olive oil. Additionally, the marine fat or oil may be pre-processed in one or several steps before constituting the start material in the stripping process as described above.

As used herein the term edible means edible for humans and/or animals. Additionally, as used herein the term "for use in cosmetics" means an oil or a fat that can be used in products that contributes to enhance humans appearance and/or health, e.g. cosmetic and/or beauty care products. Further, a fat or an oil, being edible or for use in cosmetics, according to the invention can also be a blend of e.g. microbial oils, fish oils, vegetable oils, or any combination thereof.

As used herein the term microbial oils also includes "single cell oils" and blends, or mixtures, containing unmodified microbial oils. Microbial oils and single cell oils are those oils naturally produced by microorganisms during their lifespan.

As used herein the term working fluid is interpreted to include a solvent, a solvent mixture, a composition and a fraction, e.g. a fraction from a distillation process, that has a suitable volatility, comprising at least one of esters composed of C10-C22 fatty acids and C1-C4 alcohols, amides composed of C10-C22 fatty acids and C1-C4 amines, C10-C22 free fatty acids, mineral oil, hydrocarbons and bio-diesel.

As used herein the term essentially equally or less volatile is interpreted to include that the volatile working fluids having a suitable volatility in relation to the volatility of the cholesterol present in the marine oil in free form that is to be stripped off from the marine mixture. Further, commonly this is the case when the volatility of the working fluid is the same or lower than the volatility of the cholesterol present in free form. However, the term essentially equally or less volatile is also intended to include the case when the volatile working fluid is somewhat more volatile than the cholesterol in free form.

Further, as used herein the term stripping is interpreted to include a general method for removing, separating, forcing or flashing off gaseous compounds from a liquid stream. In addition, the term "stripping processing step" preferable herein is related to a method/process for decreasing the amount of cholesterol in a marine oil or fat by one or more distilling or distillation processes, e.g. short path distillations, thin-film distillations (thin-film stripping or thin-film (steam) stripping), falling-film distillations and molecular distillations, and evaporation processes.

As used herein the term "together with", means that the volatile working fluid will be stripped off together with, combined with, or adhering the cholesterol, namely that the cholesterol will accompany the working fluid.

As used herein the term health supplement is interpreted to include food and food supplement to animals and/or humans, fortification of food, dietary supplement, functional (and medical) food and nutrient supplement.

As used herein the term "treating" means both treatment having a curing or alleviating purpose and treatment having a preventive purpose. The treatment can be made either acutely or chronically. In addition, as used herein the term pharmaceutical means pharmaceutical preparations and compositions, functional food (foodstuff having an increased value) and medical food. A pharmaceutical preparation according to the present invention may also comprise other substances such as an inert vehicle or a pharmaceutically acceptable adjuvance, carriers, preservatives etc., which all are well-known to those skilled in the art.

As used herein the term "oils with a low quality" preferably means that the oil contains high amounts of free fatty acids, that makes them less useful for nutritional purposes and that traditional alkaline refining in such oils is complicated and costly. Additionally, as used herein, the term mineral oil is interpreted to include mineral oil products such as e.g. fractions from distillation processes and white spirit. As used herein hydrocarbons is interpreted to include organic compounds, that are relatively large molecules composed mainly of carbon and hydrogen. They can also include nuclei of nitrogen, phosphorus, sulphur, and chlorine, among others.

Further, the method according to the invention is also applicable to a variety of sterols including cholesterol. Most of these sterols can, when present on free form, be separated from a marine oil by the described technique as long as the volatile working fluid is essentially equally or less volatile than the sterol in free form that is to be separated from the marine oil mixture.

The invention claimed is:

1. A process for decreasing the concentration of cholesterol in a marine oil in a pharmaceutical composition, the marine oil comprising cholesterol in free form, said process comprising:

   a) adding a volatile working fluid to the marine oil, wherein the volatile working fluid comprises at least one fluid chosen from fatty acid esters, fatty acid amides, and hydrocarbons, and

   b) subjecting the mixture of marine oil and volatile working fluid from step (a) to at least one stripping processing step, wherein an amount of the cholesterol present in the marine oil in free form is separated from the mixture together with the volatile working fluid; and

wherein said pharmaceutical composition is not a health supplement.

2. The process according to claim 1, wherein the volatile working fluid is essentially equally or less volatile than the cholesterol in free form that is to be separated from the marine oil mixture.

3. The process according to claim 1, wherein the fatty acid moieties of said fatty acid esters and fatty acid amides are

US 7,678,930 B2

13

14

obtained from a fat or oil obtained from at least one of vegetable, microbial, and animal origins.

**4**. The process according to claim **3**, wherein the animal fat or oil is a marine oil.

**5**. The process according to claim **1**, wherein the volatile working fluid comprises at least one fatty acid ester composed of a C10-C22 fatty acid esterified with a C1-C4 alcohol.

**6**. The process according to claim **1**, wherein the marine oil comprises at least one fatty acid chosen from saturated fatty acids in the form of triglycerides and unsaturated fatty acids in the form of triglycerides, and wherein the marine oil is obtained from fish or sea mammals.

**7**. The process according to claim **1**, wherein the ratio of (volatile working fluid) (marine oil) ranges from about 1:100 to 15:100.

**8**. The process according to claim **7**, wherein the ratio of (volatile working fluid):(marine oil) ranges from about 3:100 to 8:100.

**9**. The process according to claim **1**, wherein said at least one stripping processing step is carried out at a temperature in the range of 120-270° C.

**10**. The process according to claim **1**, wherein said at least one stripping processing step is carried out at a temperature in the range of 150-220° C.

**11**. The process according to claim **1**, wherein said at least one stripping processing step is carried out at a pressure below 14 mbar.

**12**. The process according to claim **1**, wherein said at least one stripping processing step is chosen from thin-film evaporation processes, molecular distillations, short-path distillations, and any combinations thereof.

**13**. The process according to claim **12**, wherein the thin-film evaporation process is carried out at a mixture flow rate in the range of 30-150 kg/h·m².

**14**. The process according to claim **1**, wherein said at least one stripping processing step is carried out at a mixture flow rate in the range of 80-150 kg/h·m².

**15**. The process according to claim **1**, wherein the volatile working fluid is a distillate fraction from a process in which a mixture comprising at least one of ethyl and methyl esters of fatty acids obtained from marine oil is fractionated by distillation.

**16**. The process according to claim **1** wherein the marine oil further comprises cholesterol in bound form, and wherein the at least one stripping processing step is followed by the steps:

c) subjecting the stripped marine oil to at least one transesterification reaction with a $C_1$-$C_6$ alcohol under substantially anhydrous conditions; and

d) subjecting the transesterified marine oil from step (c) to at least one distillation procedure that yields a distillate marine oil fraction and a residue marine oil fraction, wherein the distillate marine oil fraction has concentrations of free and bound cholesterol lower than in the residue fraction.

**17**. The process according to claim **16**, wherein said $C_1$-$C_6$ alcohol is ethanol.

**18**. A process for decreasing the concentration of cholesterol in a marine oil comprising cholesterol in free form comprising:

a) adding a volatile working fluid to the marine oil, wherein the volatile working fluid comprises at least one fluid chosen from fatty acid esters, fatty acid amides, and hydrocarbons, and

b) subjecting the mixture of marine oil and volatile working fluid from step (a) to at least one stripping processing step, wherein an amount of the cholesterol present in the marine oil in free form is separated from the mixture together with the volatile working fluid;

wherein said process decreases the concentration of cholesterol in free form in the pharmaceutical composition to 1.4 mg/g to 3 mg/g.

**19**. The process according to claim **18**, wherein the volatile working fluid is essentially equally or less volatile than the cholesterol in free form that is to be separated from the marine oil mixture.

**20**. The process according to claim **18**, wherein the fatty acid moieties of said fatty acid esters and fatty acid amides are obtained from a fat or oil obtained from at least one of vegetable, microbial, and animal origins.

**21**. The process according to claim **20**, wherein the animal fat or oil is a marine oil.

**22**. The process according to claim **18**, wherein the volatile working fluid comprises at least one fatty acid ester composed of a C10-C22 fatty acid esterified with a C1-C4 alcohol.

**23**. The process according to claim **18**, wherein the marine oil comprises at least one fatty acid chosen from saturated fatty acids in the form of triglycerides and unsaturated fatty acids in the form of triglycerides, and wherein the marine oil is obtained from fish or sea mammals.

*   *   *   *   *

# EXHIBIT D

US007718698B2

(12) **United States Patent**       (10) **Patent No.:**     **US 7,718,698 B2**
Breivik et al.                        (45) **Date of Patent:**     **May 18, 2010**

(54) **PROCESS FOR DECREASING ENVIRONMENTAL POLLUTANTS IN AN OIL OR A FAT**

(75) Inventors: **Harald Breivik**, Porsgrunn (NO); **Olav Thorstad**, Porsgrunn (NO)

(73) Assignee: **Pronova Biopharma Norge AS**, Baerum (NO)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **12/113,356**

(22) Filed: **May 1, 2008**

(65) **Prior Publication Data**

US 2008/0234375 A1     Sep. 25, 2008

**Related U.S. Application Data**

(63) Continuation of application No. 10/517,812, filed as application No. PCT/IB03/02827 on Jul. 8, 2003.

(30) **Foreign Application Priority Data**

Jul. 11, 2002     (SE)     ..................................... 0202188

(51) **Int. Cl.**
**A61K 31/20**     (2006.01)

(52) **U.S. Cl.** ...................... **514/558**; 426/601; 549/339; 554/175; 554/3; 554/121; 554/224

(58) **Field of Classification Search** ................. 554/175, 554/35, 121, 224; 514/558; 426/601; 549/399
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,126,467 | A | 8/1938 | Hickman et al. |
| 2,146,894 | A | 2/1939 | Hickman |
| 2,180,356 | A | 11/1939 | Hickman |
| 2,349,269 | A | 5/1944 | Hickman |
| 2,985,589 | A | 5/1961 | Broughton et al. |
| 3,082,228 | A | 3/1963 | Sutherland |
| 3,158,541 | A | 11/1964 | Sutherland |
| 3,696,107 | A | 10/1972 | Neuzil |
| 3,706,812 | A | 12/1972 | de Rosset et al. |
| 3,761,533 | A | 9/1973 | Otani et al. |
| 4,061,556 | A | 12/1977 | Reis et al. |
| 4,124,528 | A | 11/1978 | Modell |
| 4,147,624 | A | 4/1979 | Modell |
| 4,156,688 | A | 5/1979 | Zosel |
| 4,352,746 | A | 10/1982 | Bracco et al. |
| 4,377,525 | A | 3/1983 | D'Alelio et al. |
| 4,377,526 | A | 3/1983 | Fujita et al. |
| 4,415,554 | A | 11/1983 | Horrobin |
| 4,526,902 | A | 7/1985 | Rubin |
| 4,554,107 | A | 11/1985 | Takao |
| 4,564,475 | A | 1/1986 | Masaichiro |
| 4,615,839 | A | 10/1986 | Seto et al. |
| 4,623,488 | A | 11/1986 | Takao |
| 4,675,132 | A | 6/1987 | Stout et al. |
| 4,681,896 | A | 7/1987 | Horrobin |
| 4,692,280 | A | 9/1987 | Spinelli et al. |

| | | | |
|---|---|---|---|
| 4,758,592 | A | 7/1988 | Horrobin et al. |
| 4,764,392 | A | 8/1988 | Yasufuku et al. |
| 4,792,418 | A | 12/1988 | Rubin et al. |
| 4,804,555 | A | 2/1989 | Marschner et al. |
| 4,956,286 | A | 9/1990 | Macrae |
| 4,956,287 | A | 9/1990 | Suzuki et al. |
| 4,996,072 | A | 2/1991 | Marschner et al. |
| 5,013,443 | A | 5/1991 | Higashidate et al. |
| 5,091,117 | A | 2/1992 | Athnasios et al. |
| 5,106,542 | A | 4/1992 | Traitler et al. |
| 5,130,061 | A | 7/1992 | Cornieri et al. |
| 5,130,449 | A | 7/1992 | Lagarde et al. |
| 5,211,812 | A | 5/1993 | Vielberth et al. |
| 5,243,046 | A | 9/1993 | Traitler et al. |
| 5,316,927 | A | 5/1994 | Zaks et al. |
| 5,340,602 | A | 8/1994 | Hoche |
| 5,374,751 | A | 12/1994 | Cheng et al. |
| 5,436,018 | A | 7/1995 | Massie et al. |
| 5,480,787 | A | 1/1996 | Negishi et al. |
| 5,502,077 | A | 3/1996 | Breivik et al. |
| 5,558,893 | A | 9/1996 | Muraldihara |
| 5,656,667 | A | 8/1997 | Breivik et al. |
| 5,698,594 | A | 12/1997 | Breivik et al. |
| 5,719,302 | A | 2/1998 | Perrut et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AT | 328597 | 3/1976 |

(Continued)

OTHER PUBLICATIONS

Julshamn et al. "Fiskeridirektoratets skrifter serie teknologiske undersøkelser", vol. 5, No. 15, 1978.*

(Continued)

*Primary Examiner*—Deborah D Carr
(74) *Attorney, Agent, or Firm*—Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.

(57) **ABSTRACT**

The invention relates to a process for decreasing the amount of environmental pollutants in a mixture comprising a fat or an oil, being edible or for use in cosmetics, the fat or oil containing the environmental pollutants, which process comprises the steps of adding a volatile working fluid to the mixture, where the volatile working fluid comprises at least one of a fatty acid ester, a fatty acid amid, a free fatty acid and a hydro-carbon, and subjecting the mixture with the added volatile working fluid to at least one stripping processing step, in which an amount of environmental pollutant present in the fat or oil, being edible or for use in cosmetics, is separated from the mixture together with the volatile working fluid. The present invention also relates to a volatile environmental pollutants decreasing working fluid, for use in decreasing an amount of environmental pollutants present in a fat or oil, being edible or for use in cosmetics. In addition, the present invention relates to a health supplement, a pharmaceutical and an animal feed product prepared according to the process mentioned above.

**21 Claims, 2 Drawing Sheets**

## US 7,718,698 B2

Page 2

### U.S. PATENT DOCUMENTS

| 5,792,795 | A | 8/1998 | Buser et al. |
| 5,945,318 | A | 8/1999 | Breivik et al. |
| 5,948,818 | A | 9/1999 | Buser et al. |
| 6,204,401 | B1 | 3/2001 | Perrut et al. |
| 6,277,405 | B1 | 8/2001 | Stamm et al. |
| 6,518,049 | B1 | 2/2003 | Haraldsson et al. |
| 2002/0077361 | A1 | 6/2002 | Peet et al. |
| 2003/0077342 | A1 | 4/2003 | Maffetone |
| 2003/0212138 | A1 | 11/2003 | Obukowicz |
| 2004/0210070 | A1 | 10/2004 | Kruidenberg |
| 2005/0171200 | A1 | 8/2005 | Calder et al. |
| 2006/0134303 | A1 | 6/2006 | Sondbo et al. |
| 2006/0148047 | A1 | 7/2006 | Haraldsson et al. |
| 2006/0166935 | A1 | 7/2006 | Bryhn |
| 2006/0211762 | A1 | 9/2006 | Rongen et al. |
| 2007/0036862 | A1 | 2/2007 | Rongen et al. |
| 2009/0118524 | A1 | 5/2009 | Albers et al. |

### FOREIGN PATENT DOCUMENTS

| AT | 347551 | | 1/1979 |
| CA | 2260397 | | 7/2000 |
| CL | 42559 | | 10/1998 |
| CN | 1143384 | A | 2/1997 |
| DE | 2 332 038 | C3 | 1/1974 |
| DE | 3 839 017 | A1 | 5/1990 |
| DE | 40 08 066 | A1 | 8/1991 |
| DE | 100 24 420 | A1 | 11/2001 |
| DE | 10 2006 012 866 | A1 | 4/2007 |
| EP | 0 175 468 | A2 | 3/1986 |
| EP | 0 189 610 | A1 | 8/1986 |
| EP | 0 283 140 | B1 | 9/1988 |
| EP | 0 292 846 | B1 | 11/1988 |
| EP | 0 255 824 | B1 | 1/1990 |
| EP | 0 442 184 | A1 | 8/1991 |
| EP | 0 632 267 | | 1/1995 |
| EP | 1 419 780 | A1 | 5/2004 |
| FR | 2 103 302 | | 4/1972 |
| FR | 2 527 934 | | 12/1983 |
| FR | 2 651 148 | A1 | 3/1991 |
| FR | 2 651 149 | A1 | 3/1991 |
| FR | 2 686 028 | A1 | 7/1993 |
| FR | 2 690 630 | A1 | 11/1993 |
| FR | 2 694 208 | A1 | 2/1994 |
| GB | 476134 | | 12/1937 |
| GB | 485614 | | 5/1938 |
| GB | 490433 | | 8/1938 |
| GB | 493948 | | 10/1938 |
| GB | 2 033 745 | A | 5/1980 |
| GB | 1 604 554 | | 12/1981 |
| GB | 2 148 713 | A | 6/1985 |
| GB | 2 197 199 | A | 5/1988 |
| GB | 2 218 984 | A | 11/1989 |
| GB | 2 221 843 | A | 2/1990 |
| JP | 59-14793 | | 1/1984 |
| JP | 60-33088 | | 2/1985 |
| JP | 61-192797 | | 8/1986 |
| JP | 1-252294 | | 10/1989 |
| JP | 2-25447 | | 1/1990 |
| JP | 6-116585 | | 4/1994 |
| JP | 6-293895 | | 10/1994 |
| JP | 9-510091 | | 10/1997 |
| JP | 39-05538 | | 7/2003 |
| WO | WO 86/03781 | | 7/1986 |
| WO | WO 87/02247 | A1 | 4/1987 |
| WO | WO 87/03899 | A1 | 7/1987 |
| WO | WO 88/08444 | A1 | 11/1988 |
| WO | WO 89/11521 | A1 | 11/1989 |
| WO | WO 90/12509 | | 11/1990 |
| WO | WO 90/13656 | | 11/1990 |
| WO | WO 91/16443 | | 10/1991 |
| WO | WO 9524459 | * | 4/1995 |
| WO | WO 95/24459 | A1 | 9/1995 |
| WO | WO 98/18952 | A1 | 5/1998 |
| WO | WO 00/73254 | A1 | 12/2000 |
| WO | WO 2001/003810 | A2 | 1/2001 |
| WO | WO 2007/107260 | A1 | 9/2007 |

### OTHER PUBLICATIONS

Abbate, R. et al. "n-3 PUFA supplementation, monocyte PCA expression and interleukin-6 production," *Prostaglandins, Leukotrienes and Essential Fatty Acids* (1996), 54(6), 439-444.

Abe, Y. et al. "Soluble Cell Adhesion Molecules in Hypertriglyceridemia and Potential Significance on Monocyte Adhesion," *Arteriosclerosis, Thrombosis, and Vascular Biology* (1998), 18(5), 723-731.

Abhyankar, B. "Further reduction in mortality following myocardial infarction," *J. Hospital Medicine* (2002), 63(10), 610-614.

Ackman, R.G. "Oils and Fats Group International Lecture: The year of the fish oils," *Chemistry and Industry* (1988) 139-145.

Adachi, S. et al. "Acidolysis of Sardine Oil by Lipase to Concentrate Eicosapentaenoic and Docosahexaenoic Acids in Glycerides," *J. Ferment. Bioeng.* (1993), 75(4), 259-264.

Bimbo, A. P. "Processing of Fish Oils" in *Fish Oils in Nutrition*, M.E. Stansby, Ed. (1990) 181-225.

Bimbo, A. P. "Guidelines for characterizing food-grade fish oil," *Inform* (1998), 9(5), 473-483.

Blonk, "Dose-response effects of fish-oil supplementation in healthy volunteers," *Am. J. Clin. Nutr.* (1990), 52, 120-127.

Bønaa, K. H. et al. "Effect of Eicosapentaenoic and Docosahexaenoic Acids on Blood Pressure in Hypertension," *New England J. of Medicine* (1990), 322, 795-801.

Bousquet, O. et al. "Counter-current chromatographic separation of polyunsaturated fatty acids," *J. Chromatography A* (1995), 704, 211-216.

Braunwald et al. "Harrison's Principles of Medicine," 11th ed. (McGraw-Hill, New York, 1985) p. 1204.

Breivik, H. et al. "Preparation of Highly Purified Concentrates of Eicosapentaenoic Acid and Docosahexaenoic Acid," *J. Am. Oil. Chem. Soc.* (1997), 74(11), 1425-1429.

Breivik, H. "Production and Quality Control of n-3 Fatty Acids," *Clinical Pharmacology* (1992), 5, 25-39.

Bryhn, M. et al. "The bioavailability and pharmacodynamics of different concentrations of omega-3 acid ethyl esters," *Prostaglandins, leukotrienes and Essential Fatty Acids* (2006), 75, 19-24.

CAPLUS English Abstract for De Bernardi et al. *Acta Toxicol. Ther.* (1987), 8(3), 339-352; Accession No. 1988:604885.

Calabresi, L. et al. "Omacor in familial combined hyperlipidemia : Effects on lipids and low density lipoprotein subclasses," *Atherosclerosis* (2000), 148(2), 387-396.

Chan, D. C. et al "Regulatory Effects of HMG CoA Reductase Inhibitor and Fish Oils on Apolipoprotein B-100 Kinetics in Insulin-Resistant Obese Male Subjects With Dyslipidemia," *Diabetes* (2002), 51, 2377-2386.

Cmolík, J. et al. "Physical refining of edible oils," (2000), 102, 472-486.

Cvengros, J. "Physical Refining of Edible Oils," *J. Am. Oil Chem. Soc.* (1995), 72(10), 1193-1196.

Database WPI: Week 199022, Derwent Publications Ltd., DE 3839017, 1990.

Database WPI: Week 198001, Derwent Publications Ltd., DE 2332038, 1974.

Database WPI: Week 197402, Derwent Publications Ltd., DE 2332038, 1974.

Database WPI: Week 199346, Derwent Publications Ltd., FR 2694208, 1994.

Database WPI: Week 199329, Derwent Publications Ltd., FR 2686028, 1993.

Database WPI: Week 199110, Derwent Publications Ltd., FR 2651148, 1991.

Database WPI: Week 199110, Derwent Publications Ltd., FR 2651149, 1991.

## US 7,718,698 B2

Page 3

Database WPI: Week 198403, Derwent Publications Ltd., FR 2527934, 1983.

Database WPI: Week 197228, Derwent Publications Ltd., FR 2103302, 1972.

Database WPI: Week 198514, Derwent Publications Ltd., JP 60033088, 1985.

Database WPI: Week 198641, Derwent Publications Ltd., JP 61192797, 1986.

Database WPI: Week 198410, Derwent Publications Ltd., JP 59014793, 1984.

Database WPI: Week 198946, Derwent Publications Ltd., JP 1252294, 1989.

Database WPI: Week 200417, Derwent Publications Ltd., JP 3905538, 2007.

Database WPI: Week 199542, Derwent Publications Ltd., JP 9510091, 1997.

Database WPI: Week 199502, Derwent Publications Ltd., JP 6-293895, 1994.

Database WPI: Week 199421, Derwent Publications Ltd., JP 6116585, 1994.

Database WPI: Week 199010, Derwent Publications Ltd., JP 2025447, 1990.

De Bernardi et al. "Study of Perinatal and Postnatal Effects in Rats After Oral Administration with a New Drug Containing Eicosapentaenoic Acid and Docosahexaenoic Acid at 85%," Acta Toxicol. Ther. (1987), 8(3), 339-352.

Derwent abstract of ZA 198905758, 1990.

Diep, Q. N. et al "Docosahexaenoic Acid, a Peroxisome Proliferator-Activated Receptor-a Ligand, Induces Apoptosis in Vascular Smooth Muscle Cells by Stimulation of p38 Mitogen-Activated Protein Kinase," Hypertension (2000), 36, 851-855.

Donadio, J. V. "Use of fish oil to treat patients with immunoglobulin A nephropathy" Am. J. Clin. Nutr. (2000), 71(Suppl), 373S-375S.

Donadio, J. V. et al. "A Randomized Trial of High-Dose Compared with Low-Dose Omega-3 Fatty Acids in Severe IgA Nephropathy," J. Am. Soc. Nephrol. (2001), 12(4), 791-799.

Durrington, P. N. et al. "An omega-3 polyunsaturated fatty acid concentrate administered for one year increased triglycerides in simvastatin treated patients with coronary heart disease and persisting hypertriglyceridaemia," Heart (2001), 85(5), 544-548.

English translation of AT 328597, 1976.

English translation of CL 42559, 1998.

EPAX marketing information (7 pages), 1987.

EPAX production information (6 pages), 1987.

Franzosi, M. G. et al "Cost-Effectiveness Analysis of n-3 Polyunsaturated Fatty Acids (PUFA) after Myocardial Infarction," Pharmacoeconomics (2001), 19(4), 411-420.

Gauglitz, E. J. et al. "Adsorptive Bleaching and Molecular Distillation of Menhaden Oil," Journal of the American Oil Chemists Society (1965), 42, 561-563.

Gissi-Prevenzione Investigators "Dietary supplementation with n-3 polyunsaturated fatty acids and vitamin E after myocardial infarction: results of the GISSI-Prevenzione trial," Lancet (1999), 354, 447-455.

Hamazaki, T. et al. "Effects of fish oil rich in eicosapentaenoic acid on serum lipid in hyperlipidemic hemodialysis patients," Kidney International (1984), 26(1), 81-84.

Haraldsson, G. G. et al. "Studies on the Positional Specificity of Lipase from Mucor miehei During Interesterifcation Reactions of Cod Liver Oil with n-3 Polyunsaturated Fatty Acid and Ethyl Ester Concentrations," Acta Chemica Scandinavica (1991), 45, 723-730.

Haraldsson, G. G. et al. "Separation of Eicosapentaenoic Acid and Docosahexaenoic Acid in Fish Oil by Kinetic Resolution Using Lipase," J. Am. Oil Chem. Soc. (1998), 75(11), 1551-1556.

Haraldsson, G. G. et al. "The Preparation of Concentrates of Eicosapentaenoic Acid and Docosahexaenoic Acids by Lipase-Catalyzed Transesterification of Fish Oil with Ethanol," J. Am. Oil. Chem. Soc. (1997), 74(11), 1419-1424.

Harris, W. S. et al. "Safety and efficacy of Omacor in sever hypertriglyceridemia," Journal of Cardiovascular Risk (1997), 4(5-6), 385-391.

Hellström, "Some Foreign Recommendations on the Treatment of Hyper-lipidaemias," in Treatment of Hyperlipidemia, National Board of Health and Welfare Drug Information Center, Sweden (1989) 131-137.

Hellström "Treatment of Hyperlipidemia: Opinions and recommendations from the group," in Treatment of Hyperlipidemia, National Board of Health and Welfare Drug Information Committee, Sweden (1989) 147-158.

Hogg, R. J. et al. "Advances in Treatment: Immunoglobulin A Nephropathy," Seminars in Nephrology (1996), 16(6) 511-516.

Hoshino, T. et al. "Selective Hydrolysis of Fish Oil By Lipase to concentrate N-3 Polyunsaturated Fatty Acids," Agric. Biol. Chem. (1990), 54(6), 1459-1467.

Information from http://www.epax.com (6 pages), 2004.

Information from http://www.omacor.com (25 pages), 2004.

Information from http://www.omacorrx.com (45 pages), 2004.

Japanese Litigation, Demand for Trial dated Aug. 31, 2007.

Johansen, O. et al. "n-3 Fatty Acids Do Not Prevent Restenosis After Coronary Angioplasty: Results from the Cart Study," Journal of the American College of Cardiology (1999), 33(6), 1619-1626.

Jahshamn, K. et al. "Removal of DDT and its metabolites from fish oils by molecular distillation," Fiskeridirektoratets Skrifter Serie Teknologiske Undersøkelser (1978), 5(15), 3-11.

Kanematsu et al "Studies on the behaviour of trace components in oils and fats during processing for edible use. I. Removal of organochlorine pesticides and polychlorinated biphenyls (PCB) from oils and fats," J. of Japan. Oil Chemists' Society (1976), 25(1), 38-41.

Kinsella et al. Seafoods and Fish Oils in Human Health and Disease (New York, Marcel Dekka Inc. 1987) pp. 7-9.

Kris-Etherton et al. "Fish Consumption, Fish Oil, Omega-3 Fatty Acids, and Cardiovascular Disease," Circulation (2002), 106, 2747-2757.

Kuk, M. S. "Supercritical carbon dioxide extraction of cottonseed with co-solvents," J. Am. Oil Chem. Soc. (1994), 71(12), 1353-1356.

Larsen et al. "Biosynthesis of Alginate," Int. Seaweed Symp. 7th (1971), 491-495.

Lie, E. et al. "Esterification of polyunsaturated fatty acids with lipases from different sources," International J. of Food Science and Technology (1992), 27, 73-76.

Lie, et al. "Fatty Acid Specificity of Candida cylindracea Lipase," Feet, Seifen, Anstrichmittel (1986), 88(9), 365-367.

Lim, G. P. et al. "A Diet Enriched with the Omega-3 Fatty Acid Docosahexaenoic Acid Reduces Amyloid Burden in an Aged Alzheimer Mouse Model," J. Neuroscience (2005), 25(12), 3032-3040.

Lovaza™ labeling information, Reliant Pharmaceuticals (revised Jun. 2007, 2 pages).

Lovaza™ marketing information (2 pages), 2007.

Luley, C. et al. "Bioavailability of Omega-3 Fatty Acids: Ethylester Preparation are Suitable as Triglyceride Preparations," Nutrition Lances (1990), 123-125.

Lungershausen, Y. K. et al. "Reduction of blood pressure and plasma triglycerides by omega-3 fatty acids in treated hypertensives," Journal of Hypertension (1994), 12(9), 1041-1045.

Marchioli, R. et al "Early Protection Against Sudden Death by n-3 Polyunsaturated Fatty Acids After Myocardial Infarction," Circulation (2002), 105, 1897-1903.

McNeill, G. P. "Lipase-Catalyzed Enrichment of Long-Chain Polyunsaturated Fatty Acids," JAOCS (1996), 73(11), 1403-1407.

Merck Index, 11th Ed. (Rahway, NJ. Merck and Co., 1989) p. 925.

Moore, S. R. et al. "Production of Triglycerides Enriched in Long-Chain n-3 Polyunsaturated Fatty Acids from Fish Oil," JAOCS (1996), 73(11), 1409-1414.

Nicoud et al. Proceedings of the 9th International Symposium on Preparative and Industrial Chromatography, Société Française de Chimie Apr. 1992, pp. 205-220.

Nilsson, W. B. "Supercritical fluid carbon dioxide fractionation of fish oil esters," Adv. Seafood Chiochem., Pap. Am. Chem. Soc. Annu. Meet. (1992), Meeting Date 1987, 151-168.

Nordøy, A. "Statins and omega-3 fatty acids in the treatment of dyslipidemia and coronary heart disease," Minerva medica (2002), 93(5), 357-363.

Omacor prescribing information from the FDA website: www.fda.gov/cder/foi/label/2004/21654lbl.pdf (9 pages), 2004.

Omacor prescribing information (1 page), 2004.

Omega-3-Acid Ethyl Esters 90, *European Pharmacopoeia* 5.3 (2006) 3571-3573.

Omega-3-Acid Ethyl Esters 60, *European Pharmacopoeia* 5.4 (2005) 3992-3997.

Perry, R.H. et al., *Chemical Engineers Handbook*, 5th Edition, McGraw-Hill, New York, 1973, 13-55 and 13-56.

Pownall, H.J. et al. "Correlation of serum triglyceride and its reduction by ω-3 fatty acids with lipid transfer activity and the neutral lipid compositions of high-density and low-density lipoproteins," *Atherosclerosis* (1999), 143(2), 285-297.

Proceedings From the Oct. 1987 Fish Oil Seminar, "Rendering Profits," (Alaska Fisheries Development Foundation, Inc. 1987) pp. 1-103.

Product specifications for EPAX 1050TG, 2006.

Product specifications for EPAX 4020EE, 2006.

Product specifications for EPAX 4020TG, 2006.

Product specifications for EPAX 4510TG, 2006.

Product specifications for EPAX 5500EE, 2006.

Product specifications for EPAX 6000EE, 2006.

Product specifications for EPAX 6000TG, 2006.

Product specifications for EPAX 6015EE, 2006.

Product specifications for EPAX 6015TG, 2006.

Reis, G. J. et al. "Effects of Two Types of Fish Oil Supplements on Serum Lipids and Plasma Phospholipid Fatty Acids in Coronary Artery Disease," *Am. J. Cardiology* (1990), 66, 1171-1175.

Shibata, T. et al. "Effects of peroxisome proliferator-activated receptor-α and -g agonist, JTT-501, on diabetic complications in Zucker diabetic fatty rats," *British J. of Pharmocol.* (2000), 130, 495-504.

Shimada, Y. et al. "Purification of Docosahexaenoic Acid by Selective Esterification of Fatty Acids from Tuna Oil with Rhizopus delemar Lipase," *JAOCS* (1997), 74(2), 97-101.

Stalenhoef, A. F. H. et al. "The effect of concentrated n-3 fatty acids versus gemfibrozil on plasma lipoproteins, low density lipoprotein heterogeneity and oxidizability in patients with hypertriglyceridemia," *Atherosclerosis* (2000), 153(1), 129-138.

Takagi, "Fractionation of Polyenoic Acids from Marine Lipids with Lipase," *Am. Oil Chem. Soc.* (1989), 66, 488-489.

Tanaka, Y. et al. "Preparative separation of acylglycerol by centrifugal partition chromatography (CPC). II. Concentration of EPA (eicosapentaenoic acid) and DHA (docosahexaenoic acid) from lipase-hydrolyzed fish oil" *Yukagaku* (1992), 41(4), 312-316.

Third Party Observation from corresponding European application No. 03764048.9-2108 dated Sep. 26, 2006.

Treybal, R.E., Mass-Transfer Operations, McGraw-Hill, New York, 1955, pp. 344-353.

Van Dam et al. "Efficacy of concentrated n-3 Fatty Acids in hypertriglyceridaemia—A Comparasion with Gemfibrozil:", Clin. Drug Invest., pp. 175-181, 2001.

Vericel, E. et al. "The influence of low intake of *n*-3 fatty acids on platelets in elderly people," *Atherosclerosis* (1999), 147(1), 187-192.

Xu, X. et al. "Purification and deodorization of structured lipids by short path distillation," *Eur. J. Lipid Sci. Technol.* (2002), 104, 745-755.

Young, W. "Processing of oils and fats," *Chemistry and Industry* (1978), 16, 692-703.

Zinger et al. CA 106:118610 (1986).

Zuyi, et al. "Stability of Microbial Lipase in Alcoholysis of Fish Oil During Repeated Enzyme Use," *Biotechnol. Lett.* (1993), 15(4), 393-398.

Zuyi, et al. "Lipase-catalyzed alcoholysis to concentrate the *n*-3 polyunsaturated fatty acid of cod liver oil," *Enzyme Microb. Technol.* (1993), 15, 601-606.

Ackman, R.G. et al., "The 'basic' fatty acid composition of Atlantic fish oils: Potential similarities useful for enrichment of polyunsaturated fatty acids by urea complexation," *J. Am. Oil. Chem. Soc.* (1988) vol. 65, pp. 136-138.

Azhgikhin, I.S. et al., "Obtainment of an esters concentrate of the eicosapentaenoic and decosapentaenoic as a possible substitute of arachiden and Itenol," Pansovietic Institute, Moscow, dated Mar. 14, 1978.

Bang, H.O. et al., "Plasma lipid and lipoprotein pattern in Greenlandic West-coast Eskimos," *Lancet* (1971) vol. 1, pp. 1143-1145.

Bronsgeest-Schoute, H.C. et al., "The effect of various intakes of ω3 fatty acids on the blood lipid composition in healthy human subjects," *Am. J. Clin. Nutr.* (1981) vol. 34, pp. 1752-1757.

Connor, W.E., "Effects of omega-3 fatty acids in hypertriglyceridemic states," *Seminars in Thrombosis and Hemostasis* (1988) vol. 14, pp. 271-284.

Database WPI: Week 199010, Derwent Publications Ltd., JP 2025447.

Database WPI Week 200206, Derwent Publications Ltd., DE 100 24 420 A1.

EPAX product information (6 pages).

Eritsland, J. et al., "Effects of highly concentrated omega-3 polyunsaturated fatty acids and acetylsalicylic acid, alone and combined, on bleeding time and serum lipid profile," J. Oslo City Hosp. (1989), vol. 39, pp. 97-101.

Eritsland, J. et al., "The effect of Omacor™ in patients with hypertriglyceridaemia having undergone coronary artery bypass grafting," Final Report, Pronova Biocare, 1994.

"Fish oil, rich in omega-3-acids," European Pharmacopoeia 5.0 (2004) pp. 1595-1598.

Harris, W.S. et al., "The comparative reductions of the plasma lipids and lipoproteins by dietary polysaturated fats: Salmon oil versus vegetable oils,"*Metabolism* (1983), vol. 32, pp. 179-184.

Hirai, A. et al., "Effect of oral administration of highly purified eicosapentaenoic acid and docosahexaenoic acid on platelet function and serum lipids in hyperlipidemic patients," *Adv. Prostag. Thromb. L.* (1989) vol. 19, pp. 627-631.

Holub et al., "Alterations in molecular species of cholesterol esters formed via plasma lecithin - cholesterol acyltransferase in human subjects consuming fish oil," Atherosclerosis (1987) vol. 66, pp. 11-18.

Joseph, J., Ed. "Biomedical Test Materials Program: Production Methods and Safety Manual," NOAA Technical Memorandum NMFS-SEFC-234, pp. 1-3, Oct. 1989.

Kantha, S.S., "Dietary effects of fish oils on human health: A review of recent studies," *Yale J. Biol. Med.* (1987) vol. 60, pp. 37-44.

Kobatake, Y. et al., "Dietary effect of w-3 type polyunsaturated fatty acids on serum and liver lipid levels in rats," *J. Nutr. Sci. Vitaminol.* (1983) vol. 29, pp. 11-21.

Kobatake, Y. et al., "Differential effects of dietary eicosapentaenoic and docosahexaenoic fatty acids on lowering of triglyceride and cholesterol levels in the serum of rats on hypercholesterolemic diet," *J. Nutr. Sci. Vitaminot* (1984) vol. 30, pp. 357-372.

Larsen, L.N. et al., "Heneicosapentaenoate (21:5n-3): Its incorporation into lipids and its effects on arachidonic acid and eicosanoid synthesis," *Lipids* (1997) vol. 32, pp. 707-714.

Leaf, A. et al., "Cariovascular effects of n-3 fatty acids," *New Eng. J. Med.* (1988) vol. 318, pp. 549-557.

Lovaza™ marketing information (2 pages).

Maxepa® product information (3 pages).

Medline Plus, "Triglycerides," U.S. National Library of Medicine and National Institutes of Health, 2008.

Mehta, J.T. et al., "Dietary supplementation with omega-3 polyunsaturated fatty acids in patients with stable coronary heart disease," *Am. J. Med.* (1988) vol. 84, pp. 45-52.

Morisaki, N. et al., "In vivo effects of cis-5,8,11,14,17-20:5 (n-3) and cis-4,7,10,13,16,19-22:6(n-3) on serum lipoproteins, platelet aggregation, and lipid metabolism in the aorta of rats," *Tohoku J. Exp. Med.* (1983) vol. 141, pp. 397-405.

Mueller, B.A. et al., "Biological mechanisms and cardiovascular effects of omega-3 fatty acids," *Clin. Pharmacy* (1988) vol. 7, pp. 795-807.

Nestel, P.J. et al., "Suppression by diets rich in fish oil of very low density lipoprotein production in man," *J. Clin. Invest.* (1984) vol. 74, pp. 82-89.

Phillipson, B.E. et al., "Reduction of plasma lipids and lipoproteins in hyperlipidemic patients by dietary ω-3 fatty acids," *Am. J. Clin. Nutr.* (1981) vol. 34, p. 629.

US 7,718,698 B2

Page 5

Ratnayake, W.M.N. et al., "Preparation of omega-3 PUFA concentrates from fish oils via urea complexation," *Fat Sci. Technol.* (1988), vol. 90, pp. 381-386.

Rote Liste, Eicosapen information, 1987.

Sanders, T.A.B., "The importance of eicosapentaenoic and docosahexaenoic acids," Ch. 7, pp. 101-116, in *The Role of Fats in Human Nutrition*, F.B. Padley et al., Eds., Ellis Horwood Ltd., Chichester, England, 1985.

Sanders, T.A.B. et al., "A comparison of the influence on plasma lipids and platelet function of supplements of ω3 and ω6 polyunsaturated fatty acids," *Br. J. Nutr.* (1983) vol. 50, pp. 521-529.

Sanders, T.A.B. et al., "The influence of different types of ω3 polyunsaturated fatty acids on blood lipids and platelet function in healthy volunteers," *Clinical Science* (1983) vol. 64, pp. 91-99.

Saynor, R. et al., "The long-term effect of dietary supplementation with fish lipid concentrate on serum lipids, bleeding time, platelets and angina," *Atherosclerosis* (1984) vol. 50, pp. 3-10.

Simons, L.A. et al., "On the effects of dietary n-3 fatty acids (Maxepa) on plasma lipids and lipoproteins in patients with hyperlipidaemia," *Atherosclerosis* (1985) vol. 54, pp. 75-88.

Simopoulos, A.P., "Omega-3 fatty acids from fish and fish oils: Nutritional and health effects," *Epitheorese Klinikes Farmakologias Kai Farmakokinetikes, Int. Ed.* (1987) vol. 1, pp. 23-31.

Smith, P. et al., "Influence of highly concentrated n-3 fatty acids on serum lipids and hemostatic variables in survivors of myocardial infarction receiving either oral anticoagulants or matching placebo," *Thromb. Res.* (1989) vol. 53, pp. 467-474.

Swanson, D.R., "Fish oil, Raynaud's Syndrome, and undiscovered public knowledge," *Perspect. Biol Med.* (1986) vol. 30, pp. 7-18.

Turchetto, E. et al., "Protective role of vitamin E on essential fatty acids," *Acta Vitaminol. Enzymol.* (1982) vol. 4, pp. 267-277. Abstract.

Von Lossonczy, T.O. et al., "The effect of a fish diet on serum lipids in healthy human subjects," *Am. J. Clin. Nutr.* (1978) vol. 31, pp. 1340-1346.

Detwiler, S.B., Jr, "Supplement to Bibliography on Molecular or Short Path Distillation" Oil and Soap, (1940) pp. 241-243.

UNEP Chemicals Data Fact Sheet, UNEP Chemicals, Regional Reports of the Regionally Based Assessment of Persistent Toxic Substances Program (2002) (1 page).

Yaws Handbook of Antoine Coefficients for Vapour Pressure, 2nd Electronic Edition, 2009 (extract, 6 pages).

* cited by examiner

## Stripping process



Figure 1

Figure 2
Removal of environmental pollutants in fish oil full scale

| | IUPAC No | Enhet | Before stripping | | After stripping | |
|---|---|---|---|---|---|---|
| | | | Conc. | TE (WHO) pg/g | Conc. | TE (WHO) pg/g |
| Dieldrin | | ng/g | 60 | | <3,20 | |
| Sum Hexachlorocyclohexane | | ng/g | 72,8 | | <0,23 | |
| Sum DDE,DDD,DDT | | ng/g | 170 | | 4,02 | |
| Hexachlorobenzene | | ng/g | 27,5 | | 0,25 | |
| Trichlorobiphenyls | | ng/g | 12,0 | | 0,14 | |
| Tetrachlorobiphenyls | | ng/g | 68,3 | | 0,20 | |
| Pentachlorobiphenyls | | ng/g | 155 | | 1,95 | |
| Hexachlorobiphenyls | | ng/g | 160 | | 4,09 | |
| Heptachlorobiphenyls | | ng/g | 30,5 | | 1,31 | |
| Octachlorobiphenyl | 194 | ng/g | 0,78 | | 0,07 | |
| Nonachlorobiphenyl | 206 | ng/g | <0,01 | | <0,01 | |
| Decachlorobiphenyl | 209 | ng/g | 0,36 | | <0,01 | |
| Sum PCB | | ng/g | 427 | 7,36 | 7,78 | 0,17 |
| Tetrachlorodibenzodioxins | | pg/g | 0,86 | | 0,12 | |
| Pentachlorodibenzodioxins | | pg/g | 0,29 | | <0,1 | |
| Hexachlorodibenzodioxins | | pg/g | 1,29 | | <0,6 | |
| Heptachlorodibenzodioxins | | pg/g | <0,4 | | <0,4 | |
| Octachlorodibenzodioxins | | pg/g | 0,73 | | 0,71 | |
| Sum PCDD | | pg/g | 3,49 | 1,30 | 0,83 | 0,26 |
| Tetrachlorodibenzofurans | | pg/g | 19,2 | | <0,1 | |
| Pentachlorodibenzofurans | | pg/g | 5,43 | | 0,36 | |
| Hexachlorodibenzofurans | | pg/g | 3,30 | | 0,46 | |
| Heptachlorodibenzofurans | | pg/g | <1,2 | | <1,2 | |
| Octachlorodibenzofurans | | pg/g | <1,00 | | <1,00 | |
| Sum PCDF | | pg/g | 29,6 | 3,35 | 1,82 | 0,2 |
| Sum PCDD/PCDF | | pg/g | 33,1 | 4,65 | 2,65 | 0,46 |
| 3,3',4,4'-TetCB | 77 | pg/g | 287 | | 2,12 | |
| 3,4,4',5-TetCB | 81 | pg/g | 4,94 | | 0,09 | |
| 3,3',4,4',5-PenCB | 126 | pg/g | 222 | | 0,83 | |
| 3,3',4,4',5,5'-HexCB | 169 | pg/g | 35,9 | | 0,22 | |
| Sum TE-PCB | | pg/g | | 22,6 | | 0,09 |
| 2,2'4,4'-TetBDE | 47 | ng/g | 12,2 | | 0,58 | |
| 2,2',4,4',5-PenBDE | 99 | ng/g | 0,3 | | <0,17 | |

US 7,718,698 B2

1

## PROCESS FOR DECREASING ENVIRONMENTAL POLLUTANTS IN AN OIL OR A FAT

This is a continuation of U.S. Patent Application No. 10/517,812, which entered the national stage under §371 on Dec. 14, 2004, from the international application no. PCT/1B2003/002827, filed on Jul. 8, 2003, which claims the benefit of priority to Swedish Application No. 0202188-9, filed on Jul. 11,2002, all of which are incorporated herein by reference.

### TECHNICAL FIELD OF THE INVENTION

This invention relates to a process for decreasing the amount of environmental pollutants in a mixture comprising a fat or an oil, being edible or for use in cosmetics. The present invention also relates to a volatile environmental pollutants decreasing working fluid. In addition, the present invention relates to a health supplement, a pharmaceutical, a cosmetic product and an animal feed product prepared according to the process mentioned above.

### BACKGROUND OF THE INVENTION

DDT (2,2 bis-(p-chlorophenyl)-1,1,1-trichloroethane) and its degradation products are today found almost everywhere in the global environment. Numerous studies also report on the accumulation of often relatively high concentrations of environmental pollutants like PCB, dioxins and brominated flame retardants, and pesticides like toxaphenes and DDT and its metabolites in the deposit of e.g. marine organisms. The hazard of these compounds for both humans and animals have caused a growing concern about the content of toxic substances in food and food stuff. Consumption of dioxins above safe levels over a lifetime may result in an increased risk of cancer.

Food products that have no or reduced amounts of pollutants are gaining popularity as well as an increasing share of the market. Consequently, removal or reduction of pollutants in food products have the potential to substantially increase marketability and value.

The commercially important polyunsaturated fatty acids in marine oils, such as fish oil, are preferably EPA (eicosapentaenoic acid, C20:5n-3) and DHA (docosahex-aenoic acid, C22:6n-3). The full nomenclature of these acids according to the IUPAC system is: EPA all-cis-5,8,11,14,17-eicosapentaenoic acid, DHA all-cis-4,7,10,13,16,19-docosahexaenoic acid. For many purposes it is necessary that the marine oils should be refined in order to increase the content of EPA and/or DHA to suitable levels, or to reduce the concentrations of, or even eliminate, certain other substances which occur naturally in the raw oil.

The fatty acids EPA and DHA are also proving increasingly valuable in the pharmaceutical and food supplement industries in particular. It is also very important for fish oils and other temperature sensitive oils (e.g. oils that contain long chain polyunsaturated fatty acids) to keep the temperature in some of the processes as low as possible.

The demand for marine oils of high quality is increasing. This issue forces the fish oil industry to consider use of alternative refining techniques for fish oils with inferior quality, i.e. oils with high amounts of free fatty acids that make the oils less useful for nutritional purposes and make traditional alkaline refining more complicated and costly. If environmental pollutants can be successfully removed from such fish oils they are appropriate for use in the animal feed industry, e.g. in animal feed products.

2

From the literature it is known that molecular distillation, or short path distillation as the technique alternatively may be named, can be used to remove the pesticides DDT and its metabolites from fish oil (K. Julshamn, L. Karlsen and O. R. Braekkan, Removal of DDT and its metabolites from fish oils by molecular distillation, Fiskeridirektoratets skrifter; Serie teknologiske undersokelser, Vol. 5 No. 15 (1973)). A practical upper limit was 65% removal together with a loss of about 25% of vitamin A. In many industrial fish oil refining processes a removal of DDT up to 65% is not satisfactory.

Anthony P. Bimbo: Guidelines for characterization of food-grade fish oil. INFORM 9(5), 473-483 (1998), reported that vacuum stripping or thin-film distillation can be used to remove chlorinated hydrocarbons and free fatty acids from fats or oils. A disadvantage by using vacuum stripping to refine oils is that sufficient results only can be achieved then the vacuum stripping process is carried out at a high temperature. Further, the high temperature gives rise to undesirable side reactions.

Jiri Cmolik og Jan Pokorny: Physical refining of edible oils, Eur. J. Lipid Sci. Technol. 102(7), 472-486 (2000) describes physical refining of edible oils and the use of molecular distillation for removal of undesirable substances in crude oils, preferably crude vegetable oils, respectively the use of steam stripping in order to remove free fatty acids from an oil composition. Physical refining is used to refine oils of good quality, i.e. oils with small amounts of free fatty acids. However, physical refining is more complicated and costly for oils with inferior quality.

In WO 9524459 a process for treating an oil composition containing saturated and unsaturated fatty acids in the form of triglycerides, in order to obtain a refined product with higher concentrations of the polyunsaturated fatty acids, is presented. This process also is intended to be used for removal of some environmental pollutants from an oil composition, wherein the process comprises the steps of; subjecting the oil composition to a transesterification reaction and thereafter subjecting the product obtained in the first step to one or more molecular distillations. This technique has the severe limitation that it can only be used for fish oils that have been partially transesterified using a lipase catalyst that discriminates against omega-3 fatty acids. Obviously, this technique can not be used for commercial fish oils.

In EP0632267 A1 a method of measuring the content of polycyclic aromatic hydrocarbons(PAH) remaining in lanolin is presented. The European patent document also describes a method of removing PAH remaining in wool grease or lanolin by a vacuum distillation of the grease or lanolin under specified conditions either directly or after having been treated with a borate and, if necessary, obtaining various lanolin derivatives from the treated wool grease or lanolin. However, the technique described in said patent document requires very high temperatures (230° C.) in order to achieve 90% reduction in PAH content.

Another interesting observation is that the removal of environmental pollutants from fats or oils is not a trivial matter. Several different techniques, some of which are mentioned above, to accomplish this task have been developed, but none of them is sufficiently effective and gentle to the fat or oil. In addition, it is nowadays a problem for e.g. the marine oil industry that the amounts of pollutants in e.g. fish oil become increased.

US 7,718,698 B2

3

## SUMMARY OF THE INVENTION

One object of the present invention is to offer an effective process for decreasing the amount of environmental pollutants in a fat or an oil, being edible or for use in cosmetics.

According to a first aspect of the invention, this and other objects are achieved with a process for decreasing the amount of environmental pollutants in a mixture comprising a fat or an oil, being edible or for use in cosmetics, the fat or oil containing the environmental pollutants, which process comprises the steps of adding a volatile working fluid to the mixture, where the volatile working fluid comprises at least one of a fatty acid ester, a fatty acid amide, a free fatty acid and a hydrocarbon, and subjecting the mixture with the added volatile working fluid to at least one stripping processing step, in which an amount of environmental pollutants present in the fat or oil, being edible or for use in cosmetics, is separated from the mixture together with the volatile working fluid. Herein, "an amount" is interpreted to include decreasing of an amount up to 95-99% of some environmental pollutants, i.e. a substantial removal of specific pollutants and/or toxic components from a fat or oil composition.

The use of a volatile working fluid in a stripping process for decreasing an amount of environmental pollutants in a mixture comprising a fat or an oil, being edible or for use in cosmetics, containing the environmental pollutants, and/or toxic components, has a number of advantages.

An advantage of using a volatile working fluid in a process comprising at least one stripping processing step is that an amount of environmental pollutants in the mixture can more easily be stripped off together with the volatile working fluid, i.e. the environmental pollutants present in the fat or oil mixture is separated from the mixture together with the working fluid. Preferably this is possible as long as the volatile working fluid is essentially equally or less volatile than the environmental pollutants that is to be removed from the fat or oil mixture. The stripped pollutants (components) and most of the volatile working fluid will be found in the distillate.

In addition, the use of a volatile working fluid comprising at least one of a fatty acid ester, a fatty acid amide, a free fatty acid and a hydrocarbon in at least one stripping process step results in that use of the inventive process decreases the amount of dioxins in a fish oil with more than 95%. By using the inventive process it is also possible to decrease the amount of chlorinated organic pesticides (or pollutants) in a mixture comprising a fat or an oil, being edible or for use in cosmetics, which pollutants are even less volatile than DDT, for instance dioxines, toxaphenes and/or PCB.

Separation of such heavy and undesirable components from the fat or oil mixture according to the invention, using mild conditions that do not decompose even very unsaturated oils, is surprising. Further, according to the present stripping process it is possible to decrease an effective amount of PAH at much lower temperatures compared to the techniques known from the prior art.

Another advantage of adding a volatile working fluid to an oil or fat mixture prior to a stripping process is that removal of free fatty acids is facilitated, which will result in a higher quality of the oil product.

In addition, the volatile working fluid according to the invention allows environmental pollutants or other toxic components to be stripped off by e.g. molecular distillation even from oils of lower quality, i.e. oil for feed purposes. Further,

4

the process according to the invention can also be used for decreasing the amount of toxic compounds in a ricinus oil, preferably trace of ricinine (1,2-dihydro-4-methoxy-1-methyl-2-oxo-3-pyridinecarbonitrile). By using the process according to the invention the amount of ricinine may be decreased with at least 80-90%.

In a preferred embodiment of the present invention the volatile working fluid is an organic solvent or solvent mixture or a composition with a suitable volatility.

The volatile working fluid of the present invention is at least one of a fatty acid ester, a fatty acid amide, a free fatty acid, bio-diesel and a hydrocarbon, also including any combinations thereof.

In another preferred embodiment the volatile working fluid comprises at least one fatty acid ester composed of C10-C22 fatty acids and C1-C4 alcohols, or a combination of two or more fatty acid ester each composed of C10-C22 fatty acids and C1-C4 alcohols. Preferably, the volatile working fluid is at least one of amides composed of C10-C22 fatty acids and C1-C4 amines, C10-C22 fatty acids, and hydrocarbons with a total number of carbon atoms from 10 to 40. Most preferably, the volatile working fluid is a mixture of fatty acids from marine oils, e.g. fish body oil and/or fish liver oil, and/or ethyl or methyl esters of such marine fatty acids.

In another preferred embodiment of the process the volatile working fluid is constituted by free fatty acids comprised in the fat or oil, being edible or for use in cosmetics, containing the environmental pollutants, i.e. the fat or oil itself contains free fatty acids. Here, the free fatty acids in the oil or fat acts as the volatile working fluid. Further, free fatty acids in an oil or fat also can contribute to an additive effect in a stripping process by partially acting as an internal working fluid (or by being an active part of the working fluid) in the process. Such oils or fats mentioned above could e.g. be silage oils or oils that have been stored or transported for a long period of time. This means that a volatile working fluid can be added to an oil or fat mixture prior to a stripping process and/or being comprised in the fat or oil mixture containing the environmental pollutants or toxic components. In this way, the invention surprisingly is very efficient for purifying oils that normally are classified as oils of low quality.

In another preferred embodiment of the stripping process, the volatile working fluid is constituted by free fatty acids comprised in a mixture of at least a marine oil, e.g. a fish oil, with a high content of free fatty acids (a low quality marine oil), wherein the free fatty acids in the oil mixture acts as a working fluid.

Further, it is hereby possible to decrease the amount of environmental pollutants and to reduce the amount of free fatty acids in the marine oil at the same time and in the same process.

In another preferred embodiment of the process, the fatty acid esters, fatty acid amides and free fatty acids are obtained from at least one of vegetable, microbial and animal fat or oil. The fatty acid esters mentioned above can e.g. be a by-product from distillation of an ethyl ester mixture prepared by ethylation of preferably a fish oil. In the process industry trade with intermediates is increasing and opens up for an extra financial income.

In another preferred embodiment the volatile working fluid is obtained from at least one of animal fat or oil, wherein the animal fat or oil preferably is a marine oil e.g. a fish oil or an oil from other marine organism e.g. sea mammals.

Further, in another preferred embodiment of the invention the fat or oil, being edible or for use in cosmetics, is obtained from at least one of vegetable, microbial and animal fat or oil, or any combination thereof. Preferably, the fat or oil, being

US 7,718,698 B2

5

edible or for use in cosmetics, is a marine oil. Marine oils that have no or reduced amounts of environmental pollutants are gaining popularity as well as an increasing share of the market. Consequently, removal or reduction of pollutants in e.g. fish oils of high quality as well as fish oils with inferior quality have the potential to substantially increase marketability and value. Therefore, in a more preferred embodiment of the invention the marine oil is obtained from fish or sea mammals, containing at least saturated and unsaturated fatty acids in the form of triglycerides. It is important to note that the invention is not limited to procedures were the working fluid is prepared from the same origin as the oil that is being purified.

Additionally, the fat or oil, being edible or for use in cosmetics, may also be a ricinus oil for use in cosmetics or medicinal applications. It is also of commercial interest to decrease the amount of pollutants or toxic components in oil mixtures or blends comprising at least one microbial oil that e.g. will be used in food products or as food supplement (e.g. infant formula) preferable suitable for humans.

In another preferred embodiment of the invention the fat or oil, being edible or for use in cosmetics, is a tocopherol concentrate prepared from a condensate from at least one deodorization process of at least one vegetable oil, wherein the tocopherol concentrate containing at least one of PAH and volatile pollutants, or any combination thereof. Commercially available tocopherol concentrate contains about 65-90% tocopherol and it will be apparent for one skilled in the art that the stripping process according to the invention may be used to separate an amount of environmental pollutants from a tocopherol concentrate.

In a preferred embodiment of the invention, the ratio of (volatile working fluid):(fat or oil, being edible or for use in cosmetics) is about 1:100 to 15:100. In a more preferred embodiment the ratio of (volatile working fluid):(fat or oil, being edible or for use in cosmetics) is about 3:100 to 8:100.

In a preferred embodiment of the invention, said stripping process step is carried out at temperatures in the interval of 120-270° C.

In a most preferred embodiment, the stripping processing step is carried out at temperatures in the interval of 150-200° C. By adding a volatile working fluid to the fat or oil mixture at this temperatures the invention surprisingly shows that even termolabile polyunsaturated oils can be treated with good effect, without causing degradation of the quality of the oil.

In another preferred embodiment, the stripping processing step is carried out at a pressure below 1 mbar.

In another preferred embodiment, the stripping processing step is at least one of a thin-film evaporation process, a molecular distillation or a short-path distillation, or any combination thereof. If at least one stripping process step is a thin-film evaporation the process is also carried out at mixture flow rates in the range of 10-300 kg/h m², preferably 40-150 kg/h m². By using a stripping process, e.g. a distillation method, for decreasing the amount of environmental pollutants in a fat or oil mixture comprising a volatile working fluid it is possible to carry out the stripping processes at lower temperatures, which spare the oil and is at the same time favourable to the end oil product.

In a preferred embodiment of the invention, the volatile working fluid is stripped off together with the environmental pollutants by at least one short-path distillation or molecular distillation step. This is possible as long as the volatile working fluid is essentially equally or less volatile than the environmental pollutants that are to be separated from the fat or oil mixture.

6

In another preferred embodiment of the invention, the process allows the environmental pollutants to flash off most effective at process conditions of low temperatures and preferable high mixture flow rates. Further, this embodiment offers similar advantages as described above by using the volatile working fluid.

In a preferred embodiment according to the invention the stripping process is carried out by a molecular distillation in the following intervals; mixture flow rates in the interval of 10-300 kg/h-m², temperatures in the interval of 120-270° C. and a pressure below 1 mbar.

In a most preferred embodiment of the invention the molecular distillation is carried out at temperatures in the interval of 150-200° C. and at a pressure below 0.05 mbar.

In a further preferred process of the present invention, said process is a thin-film process that is carried out at 40-150 kg/h m² or at flow rates in the range of 400-1200 kg/h at a heated thin film area of 11 m²; 36-109 kg/h-m². Please note, that the present invention can also be carried out in one or more subsequent stripping processing steps.

In another preferred embodiment of the present invention, for use in decreasing an amount of environmental pollutants and/or toxic components, such as dioxins and/or PCB, present in a fat or oil, being edible or for use in cosmetics, the working fluid is comprising at least one of a fatty acid ester, a fatty acid amide, a free fatty acid and a hydrocarbon with essentially equally or less volatility compared to the environmental pollutants that are to be separated from the fat or oil mixture, or any combination thereof.

Preferably, the volatile environmental pollutants decreasing working fluid is generated as a fractionation product. Additionally, the volatile environmental pollutants decreasing working fluid is a by-product, such as a distillation fraction, from a regular process for production of ethyl and/or methyl ester concentrates. This by-product according to the invention can be used in a new process for decreasing the amount of environmental pollutants in a fat or an oil. More preferably, the volatile environmental pollutants decreasing working fluid, for use in decreasing an amount of environmental and/or toxic components, present in a fat or oil, can be a by-product (a distillate fraction) from a regular process for production of ethyl ester concentrates, wherein a mixture comprising an edible or a non-edible fat or oil, preferably a fish oil, is subjected to an ethylating process and preferably a two-step molecular distillation. In the two-step molecular distillation process a mixture consisting of many fatty acids on ethyl ester form is separated from each other in; a volatile (light fraction), a heavy (residuum fraction) and a product fraction. The volatile fraction from the first distillation is distilled once more and the volatile fraction from the second distillation process is then at least composed of the volatile working fluid, preferably a fatty acid ethyl ester fraction. This fraction consists of at least one of C14 and C16 fatty acids and at least one of the C18 fatty acids from the fat or oil, and is therefore also compatible with the edible or non-edible oil. The fraction can be redistilled one or more times if that is deemed to be suitable. This prepared working fluid can then be used as a working fluid in a new process for decreasing the amount of environmental pollutants in a fat or an oil, wherein the edible or non-edible fats or oils and the oil or fat, being edible or for use in cosmetics, are of the same or different types.

In another embodiment of the invention a volatile working fluid may be produced by subjecting fats or oils from an available source, for instance fats or oils obtained from at least one of animal, microbial or vegetable origin, to an inter-esterification process, in which process the triglycerides in

7

8

the fats or oils are converted into esters of aliphatic alcohols. Additionally, a bio-diesel and/or a mineral oil can be used as a volatile working fluid. In the case when the volatile working fluid is a biodiesel, it can be produced by a process, which is in common use for production of engine fuels (biodiesel), and therefore also known by a man skilled in the art, which process comprises mixing the fat or oil with a suitable amount of aliphatic alcohol, adding a suitable catalyst and heating the mixture for a period of time. Similar esters of aliphatic alcohols may also be produced by a high-temperature catalytic direct esterification process reacting a free fatty acid mixture with the appropriate aliphatic alcohol. The fatty acid ester mixture produced in this manner may be used as a volatile working fluid as it is, but normally the conversion to esters of aliphatic alcohols is not complete, the conversion process preferably leaving some un-reacted non-volatile glycerides in,the mixture. Additionally, some fats or oils may also contain certain amounts of non-volatile, non-glyceride components (e.g. polymers). Such non-volatile components will preferably be transferred to, and mixed with the final product, which product is low in environmental pollutants, when the fatty acid ester mixture is used as working fluid. A working fluid produced in this manner should therefore be subjected to a distillation, preferably a molecular and/or short path distillation, in at least one step, which distillation process generates a distillate more suitable to be used as a new volatile working fluid.

In another preferred embodiment of the invention the volatile working fluid comprises at least one of an ester and/or an amide composed of shorter fatty acids and longer alcohols or amines, or any combination thereof.

In a preferred embodiment of the invention, the volatile environmental pollutants decreasing working fluid, for use in decreasing an amount of environmental pollutants present in a fat or oil, being edible or for use in cosmetics, is preferably a fatty acid ester (e.g. fatty acid ethyl ester or fatty acid methyl ester), a fatty acid amide or free fatty acids obtained from at least one of vegetable, microbial and animal origin, or any combination thereof. Preferably, said animal origin is fish or sea mammals, i.e. that the volatile fat or oil environmental pollutants decreasing working fluid is obtained from marine oils, e.g. from fish or from sea mammals. Further, in a preferred embodiment of the volatile environmental pollutants decreasing working fluid, said fat or oil is edible for humans and/or animals or for use in cosmetics.

In another embodiment of the invention, a volatile environmental decreasing working fluid according to the present invention, is used in a process for decreasing an amount of environmental pollutants, in a mixture comprising a fat or oil, being edible or for use in cosmetics, preferably a marine oil, containing the unwanted components, in which process the volatile working fluid is added to the mixture and then the mixture is subjected to at least one stripping processing step, preferably a thin-film evaporation process, a molecular distillation or a short-path distillation, or any combination thereof, and in which process an amount of toxic components present in the fat or oil, being edible or for use in cosmetics, is separated from the mixture together with the volatile working fluid.

In another preferred embodiment a health supplement, a pharmaceutical and/or an animal feed product containing at least fat or oil (end) products, e.g. oil ingredient of fish feed, with a decreased amount of environmental pollutants or toxic components, prepared according to at least one of the previously mentioned processes is disclosed. For the pharmaceutical and food supplement industries, marine oils have to be processed in order to increase the content of EPA and/or DHA

to suitable levels and the removal or reduction of different kinds of pollutants have the potential to substantially increase marketability and value. Therefore, the present invention also discloses a health supplement and a pharmaceutical respectively, containing at least a marine oil, such as fish oil, which marine oil is prepared according to the previously mentioned process, in order to decrease the amount of environmental pollutants in the marine oil.

In another embodiment of the invention the pharmaceutical and/or health supplement is preferably intended for treating cardiovascular diseases (CVD) and inflammatory diseases, but they also have positive effects on other CVD risk factors such as the plasma lipid profile, hypertension and vascular inflammation. In more preferred embodiment of the invention the pharmaceutical and/or health supplement comprises at least one of EPA/DHA ethyl esters and is intended for a range of potential therapeutic applications including; treatment of hypertriglyceridaemia, secondary prevention of myocardial infarction, prevention of atherosclerosis, treatment of hypertension and/or kidney disease and to improve children's learning ability.

Further, the present invention also disclose a marine oil product, prepared according to at least one of the previously mentioned processes. Preferably, the marine oil product is based on fish oil or a fish oil composition.

In addition, there is a demand for marine oils of high quality. This issue forces the fish oil industry to consider alternative refining techniques. Further, by using one of the processes according to the invention it is now possible to simultaneously decrease the amount of environmental pollutants and/or to decrease the amount of free fatty acids in e.g. marine oils with inferior quality with a good result. Such oils are appropriate to be used in e.g. animal feed products. If the oil or fat is constituted by high amounts of free fatty acids, said free fatty acids may act as the volatile working fluid in the stripping process.

In another preferred embodiment of the invention, an animal feed product, containing at least a marine oil, which marine oil is prepared according to one of the processes presented before, in order to decrease the amount of environmental pollutants and/or the amount of free fatty acids in the marine oil. Preferably the animal feed product is a fish feed product.

For companies producing tocopherol preparations it is of commercial interest to refine their tocopherol concentrate from environmental pollutants, especially PAH's (polycyclic aromatic hydrocarbons). Tocopherol is produced from condensate from deodorization of soy and/or palm oil. Vegetable oils are deodorized preferably in the same way as fish oils, but at higher temperatures in order to distil off the tocopherols. Therefore, the condensate from the mentioned process also contains, except components causing bad taste and odour of the oil, high amounts of tocopherol. Further, this condensate is raw material in all tocopherol preparations that are so-called natural preparations.

In another preferred embodiment of the invention a tocopherol concentrate product, based on a tocopherol concentrate prepared from a condensate from a deodorization process of at least one vegetable fat or oil, such as palm oil or soy oil, which concentrate contains at least one of PAH and volatile pollutants, is prepared according to the stripping process of the present invention, in order to decrease the amount of environmental pollutants in the tocopherol concentrate. The process for decreasing the amount of environmental pollutants and/or PAH's in a tocopherol concentrate, comprises the steps of adding a volatile working fluid to a tocopherol concentrate and subjecting the concentrate, with the added vola-

9                                                                          10

tile working fluid, to a stripping processing step, in which preferably PAH's are separated from the concentrate with the volatile working fluid. The volatile working fluid may be at least one of the working fluids mentioned before, or any combinations thereof, and said stripping process step is carried out at process conditions mentioned before. In a embodiment of the invention said stripping process step is carried out at a temperature in the interval of 120-180° C. and at a pressure below 1 mbar. The ratio of (volatile working fluid): (tocopherol concentrate) is preferably about 4:100 to 8:100.

For the cosmetic industry it is of commercial interest to refine ricinus oil from trace of toxic components.

It is valuable for this industry to market cosmetic products, such as lipstick, that are essentially free from toxic components, such as ricinine. Ricinus oil is a vegetable oil produced from the seeds of *Ricinus communis L., Euphorbiaceae*. The oil is a triglyceride of fatty acids, with ricinoleic acid (d-12-hydroxyoleic acid) as the major fatty acid (approximately 87%). Due to the hydroxyl group of ricinoleic acid, ricinus oil can not be refined in traditional ways, i.e. by alkali refining. Thus, traces of toxic components may not be easily removed.

Ricinine is a toxic nitrilpyridinone that might be present in the oil in trace amounts. Herein, the invention also disclose a cosmetic product, based on ricinus oil, which ricinus oil is prepared according to at least one of the processes mentioned before, in order to decrease the amount of toxic components in the ricinus oil.

In another preferred embodiment of the invention the fat or oil is a ricinus oil, for use in cosmetics or medicinal applications, and the pollutants that are to be separated according to the process of the invention are toxic compounds, such as nitrilpyridinones.

In a preferred embodiment, the process for decreasing the amount of toxic compounds in a ricinus oil, preferably trace of ricinine, comprises the steps of adding a volatile working fluid to a ricinus oil mixture and subjecting the mixture, with the added volatile working fluid, to a stripping processing step, in which preferably traces of ricinine (from the ricinus oil) is separated from the mixture with the volatile working fluid. The volatile working fluid may be at least one of the working fluids mentioned before, or any combinations thereof. In a more preferred process in order to decrease an amount of toxic compounds in a ricinus oil, the stripping processing step is at least one of a molecular distillation process, a thin-film evaporation process or a short-path distillation process or any combination thereof, carried out at temperatures in the interval of 120-220° C., at a pressure below 0.1 mbar. In the case of a thin-film evaporation process the process is carried out at a mixture flow rate in the interval of 10-300 kg/h m².

In a most preferred embodiment of the invention, the ricinus oil mixture was distilled at a temperature about 170° C., a pressure around 0.001 mbar respectively a mixture flow rate about 150 kg/h-m². Up to 95% of the amount of ricinine present in the start oil may be removed with the stripping process according to the invention.

DEFINITIONS

As used herein the term environmental pollutants preferably means toxic components and/or pesticides like polychlorinated biphenyls (PCB), DDT and its metabolites, organic compounds found in the sea environment and identified as potentially harmful and/or toxic; Polychlorinated triphenyls (PCTs), dibenzo-dioxins (PCDDs), and dibenzo-furans (PCDFs), Chlorophenols and hexachloro-cyclohexanes (HCHs), toxaphenes, dioxins, brominated flame retardants,

polyaromatic hydrocarbons (PAH), organic tin-compounds (e.g. tributyltin, triphenyltin) and organic mercury-compounds (e.g. Methyl-Mercury).

As used herein the term oil and fat means fatty acids in at least one of the triglyceride and phospholipid forms. Generally, if the start material in the stripping process is a marine oil, the oil may be any of raw or partially treated oil from fish or other marine sources and which contains fatty acids, including polyunsaturated fatty acids, in the form of triglycerides. Typically, each triglyceride molecule in such a marine oil will contain, more or less randomly, different fatty acid ester moieties, be the saturated, monounsaturated or polyunsaturated, or long chain or short chain. Further, examples of vegetable oils or fats are corn oil, palm oil, rapeseed oil, soybean oil, sunflower oil and olive oil.

Further, the fat or oil may be pre-processed in one or several steps before constituting the start material in the stripping process as described above. An example of such a pre-processing step is a deodorization process. It shall also be noted that the fat or oil may be edible in one or several such pre-processing steps and/or in the processing steps according to the invention.

As used herein the term edible means edible for humans and/or animals. Additionally, as used herein the term "for use in cosmetics" means an oil or a fat that can be used in products that contributes to enhance humans appearance and/or health, e.g. cosmetic and/or beauty care products.

As used herein the term working fluid is interpreted to include a solvent, a solvent mixture, a composition and a fraction, e.g. a fraction from a distillation process, that has a suitable volatility, comprising at least one of esters composed of C10-C22 fatty acids and C1-C4 alcohols, amides composed of C10-C22 fatty acids and C1-C4 amines, C10-C22 free fatty acids, mineral oil, hydrocarbons and bio-diesel.

As used herein the term essentially equally or less volatile is interpreted to include that the volatile working fluids having a suitable volatility in relation to the volatility of the environmental pollutants that is to be stripped off from a fat or oil mixture. Further, commonly this is the case when the volatility of the working fluid is the same or lower than the volatility of the environmental pollutants. However, the term essentially equally or less volatile is also intended to include the case when the volatile working fluid is somewhat more volatile than the environmental pollutant.

Further, as used herein the term stripping is interpreted to include a general method for removing, separating, forcing or flashing off gaseous compounds from a liquid stream. In addition, the term "stripping processing step" preferable herein is related to a method/process for decreasing the amount of environmental pollutants in an oil or fat by one or more distilling or distillation processes, e.g. short path distillations, thin-film distillations (thin-film stripping or thin-film (steam) stripping), falling-film distillations and molecular distillations, and evaporation processes.

As used herein the term "oils with a low quality" preferably means that the oil contains high amounts of free fatty acids, that makes them less useful for nutritional purposes and that traditional alkaline refining in such oils is complicated and costly. Additionally, as used herein, the term mineral oil is interpreted to include mineral oil products such as e.g. fractions from distillation processes and white spirit. As used herein hydrocarbons is interpreted to include organic compounds, that are relatively large molecules composed mainly of carbon and hydrogen. They can also include nuclei of nitrogen, phosphorus, sulphur, and chlorine, among others.

As used herein bio-diesel means a commercial product (or products under development) used as an environment

US 7,718,698 B2

11

friendly alternative to fuel for cars comprising e.g. methyl esters from preferable vegetable or animal oils.

As used herein the term marine oils includes oil from fish, shellfish (crustaceans) and sea mammals. Non limiting examples of fish oils are e.g. Menhaden oil, Cod Liver oil, Herring oil, Capelin oil, Sardine oil, Anchovy oil and Salmon oil. The fish oils mentioned above may be recovered from fish organs, e.g. cod liver oil, as well as from the meat of the fish or from the whole fish.

As used herein the term health supplement is interpreted to include food and food supplement to animals and/or humans, fortification of food, dietary supplement, functional (and medical) food and nutrient supplement.

As used herein the term "treating" means both treatment having a curving or alleviating purpose and treatment having a preventive purpose. The treatment can be made either acutely or chronically. Herein the term animal feed product means food or food supplement specially to animals e.g. fish, fowls, pigs and furred (fur-bearing) animal.

As used herein the term fish feed product also includes a fish larvae feed product.

As used herein the term microbial oils also includes "single cell oils" and blends, or mixtures, containing unmodified microbial oils. Microbial oils and single cell oils are those oils naturally produced by microorganisms during their lifespan.

Further, a fat or an oil, being edible or for use in cosmetics, according to the invention can also be a blend of e.g. microbial oils, fish oils, vegetable oils, or any combination thereof.

As used herein the term free fatty acids means fatty acids in free acid form. The free fatty acids is operative as a volatile working fluid and/or included in the fat or oil, being edible or for use in cosmetics.

As used herein the term "together with", means that the volatile working fluid will be stripped off together with, combined with, or adhering the pollutants, namely that the pollutants will accompany the working fluid.

As used herein the term acid value of a fat or an oil means the amount of free acids presented in a fat or an oil equal to the number of milligrams of potassium hydroxide needed to neutralize one gram of the oil, i.e. that the term serves as an index of the efficiency of refining. This means that a high acid value is characteristic for low quality oil or fat products.

While the invention has been described in detail and with reference to specific embodiments thereof, it will be apparent for one skilled in the art that various changes and modifications, i.e. other combinations of temperatures, pressures, and flow rates during the stripping process can be made therein without departing from the spirit and scope thereof.

BRIEF DESCRIPTION OF THE DRAWINGS

The advantages and details of the present invention will become apparent from the following description when taken in conjugation with the accompanying drawings, in which;

FIG. **1** is a schematic flow chart of one embodiment illustrating a method for decreasing the amount of environmental pollutants in a fat or an oil, being edible or for use in cosmetics, by adding a volatile working fluid prior to a molecular distillation.

FIG. **2** shows the concentrations of different environmental pollutants in a fish oil mixture before and after stripping according to the present disclosure.

DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

A number of preferred embodiments of the process for decreasing the amount of environmental pollutants in a mix-

12

ture comprising a volatile working fluid and a fat or an oil, being edible or for use in cosmetics, containing environmental pollutants will be disclosed below.

A first embodiment of a process for decreasing the amount of environmental pollutants in a fat or an oil, being edible or for use in cosmetics, by adding a volatile working fluid prior to a molecular distillation is presented in FIG. **1**. The starting fat or oil, being edible or for use in cosmetics, in the first embodiment of the invention is a fish oil whether freshly refined, reverted or mixtures thereof characterized by a level of environmental pollutants. The exact amount of environmental pollutants varies depending upon such factors as fish species, seasonality, geographical catch location and the like.

As used herein the term molecular distillation is a distillation process performed at high vacuum and preferably low temperature (above 120° C.). Herein, the condensation and evaporation surfaces are within a short distance from each other, so as to cause the least damage to the oil composition. This technique is also called short-path distillation, and commercial equipment is readily available.

The molecular distillation plant (**1**) illustrated in FIG. **1**, comprises a mixer (**2**), a pre-heater (**3**), a degasser (**4**), a distillation unit (**5**) and a vacuum pump (**6**). In accordance to this embodiment, a volatile working fluid comprising an ethyl ester fraction (6% relative to the oil) is added to a fish oil mixture and blended in a mixer (**2**). The oil mixture is then optionally passed through a means (**3**) for controlling the oil feed rate (herein about 400 kg/h), such as an ordinary throttling valve. The fish oil mixture is then preheated with a heating means (**3**) such as a plate heat exchanger to provide a preheated fish oil mixture. The mixture is then passed through a degassing step (**4**) and admitted into the molecular path distance evaporator (**5**), a tube (**7**) including the condensation (**8**) and evaporation (**9**) surface.

The stripping process is carried out at a pressure between 0.1 and 0.001 mbar and at a temperature of about 200° C. The fish oil mixture to be concentrated is picked up as it enters the tube (**7**a) by rotating blades. The blades extend nearly to the bottom of the tube and mounted so that there is a clearance of about 1, 3 mm between their tips and the inner surface of the tube. In addition, the blades are driven by an external motor. The fish oil mixture is thrown against the tube wall and is immediately spread into a thin film and is forced quickly down the evaporation surface. The film flows down by gravity and becomes concentrated as it falls. Heated walls and high vacuum strips off the volatile working fluid together with the environmental pollutants, i.e. the more volatile components (distillate) is derived to the closely positioned internal condenser (**8**), the less volatile components (residue) continues down the cylinder. The resulting fraction, the stripped fish oil mixture containing at least the fatty acids EPA and DHA is separated and exit through an individual discharge outlet (**10**).

In a second embodiment a falling film evaporator is used. In falling film evaporators liquid and vapours flow downwards in parallel flow. The liquid to be concentrated, herein the fish oil mixture, is preheated to boiling temperature. The oil mixture enters the heating tubes via a distribution device in the head of the evaporator, flows downward at boiling temperature, and is partially evaporated. This gravity-induced downward movement is increasingly augmented by the co-current vapour flow.

Falling film evaporators can be operated with low temperature differences between the heating media and the boiling liquid, and they also have short product contact times, typically just a few seconds per pass.

In a third embodiment of the invention the process is carried out by a short path distillation, which includes the use of

US 7,718,698 B2

13

a short path evaporator that integrates the features and advantages of thin film or wiped film evaporators but adds internal condensing for applications. Short path evaporators are widely used in fine and specialty chemicals for thermal separation of intermediates, concentration of high value products, and molecular distillation under fine vacuum conditions. Their key features make them uniquely suitable for gentle evaporation and concentration of heat sensitive products at low pressures and temperatures.

It should be understood that many modifications of the above embodiments of the invention are possible within the scope of the invention such as the latter is defined in the appended claims.

EXAMPLES

The invention will now be illustrated by means of the following non-limiting examples. These examples are set forth merely for illustrative purposes and many other variations of the process may be used. The examples below summarizes some results from different purification of fish oils by molecular distillation.

Equipment and Conditions for Laboratory Experiments

In example 1-3 below decachlorobiphenyl, 0.60 mg/kg, was added to a fish oil composition as a pollutant model substance. The high chlorine content in decachlorobiphenyl ensures that this compound is less volatile than environmental pollutants like PCB, DDT and its metaboites, toxaphenes, dioxins and brominated flame retardants.

Unless otherwise stated, in all the examples the pressure was 0.001 mbar. However, as this is the lower limit of the pressure indicator, the real pressure will vary. That is the reason for somewhat varying results from one example to the next. When the distillation equipment is running under stable conditions, no significant variations are expected. However, this points out that constant pressure is not a very strong condition for carrying out the present invention.

Example 1

The Effect of Adding a Working Fluid

A fish oil composition containing fatty acids on triglyceride form and decachlorobiphenyl (0.60 mg/kg), with or without a working fluid, herein an ethyl ester, 8% relative to fish oil, (the ratio of (volatile working fluid):(fish oil) is about 8:100) was distilled by a laboratory scale molecular distillation at a rate of 600 ml/h and a temperature of 180° C. The used ethyl ester mixture was a by-product (distillate fraction) from production of EPA and DHA ethyl ester concentrates.

TABLE 1

| | The effect of adding a volatile working fluid | |
|---|---|---|
| | Decachlorobiphenyl (mg/kg) | Decachlorobiphenyl (% of start value) |
| Without WF | 0.43 | 72 |
| With WF | 0.022 | 3.7 |

*WF = working fluid

The results in table 1 show that addition of a volatile working fluid to a fish oil composition has a surprisingly and dramatic effect on the removal of decachlorobiphenyl. Here, more than 95% of the amount of decachlorobiphenyl has been removed ("stripped" off) from the fish oil mixture by molecular distillation.

14

Example 2

The Effect of Different Flow Rates

A fish oil composition containing fatty acids in triglyceride form and decachlorobiphenyl (0.60 mg/kg) was added a working fluid in the form of a ethyl ester fraction in the same way as in example 1. The oil mixture was then stripped by a molecular distillation carried out at different flow rates, but at the same temperature (180° C.).

TABLE 2

| The effect of different flow rates | |
|---|---|
| Flow rate (ml/h) | Decachlorobiphenyl (mg/kg) |
| 400 | 0.02 |
| 600 | 0.05 |
| 1000 | 0.20 |

The results given in the table above show that decachlorobiphenyl (and other volatile pollutants) will be flashed off (reduced) more successfully at lower flow rates. However, the results of optimising the flow rates are less important compared to the effect of adding a working fluid, such as a solvent, solvent mixture or a fraction containing an ethyl ester.

Example 3

The Effect of Different Temperatures

Here, an ethyl ester fraction was added to a fish oil composition containing decachlorobiphenyl (0, 60 mg/kg) in the same way as in example 1. The oil mixture was then stripped by molecular distillation at different temperatures.

TABLE 3

| The effect of different temperatures | |
|---|---|
| Temperature (° C.) | Decachlorobiphenyl (mg/kg) |
| 180 | 0.11 |
| 200 | 0.04 |

Table 3 illustrates that an increased temperature gives an improved removal of pollutants, when a volatile working fluid has been added to the oil mixture prior to a molecular distillation. Further, it is important to know that polyunsaturated fatty acids in fish oil are thermo-labile compounds and an increase in temperature is only applicable within strict limits.

For a person skilled in the art it is obvious that the same effect as described in example 1-3 will be achieved according to the invention by using other volatile working fluids, as long as the working fluids are essentially equally or less volatile than the environmental pollutants that is to be separated from the oil or fat mixture.

Example 4

Sardine Oil—Industrial Full Scale Process

This example shows an industrial scale process for decreasing the amount of pollutants in a fish oil mixture, which process comprises a step of adding a volatile working fluid to the fish oil mixture prior to a molecular distillation. 63.9 tons of a sardine oil containing different environmental

US 7,718,698 B2

15                                                                                              16

pollutants was added a volatile working fluid in the form of a fatty acid ethyl ester mixture (ethyl ester of fish oil (8%)) before subjecting it to a molecular distillation process. The molecular distillation process was then carried out at a temperature of 200° C., a pressure of 0.04 mbar and a mixture flow rate of 300 l/h with a heated surface of 3 m².

After treatment, 61.0 tons of purified product were collected. The results in table 4 show the content of vitamin A(trans-retinol), cholesterol, toxaphenes and dioxins in the sardine oil before and after stripping respectively.

TABLE 4

| Toxaphenes and dioxins in a sardine oil before and after stripping | | |
| --- | --- | --- |
| | Before stripping | After stripping |
| Vitamin A | 15.3 mg/g | 13.0 mg/g |
| Cholesterol | 3.6 mg/g | 1.31 mg/g |
| Toxaphenes | 0.3 mg/g | <0.1 mg/g |
| Dioxins | 4.1 pg/g | 0.34 pg/g |

The results confirm that adding a working fluid to an oil before stripping is effective in reducing the amounts of volatile pollutants at the same time as the concentration of vitamin A, a valuable component in many fish oils, is not seriously affected. This means that this purification method can be used for products that contains vitamin A, e.g. cod liver oil.

In some cases a certain cholesterol level can be of value for some applications of fish oils e.g. for fish feed, especially feed for fish larvae. In these applications it is important to perform a preferential removal only of pollutants.

Example 5

Fish Oil Mixture—Industrial Full Scale Process

This example also shows an industrial full scale process for decreasing the amount of pollutants in a fish oil, which process comprises the steps of adding a volatile working fluid to the fish oil mixture and subjecting the mixture, with the added volatile working fluid, to a molecular distillation processing step, in which environmental pollutants present in the fish oil is separated from the mixture with the volatile working fluid.

30 tons of a fish oil mixture containing different environmental pollutants (see FIG. 2) was added a volatile working fluid in the form of an fatty acid ethyl ester mixture (ethyl ester of fish oil (6%)) before subjecting it to a molecular distillation process. The molecular distillation process was then carried out at a temperature of 200° C., a pressure of 0.005 mbar and a mixture flow rate of 400 kg oil/h with a heated surface of 11 m².

After treatment, 29.5 tons of purified product were collected. The results are shown in FIG. 2. The results confirms that the content of environmental pollutants in the fish oil mixture was strongly reduced after the stripping process according to the invention. For instance, the content of PCB in the fish oil mixture was reduced with about 98%, the content of PCDD was reduced with approximately 80%, the content of PCDF with about 95% and the amount of hexachlorocyclohexane respectively TE-PCB was almost negligible after stripping. For a person skilled in the art it is obvious that the same effect may be achieved according to the invention by

using a volatile working fluid for decreasing an amount of pollutants in some other fat or oil compositions.

Example 6

Salmon Oil

In this example oil from fresh by-products from Atlantic salmon was processed according to the invention. The process according to the invention comprises the steps of adding a volatile working fluid to the oil mixture and further subjecting the mixture, with the added volatile working fluid, to a molecular distillation processing step. 8% working fluid (the ratio of (volatile working fluid):(salmon oil) is here about 8:100) was added to the oil and the distillation process is performed at a pressure of $1 \times 10^{-3}$ mbar, at a temperature of 180° C. and at a mixture flow rate of 600 ml/hour.

Samples of the oil mixture was analysed before and after distillation respectively, regarding the amount of brominated flame retardants, PCBs and some chlorinated pesticides, see the tables 5 and 6 below.

TABLE 5

| Brominated flame retardants, µg/kg, before and after a distillation process | | |
| --- | --- | --- |
| Brominated flame retardants, µg/kg | Before treatment | After distillation |
| BDE 28 | 0.3 | <0.2 |
| BDE 47 | 5.3 | <0.2 |
| BDE 66 | 0.4 | <0.2 |
| BDE 71 | <0.2 | <0.2 |
| BDE 75 | <0.2 | <0.2 |
| BDE 77 | <0.2 | <0.2 |
| BDE 85 | <0.2 | <0.2 |
| BDE 99 | 1.2 | <0.2 |
| BDE 100 | 1.0 | <0.2 |
| BDE 119 | <0.2 | <0.2 |
| BDE 138 | <0.2 | <0.2 |
| BDE 153 | <0.2 | <0.2 |
| BDE 154 | 0.5 | <0.2 |
| BDE 183 | <0.2 | <0.2 |
| BDE 190 | <0.2 | <0.2 |
| Me-TBBP-A | 0.2 | <0.2 |
| HBCD | <1.1 | <1.2 |

TABLE 6

| PCB and chlorinated pesticides, µg/kg, before and after distillation | | |
| --- | --- | --- |
| PCB and chlorinated pesticides, (µg/kg) | Before treatment | After distillation |
| CB 28 | <3 | <3 |
| CB 52 | 5 | <3 |
| CB 101 | 11 | <7 |
| CB 118 | <9 | <9 |
| CB 153 | 16 | <7 |
| CB 105 | <3 | <3 |
| CB 138 | 13 | <7 |
| CB 156 | <3 | <3 |
| CB 180 | 4.8 | <4 |
| Dieldrin | 22 | <4 |
| Endrin | <3 | <3 |
| HCB | 12 | <1 |
| α-HCH | 3.8 | <1 |
| γ-HCH | 5.3 | <1 |
| β-HCH | <5 | <6 |
| β-HEPO | <2 | <3 |
| p,p'-DDE | 38 | <3 |

US 7,718,698 B2

17

18

TABLE 6-continued

PCB and chlorinated pesticides, µg/kg, before and after distillation

| PCB and chlorinated pesticides, (µg/kg) | Before treatment | After distillation |
|---|---|---|
| p,p'-DDD | 15 | <3 |
| p,p'-DDT | nd = not detected | <8 |

It is observed that the invention removes almost all of the analysed environmental pollutants to a level below the analytical detection limit.

Additionally, for a person skilled in the art it will be obvious that the same procedure could be used for other marine oils, for example cod liver oil or fish oil intended to be used as a component of feed for farmed fish. Nowadays, commercial fish feed contains high amounts of pollutants and it is therefore of large interest to decrease the amounts of toxic components in the current marine oil before the oil is added to the feed.

### Example 7

### Removal of PAH's

In this example benzo[a]pyrene (8.36 µg/kg oil) was added to a fish oil composition, that already had been treated according to the invention, in order to remove environmental pollutants. The fish oil composition containing the added benzo [a]pyrene was processed in a similar way and with the same distillation equipment as described in example 1. A volatile working fluid in the form of a fatty acid ethyl ester mixture, 8% working fluid relative to the fish oil, was added to the fish oil composition, before subjecting the composition to a molecular distillation process. The molecular distillation process was carried out at a temperature of 180° C., a pressure of $1 \cdot 10^{-3}$ mbar, and a mixture flow rate of 600 ml oil/h. The concentration of benzo[a]pyrene was analysed before processing and after processing, see table 7.

### TABLE 7

The amount of benzo[a]pyrene before and after processing

| | Before processing | After processing |
|---|---|---|
| Benzo[a]pyrene (µg/kg) | 7.9 | 0.77 |

The results given in the table above show that benzo[a] pyrene will be flashed off successfully according to the invention. In this example the concentration of benzo[a]pyrene was reduced with about 90%.

This confirms that adding a volatile working fluid to a fat or an oil composition, at least containing polycyclic aromatic hydrocarbons (PAH's), before a stripping process according to the invention is effective in separating an amount of PAH's from the start fat or oil composition together with the volatile working fluid.

### Example 8

A working fluid consisting of ethyl esters of fish oil (8%) was added to an oil produced from farmed salmon. A distillation process was carried out under the same conditions as in example 1 and a distillate fraction of 8.3% was collected. The acid value of the residual oil was reduced from 0.4 mgKOH/g before distillation to 0.1 mgKOH/g after distillation and the oil was analysed for contaminants before and after processing.

### TABLE 8

Salmon oil. Content of Indicator-PCBs (µg/kg) before and after processning.

| | CB-28 | CB-52 | CB-101 | CB-118 | CB-153 | CB-105 | CB-138 | CB-156 | CB-180 |
|---|---|---|---|---|---|---|---|---|---|
| Before | <3 | 5 | 11 | <9 | 16 | <3 | 13 | <3 | 4.8 |
| After | <3 | <3 | <7 | <9 | <7 | <3 | <7 | <3 | <4 |

### TABLE 9

Salmon oil. Content of organochlorine pesticides (µg/kg) before and after processing

| | Dieldrin | Endrin | HCB | a-HCH | y-HCH | b-HCH | b-HEPO | pp_DDE | pp_DDD | pp_DDT |
|---|---|---|---|---|---|---|---|---|---|---|
| Before | 22 | <3 | 12 | 3.8 | 5.3 | <6 | <3 | 38 | 15 | <8 |
| After | <4 | <3 | <1 | <1 | <1 | <6 | <3 | <3 | <3 | <8 |

The results show that adding a volatile working fluid prior to a stripping (distillation) process is effective in decreasing the amount of organo-chlorine pesticides in a fish oil composition. In addition, the volatile working fluid also facilitates removal of free fatty acids in the oil. Therein the acid value was decreased with 75%, i.e. from 0.4 to 0.1. It is hereby possibly to decrease the amount of environmental pollutants and to reduce the amount of free fatty acids in an oil or a fat at the same time and in the same process.

### Example 9

### Removal of Free Fatty Acids

A fish oil purchased for production of fish feed was distilled by a molecular distillation process under the same conditions as given in example 1 and the start oil had an acid value of 6.8 mgKOH/g. After removal of a distillate corresponding to 4.3% by weight, the acid value of the residual oil was

US 7,718,698 B2

19

reduced to 0.2 mgKOH/g and the amount of environmental pollutants in the start oil was decreased.

In an identical distillation procedure, an oil with an acid value of 20.5 mgKOH/g was distilled. After removal of a distillate of 10.6% the acid value was reduced to about 1.0 mgKOH/g and the amount of environmental pollutants in the start oil were decreased.

Due to the fact that the stripping process in example 8 also facilitates removal of free fatty acids in the oil and that the free fatty acids are volatile it can be expected that even oils with a low quality, i.e. a high content of free fatty acids, can be treated successfully according to the invention. An example of oils with low quality is silage oils or oils that have been stored or transported for a long period of time. Fish oils with low quality may be used for production of fish feed.

This example therefore shows that a stripping process for decreasing the amount of environmental pollutants in a mixture comprising at least a fat or an oil with a high content of free fatty acids (a low quality oil or fat) is effective since the free fatty acids in the oil or fat act as a working fluid. Further, the free fatty acids in the oil or fat also contributes to an additive effect in the stripping process by partially acting as an internal working fluid (or by being an active part of the working fluid) in the stripping process.

A person known in the art will also realise that the same stripping effect can be obtained by adding a volatile working fluid containing a similar volume of suitable free fatty acids to an oil or fat containing environmental pollutants in order to decrease the amount of environmental pollutants in the fat or oil.

Example 10

Removal of Toxic Components From a Ricinus Oil

This example shows a process for decreasing the amount of toxic compounds in a ricinus oil (castor oil, oil from the seeds of *Ricinus communis L. Euphorbiaceae*), which process comprises the steps of adding a volatile working fluid to a ricinus oil mixture and subjecting the mixture, with the added volatile working fluid, to a molecular distillation processing step, in which traces of ricinine from the ricinus oil is separated from the mixture with the volatile working fluid.

Firstly, 8% of a working fluid, (the ratio of (volatile working fluid):(ricinus oil) is here about 8:100) a distilled fraction of ethyl esters from a fish oil, was added to a ricinus oil prior to a distillation processing step. Secondly, the ricinus oil mixture was distilled in a molecular distillation process at a temperature of 170° C., at a pressure of $10^{-3}$ mbar and at a mixture flow of 500 ml/min. The concentration of toxic compounds were analysed before and after treatment. This analysis showed that the concentration of ricinine was substantially reduced compared to the concentration in the starting ricinus oil. This shows that it is possible to reduce traces of toxic components in a ricinus oil according to the invention, as long as the used volatile working fluid is essentially equally or less volatile than the ricinus oil. Further, ricinus oil is used in both medicinal and cosmetic applications and the reduction of the existing trace levels of ricinin has commercial value.

The invention claimed is:

**1**. A process for decreasing the amount of environmental pollutants in a mixture comprising a fat or an oil, wherein said mixture comprises a pharmaceutical composition, said process comprising the steps:

20

(a) adding a volatile working fluid to the fat or oil mixture, wherein the volatile working fluid comprises at least one fluid chosen from fatty acid esters, fatty acid amides, and hydrocarbons, and

(b) subjecting the mixture of step (a) to at least one stripping processing step, wherein an amount of said environmental pollutants is separated from the mixture together with the volatile working fluid; and

wherein said pharmaceutical composition is not a health supplement.

**2**. The process according to claim **1**, wherein the volatile working fluid with the environmental pollutants is derived to a condenser.

**3**. The process according to claim **1**, wherein the volatile working fluid is equally or less volatile than the environmental pollutants that are to be separated from the fat or oil mixture.

**4**. The process according to claim **1**, wherein the at least one fluid chosen from fatty acid esters, fatty acid amides, and free fatty acids is obtained from at least one source chosen from a vegetable fat, a vegetable oil, a microbial fat, a microbial oil, an animal fat, an animal oil, and a bio-diesel.

**5**. The process according to claim **4**, wherein the at least one of an animal fat and animal oil is chosen from a fish oil and an oil obtained from sea mammals.

**6**. The process according to claim **1**, wherein the volatile working fluid comprises at least one fatty acid ester comprising $C_{10}$-$C_{22}$ fatty acids and $C_1$-$C_4$ alcohols, or a combination of at least two fatty acid esters, each comprising $C_{10}$-$C_{22}$ fatty acids and $C_1$-$C_4$ alcohols.

**7**. The process according to claim **1**, wherein the fat or oil is obtained from at least one chosen from a vegetable fat, a vegetable oil, a microbial fat, a microbial oil, an animal fat, and an animal oil.

**8**. The process according to claim **7**, wherein the fat or oil is a marine oil.

**9**. The process according to claim **8**, wherein the marine oil is obtained from at least one of fish and sea mammals, and wherein said marine oil comprises at least one fatty acid chosen from saturated and unsaturated fatty acids in the form of triglycerides.

**10**. The process according to claim **8**, wherein the content of brominated flame retardants in the marine oil as measured by the concentration of BDE 47 is reduced to less than 5.3 μg/kg.

**11**. The process according to claim **10**, wherein the content of brominated flame retardants in the marine oil as measured by the concentration of BDE 47 is reduced to less than 0.2 μg/kg.

**12**. The process according to claim **8**, wherein the content of dioxin-like polychlorinated biphenyls in the marine oil as measured by the concentration of TE-PCB is reduced to less than 22.6 pg/g (TE/WHO).

**13**. The process according to claim **8**, wherein the content of dioxins in the marine oil as measured by the concentration of the total of PCDD and PCDF is reduced to less than 4.65 pg/g (TE/WHO).

**14**. The process according to claim **1**, wherein the ratio of volatile working fluid to the fat or oil ranges from 1:100 to 15:100.

**15**. The process according to claim **14**, wherein the ratio of volatile working fluid to the fat or oil ranges from 3:100 to 8:100.

**16**. The process according to claim **1**, wherein the at least one stripping processing step is carried out at a temperature ranging from 120° C. to 270° C.

US 7,718,698 B2

21

22

**17**. The process according to claim **16**, wherein the at least one stripping processing step is carried out at a temperature ranging from 150° C. to 200° C.

**18**. The process according to claim **1**, wherein the at least one stripping processing step is carried out at a pressure less than 1 mbar.

**19**. The process according to claim **1**, wherein said at least one stripping processing step is chosen from short path distillation, short path evaporation, thin-film distillation, thin-

film evaporation, falling-film distillation, falling-film evaporation, and molecular distillation.

**20**. The process according to claim **19**, wherein the at least one stripping processing step is thin-film evaporation carried out at a mixture flow rate ranging from 10 kg/h·m² to 300 kg/h·m².

**21**. The process according to claim **9**, further comprising the step of concentrating the marine oil.

* * * * *