# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRONOVA BIOPHARMA NORGE AS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 09-305-SLR-MPT |
| | ) | |
| PAR PHARMACEUTICAL, INC., and | ) | |
| PAR PHARMACEUTICAL COMPANIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| PRONOVA BIOPHARMA NORGE AS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 09-286-SLR-MPT |
| | ) | |
| TEVA PHARMACEUTICALS USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| PRONOVA BIOPHARMA NORGE AS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 09-304-SLR-MPT |
| | ) | |
| APOTEX CORP., and | ) | |
| APOTEX INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITION OF ELISABETH DAHL

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30((b)(1), Defendants Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc., Defendant Teva Pharmaceuticals USA, Inc., and Defendants Apotex Corp. and Apotex Inc. (collectively "Defendants"), through their attorneys of record, will take the deposition of Elisabeth Dahl on August 27, 2010 at 9:00 AM (ET) at the offices of Wilson Sonsini Goodrich & Rosati, 1301 Avenue of the Americas, Floor 40, New York, New York 10019, or at such other time and place

1

to which the parties may agree. The oral examination will be conducted before a court reporter, notary public, or other person authorized by law to administer oaths, recorded by stenographic and videographic means, and continued from day to day until completed.

Date: August 13, 2010

| | |
|---|---|
| Of Counsel:<br>Daniel G. Brown<br>J. Andrea Park<br>Omar Jabri<br>Wilson Sonsini Goodrich & Rosati, P.C.<br>1301 Avenue of the Americas, 40th Floor<br>New York, New York 10019<br>(212) 999-5800 | */s/ Stephen M. Ferguson*<br>Frederick L. Cottrell, III (#2555)<br>Steven J. Fineman (#4025)<br>Stephen M. Ferguson (#5167)<br>Richards, Layton, & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>fineman@rlf.com<br>ferguson@rlf.com<br><br>*Attorneys for Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc.* |
| William A. Rakoczy<br>Paul J. Molino<br>John D. Polivick<br>Rakoczy Molino Mazzochi Siwik LLP<br>6 West Hubbard Street, Suite 500<br>Chicago, Illinois 60610<br>(312) 222-6301 | */s/ John C. Phillips, Jr.*<br>John C. Phillips, Jr. (#110)<br>Brian E. Farnan (#4089)<br>Phillips Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, Delaware 19806<br>(302) 655-4200<br>jcp@pgslaw.com<br>bef@pgslaw.com<br><br>*Attorneys for Apotex Corp. and Apotex Inc.* |
| Frederick H. Rein<br>Gregory T. Sandidge<br>Goodwin Procter LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York, 10018<br>(212) 813-8800 | */s/ Pilar G. Kraman*<br>John W. Shaw (#3362)<br>Pilar G. Kraman (#5199)<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>jshaw@ycst.com<br>pkraman@ycst.com<br><br>*Attorneys for Teva Pharmaceuticals USA, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing and hand delivered and electronically mailed to the following:

Steven J. Balick
Tiffany Geyer Lydon
Caroline Hong
Ashby & Geddes
500 Delaware Avenue - 8th Floor
P.O. Box 1150
Wilmington, DE 19899

I further certify that the following counsel was served on August 13, 2010 by electronic mail:

James B. Monroe
Anthony C. Tridico
Jennifer H. Roscetti
Finnegan, Henderson, Farabow, Garrett &
  Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

/s/ Stephen M. Ferguson
Stephen M. Ferguson (#5167)
Ferguson@rlf.com