IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRONOVA BIOPHARMA NORGE AS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 09-286-SLR |
| ) | |
| TEVA PHARMACEUTICALS USA, ) | |
| INC, et al., ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| PRONOVA BIOPHARMA NORGE AS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 09-304-SLR |
| ) | |
| APOTEX CORP., et al., ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| PRONOVA BIOPHARMA NORGE AS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 09-305-SLR |
| ) | |
| PAR PHARMACEUTICAL, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

At Wilmington this 30th day of September, 2010, having reviewed the pending

request by plaintiff to revise the pretrial management order in light of the addition of two new patents to the case, and having conferred with counsel;

IT IS ORDERED that:

1. Plaintiff's motion for leave to file a second amended complaint in Civ. No. 09-304 (D.I. 75) is granted. The pending motion for leave to file a first amended complaint in that case (D.I. 56) is denied as moot.

2. The schedule as it relates to the original patents at issue in all three of the above captioned cases (the Orange Book patents, the '077 and '667 patents) shall go forward consistent with the pretrial management orders in place, with trial commencing on March 28, 2011.

3. Litigation of the newly added process patents (the '930 and '698 patents) is hereby bifurcated. In this regard, the parties shall confer regarding a separate case management order, and the court shall conduct a telephonic scheduling conference on **October 21, 2010 at 4:30 p.m.**, with plaintiff's counsel initiating the call.

_____
United States District Judge