## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRONOVA BIOPHARMA NORGE AS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 09-286-SLR-MPT |
| | ) (CONSOLIDATED) |
| TEVA PHARMACEUTICALS USA, INC., | ) |
| APOTEX CORP., APOTEX INC., | ) |
| PAR PHARMACEUTICAL, INC. and | ) |
| PAR PHARMACEUTICAL COMPANIES, INC., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER RE: POST-TRIAL BRIEFING SCHEDULE

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that post-trial briefing in the above action shall proceed on the following schedule:

| | |
|---|---|
| June 30, 2011 | Pronova's opening brief on infringement |
| | Defendants' opening brief on invalidity and unenforceability |
| August 30, 2011 | Pronova's answering brief on invalidity and unenforceability |
| | Defendants' answering brief on infringement |
| September 29, 2011 | Pronova's reply brief on infringement |
| | Defendants' reply brief on invalidity (including addressing any secondary considerations raised by Pronova in its August 30 brief) and unenforceability |

[SIGNATURES ON NEXT PAGE]

DATED: April 27, 2011

| **ASHBY & GEDDES** | **YOUNG CONAWAY STARGATT & TAYLOR LLP** |
|---|---|
| */s/ Tiffany Geyer Lydon* | */s/ Karen L. Pascale* |
| _____ | _____ |
| Steven J. Balick (#2114) | John W. Shaw (# 3362) |
| Tiffany Geyer Lydon (#3950) | Karen L. Pascale(# 2903) |
| Caroline Hong (#5189) | Pilar G. Kraman (# 5199) |
| 500 Delaware Avenue, 8th Floor | The Brandywine Building, 17th Floor |
| P.O. Box 1150 | 1000 West Street |
| Wilmington, DE  19899 | Wilmington, Delaware 19801 |
| (302) 654-1888 | (302) 571-6600 |
| sbalick@ashby-geddes.com | kpascale@ycst.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Pronova Biopharma Norge AS* | *Teva Pharmaceuticals USA, Inc.* |

**RICHARDS LAYTON & FINGER**

*/s/ Steven J. Fineman*

_____
Frederick L. Cottrell, III (#2555)
Steven J. Fineman (#4025)
Stephen M. Ferguson (#5167)
One Rodney Square
920 North King Street
Wilmington, DE  19801
(302) 651-7700

*Attorneys for Defendants*
*Par Pharmaceutical, Inc. and*
*Par Pharmaceutical Companies, Inc.*

SO ORDERED this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE